# American Osteopathic Association

# Commission on Osteopathic College Accreditation

# Accreditation of Colleges of Osteopathic Medicine: COM New & Developing Accreditation Standards

### Effective September 26, 2023



EXHIBIT "B"

**Candidate Element 1.4a:  Non-Discrimination**

A proposed COM must have a policy of non-discrimination and anti-sexual harassment with regard to students, administrative personnel, faculty and staff based on race, ethnicity, color, sex, sexual orientation, gender, gender identity, national origin, age, disability, and religion. This must apply to all proposed COM actions.

A proposed COM or its parent institution must develop a mechanism for students, faculty, and staff to report alleged discrimination incidents and track their resolution.

> **Candidate Submission 1.4a:  Non-Discrimination**
> 1. Provide a copy of the non-discrimination policy.
> 2. Describe and provide a flowchart of the process for reporting alleged discrimination incidents or sexual harassment and tracking their resolution.

**Candidate Element 1.4b:  Non-Discrimination for Faith-Based Institutions**

The COCA respects the religious mission of faith-based schools. A proposed COM having a religious affiliation or purpose must have a policy of non-discrimination and anti-sexual harassment with regard to students, administrative personnel, faculty, and staff but need not apply all selection criteria listed in Element 1.4a if each omission is directly related to that affiliation or purpose, and so long as the policies are made known to applicants and the public and do not contravene any other COCA standard. This must apply to all proposed COM actions.

A proposed COM or its parent institution, must develop a mechanism for students, faculty, and staff to report alleged discrimination incidents and track their resolution, as appropriate for the proposed COM's faith-based mission.

> **Candidate Submission 1.4b:  Non-Discrimination**
> 1. Provide the faith-based mission for the proposed COM or its parent institution.
> 2. Provide a copy of the non-discrimination policy.
> 3. Describe and provide a flowchart of the process for reporting alleged discrimination incidents or sexual harassment and tracking their resolution.

**Note:** Whether or not a proposed COM is a faith-based institution, once a proposed COM elects to comply with either element 1.4a or 1.4b, the proposed COM is expected to comply with all requirements based on that election irrespective of its faith-based designation.