AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| BRANDON MENG <br><br> _Plaintiff(s)_ <br><br> v. <br><br> WILLIAM CAREY UNIVERSITY, ITALO R. SUBBARAO, D.O., and EDWARD FRIEDLANDER, M.D. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  2:24cv199-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  EDWARD FRIEDLANDER, M.D.
  710 WILLIAM CAREY PARKWAY
  HATTIESBURG, MS 39401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JIM WAIDE
  WAIDE & ASSOCIATES, P.A.
  P.O. BOX 1357
  TUPELO, MS 38802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
_CLERK OF COURT_

Date:  December 23, 2024



_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

<table>
<tr><td>BRANDON MENG</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>WILLIAM CAREY UNIVERSITY, ITALO R. SUBBARAO, D.O., and EDWARD FRIEDLANDER, M.D.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No. 2:24-cv-199-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ITALO R. SUBBARAO, D.O.
710 WILLIAM CAREY PARKWAY
HATTIESBURG, MS 39401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JIM WAIDE
WAIDE & ASSOCIATES, P.A.
P.O. BOX 1357
TUPELO, MS 38802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*



Date: December 23, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

|  |  |  |  |
|---|---|---|---|
| BRANDON MENG | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| _____ | ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) | Civil Action No. | 2:24-cv-199-KS-MTP |
| WILLIAM CAREY UNIVERSITY, ITALO R. SUBBARAO, D.O., and EDWARD FRIEDLANDER, M.D. | ) | | |
| | ) | | |
| | ) | | |
| _____ | ) | | |
| *Defendant(s)* | ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM CAREY UNIVERSITY
C/O PRESIDENT DR. BEN BURNETT
710 WILLIAM CAREY PARKWAY
HATTIESBURG, MS 39401


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JIM WAIDE
WAIDE & ASSOCIATES, P.A.
P.O. BOX 1357
TUPELO, MS 38802


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   December 23, 2024  _____
*Signature of Clerk or Deputy Clerk*