IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRANDON MENG**                                                                                          **PLAINTIFF**

**VS.**                                                                        **CAUSE NO.: 2:24cv199-KS-MTP**

**WILLIAM CAREY UNIVERSITY,**
**acting through its Division of the College of**
**Osteopathic Medicine,**
**ITALO R. SUBBARAO, D.O., and**
**EDWARD FRIEDLANDER, M.D.**                                                           **DEFENDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Yance Falkner, of the law firm of Waide & Associates, P.A., 332 North Spring Street, Post Office Box 1357, Tupelo, MS 38802-1357, hereby enters his appearance as additional counsel to represent the interests of Plaintiff Brandon Meng in the above-referenced matter.

The undersigned requests that his name be placed on the mailing matrix and that all motions, notices, pleadings, and discovery documents in this matter be served on him as attorney of record for Plaintiff Brandon Meng.

RESPECTFULLY SUBMITTED, this the 4th day of February, 2025.

                JENNIFER S. BERGLIND, Plaintiff

By: */s/ Yance Falkner*
Jim Waide, MS Bar No. 6857
waide@waidelaw.com
Rachel Pierce Waide, MS Bar No. 100420
rpierce@waidelaw.com
Yance Falkner, MS Bar No. 106107
yfalkner@waidelaw.com
WAIDE & ASSOCIATES, P.A.
Post Office Box 1357
Tupelo, MS 38802-1357
(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

ATTORNEYS FOR PLAINTIFF