## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

BRANDON MENG                                                                                                         PLAINTIFF

V.                                                            NO.: 2:24-cv-199-KS-MTP

WILLIAM CAREY UNIVERSITY,
acting through its Division of the College of
Osteopathic Medicine,
ITALO R. SUBBARAO, D.O., and
EDWARD FRIEDLANDER, M.D.                                DEFENDANTS

### DEFENDANT EDWARD FRIEDLANDER, M.D.'S JOINDER IN DEFENDANT WILLIAM CAREY UNIVERSITY AND ITALO R. SUBBARAO, D.O.'S MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Edward Friedlander, M.D. ("Defendant Friedlander") by and through undersigned counsel, and files this its Joinder in Defendant William Carey University and Italo R. Subbarao, D.O.'s Motion for Extension of Time to file Answers or other Responsive Pleadings. In support, Friedlander would show unto this Court:

1. On February 5, 2025, Defendants William Carey University and Italo R. Subbarao, D.O. filed a motion for additional time, requesting an additional twenty-one (21) days to file a response to Plaintiff's Complaint.

2. Defendant Friedlander has reviewed the motion and hereby fully joins in the request for additional time to respond to Plaintiff's Complaint.

WHEREFORE, Defendant Friedlander respectfully requests that this Court allows all Defendants an additional twenty-one (21) days; up to and including March 12, 2025, to respond to Plaintiff's Complaint.

THIS, the 5th day of February 2025.

              Respectfully submitted,

              EDWARD FRIEDLANDER, M.D.

              */s/ Paul B. Watkins, Jr.*
              PAUL B. WATKINS, JR. (MB NO. 102348)
              *Attorney for Defendant Edward Friedlander, M.D.*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pwatkins@mayomallette.com*