**Subject:** FW: Missed session

On Sep 21, 2023, at 5:54 PM, Edward Friedlander <EFriedlander@wmcarey.edu> wrote:

Thanks for letting me know. Your physical health is your responsibility. This does not sound like "stress". In fact, if you were in my office, I'd have a chest x-ray and a TB skin test and anergy panel put on you at a bare minimum. It's especially your responsibility as a man with a cough to be sure you are not infectious.

**From:** Brandon <ymx9717@gmail.com>
**Sent:** Thursday, September 21, 2023 10:25 AM
**To:** Edward Friedlander <EFriedlander@wmcarey.edu>
**Subject:** Re: Missed session

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

Thank you. I always been sick since the beginning of this semester. Back in August, I had fever and was constantly coughing. Sometimes I do have episodic chest pain and nausea. I am not sure if it is due to the stress I experienced over the summer as the 5 of us were not informed that we had to repeat the year until July 22nd due to the COMSAE. Can I make up for this missed session some other time?

Thank you

Brandon

Sent from my iPhone

On Sep 21, 2023, at 9:02 AM, Edward Friedlander <EFriedlander@wmcarey.edu> wrote:

Okay Brandon. I'm sorry you're sick. If you forget to do something like this when you're on rotations, it will have serious consequences for you. Thanks for understanding.

**From:** Brandon <ymx9717@gmail.com>
**Sent:** Thursday, September 21, 2023 9:01 AM
**To:** Edward Friedlander <EFriedlander@wmcarey.edu>
**Subject:** Re: Missed session

**This Message Is From an External Sender**

Exhibit "A"

This message came from outside your organization.

Report Suspicio

Hi Dr Friedlander,

Sorry, I was feeling sick last night. I forgot to email him about it. I fell asleep early.

Thank you very much

Brandon Meng


Sent from my iPhone

> On Sep 20, 2023, at 9:31 PM, Edward Friedlander <EFriedlander@wmcarey.edu> wrote:
>
> Dr. Williamson says you missed the session for which you signed up. What happened?
>
> Sent from my iPhone
> NOTICE OF CONFIDENTIALITY: This e-mail message, sent by WCU Staff, is for the sole use of the intended recipient(s) and may contain confidential and privileged information covered by federal law. Any unauthorized review, use, disclosure, or distribution of any kind is strictly prohibited. If you are not the intended recipient, contact the sender via reply e-mail and destroy all copies of the original message.