progressiq.com/secure/snapshot/default.aspx

pshot  Course  Rank  Search  Insights  Grade Loader  Utilities  Administration  Data Mapping

## Messages

Brandon Meng, OMS2 student has been approved for a leave of absence retroactive 10/01/2023 through 7/15/2024. Please update your records.

Thanks,

www.wmcarey.edu

Read by student on: (CST)

---

**Mallorie Davis**
Sent On - 10/03/2023 12:58 PM (CST)

Subject:

Message:

10/3/2023
Brandon Meng OMS2
RE: Warning for Unprofessional Behavior
Student Doctor Meng
Based upon evidence from the night of September 21, 2023 there was an interaction that was outside the scope of WCUCOM's professional expectations. As such, I am placing you on Non-Academic Warning for the duration of the academic year.
Any violations of the Osteopathic Oath, the WCUCOM Student Handbook, or the WCUCOM Clinical Sciences Rotation guidelines will result in your referral to the Student Affairs Committee and could result in Non-academic Probation or your dismissal from WCUCOM.
Per WCUCOM Student Handbook and Catalog: "Students on non-academic warning are prohibited from participation in student clubs, organizations, and peer tutoring, as well as travel to conventions, conferences, meetings, recruiting trips, or other travel. The Student Affairs Committee can recommend other prohibitions at their discretion," and indicates letters of warning are given in lieu of a more stringent penalty but may be considered as part of the committee's recommendations in future actions. This letter will not be reported on your MSPE or your permanent record.
Please meet with Ms. Mallorie Davis for further instructions on continuing the academic year.
I expect you to be a model student, exhibiting academic excellence and professional behavior. Please feel free to contact me at any time if I can be of assistance in attaining your goal of becoming an osteopathic physician. Any further occurrences of this sort could result in more serious action, including and up to your dismissal from the WCUCOM.
Sincerely,
Italo R. Subbarao, DO, MBA
Dean, William Carey University College of Osteopathic Medicine

Read by student on: 10/3/2023 3:52:46 PM (CST)

**Exhibit "B"**


Jennifer Berglind

| | OMS 7253 | Osteopathic Principles and Practice III | P | 88.63 |
| | OMS 7253 | Osteopathic Principles and Practice III | P | 83.26 |
| | OMS 7254 | Osteopathic Principles and Practice IV | P | 82.3 |
| | OMS 7273 | Clinical Patient Care III | P | 78.14 |