**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRANDON MENG                                                                  PLAINTIFF

V.                                              NO.: 2:24-cv-199-KS-MTP

WILLIAM CAREY UNIVERSITY,
acting through its Division of the College of
Osteopathic Medicine,
ITALO R. SUBBARAO, D.O., and
EDWARD FRIEDLANDER, M.D.                                   DEFENDANTS

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that J. Andrew Mauldin, of MAYO MALLETTE PLLC, has been retained by Edward Friedlander, M.D., in this matter. He gives notice to all parties in interest of his request that all notices given or required to be given in this case and all pleadings and other papers served or required to be served in this case be provided to and served upon him as follows:

> J. Andrew Mauldin
> MAYO MALLETTE PLLC
> 2094 Old Taylor Road, Suite 200
> Oxford, Mississippi 38655
> Telephone: (662) 236-0055
> Facsimile: (662) 236-0035
> *dmauldin@mayomallette.com*

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices, pleadings, and other papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal, whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph or otherwise. Defendant specifically reserves all claims and defenses.

THIS, the 12th day of March 2025.

                        Respectfully submitted,

                        EDWARD FRIEDLANDER, M.D.

                        */s/ J. Andrew Mauldin*
                        PAUL B. WATKINS, JR. (MB NO. 102348)
                        J. ANDREW MAULDIN (MB NO. 104227)
                        *Attorneys for Defendant*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pwatkins@mayomallette.com*
*dmauldin@mayomallette.com*