WILLIAM CAREY UNIVERSITY
# College of Osteopathic Medicine



*Student Handbook and Catalog*
*2023-2024*

**EXHIBIT A**

1

**PREFACE**

The purpose of this handbook is to serve as a guide for students. It is used as a supplement to The Translation. It contains information about administrative and academic policies, curriculum, and course work. Information contained herein shall not constitute a legally binding contract upon William Carey University College of Osteopathic Medicine (WCUCOM).  An electronic copy of this publication can be viewed at WCUCOM website. This edition of the handbook does repeal and supersede all previous editions of the handbook.

As a student, you are responsible for reading this handbook in its entirety. Failure to read this handbook and other sources of regulation governing WCUCOM students does not excuse the student from the requirements and regulations described therein. Policies, requirements, and information in this *WCUCOM Student Handbook and Catalog* may be updated from time to time by the WCUCOM at its sole discretion.  Changes will be distributed to students, will be posted on the WCUCOM website under Key Policies with appropriate notifications to the respective stakeholders, and will become effective immediately unless otherwise specified.  All changes cited as addenda throughout a given academic year will be incorporated into the parent document for the upcoming academic year.

All inquiries regarding the *WCUCOM Student Handbook and Catalog* should be directed to the Office of the WCUCOM Associate Dean, Student Affairs at 601.318.6290.  Any recommendations for additions, deletions, or changes must be submitted in writing to the WCUCOM Dean.  Final approval is made by the William Carey University (WCU) Board of Trustees (BOT) based upon recommendations from the WCU President. In the event of a discrepancy between the *WCUCOM Student Handbook and Catalog* and a WCU Policy or a WCU BOT Policy, the latter policies will govern.



WCUCOM Asbury Administrative Center

## Table of Contents

| | |
|---|---|
| Preface | 2 |
| NONDISCRIMINATION POLICY AND DIVERSITY STATEMENT | 11 |
| MISSION STATEMENT | 12 |
| GOALS AND OBJECTIVES | 12 |
| LETTER FROM THE DEAN | 13 |
| COLLEGE OF OSTEOPATHIC MEDICINE ACADEMIC CALENDAR | 14 |
| BACKGROUND AND HISTORY OF HATTIESBURG | 16 |
| Hattiesburg and the Surrounding Area | 16 |
|     Transportation | 17 |
|     Outdoor Activities | 17 |
|     Dining | 18 |
|     Golf | 18 |
|     Movies and Family Entertainment | 18 |
|     Chamber of Commerce | 18 |
|     Hattiesburg Area Map | 19 |
| WILLIAM CAREY UNIVERSITY | 20 |
|     Campus Map | 20 |
|     History of William Carey University | 21 |
|     Organization and Administration | 22 |
| WILLIAM CAREY UNIVERSITY RESOURCES | 22 |
|     Bass Memorial Chapel and Warren Prayer Garden | 22 |
|     Ben Waddle Multiuse Building | 22 |
|     Bookstore | 23 |
|     Campus Facilities and Buildings | 23 |
|     Chain Garden | 23 |
|     Clinton Gymnasium | 23 |
|     Common Grounds | 23 |
|     College of Osteopathic Medicine Academic Building | 23 |
|     College of Osteopathic Medicine Asbury Administrative Building | 23 |
|     College of Osteopathic Medicine Turner Medical Arts Building | 23 |
|     College of Osteopathic Medicine Ross Anatomy Wing | 23 |
|     Crawford Hall | 24 |
|     Donna Duck Wheeler Alumni House | 24 |
|     Donnell Hall | 24 |
|     I. E. Rouse Library | 24 |
|     Fail-Asbury Hall | 26 |
|     Fairchild Hall | 26 |
|     Green Science Hall | 26 |
|     Health Sciences Building | 26 |
|     Jack and Carol Simmons Exercise Track | 26 |
|     Jackson-Williams Garden | 27 |

| | |
|---|---|
| **Jack Jones Field House** | 27 |
| **Joe and Virginia Tatum Theatre** | 27 |
| **Joseph and Nancy Fail Softball Field** | 27 |
| **Larry W. Kennedy Sports Complex** | 27 |
| **King Student Center** | 27 |
| **Lawrence Hall** | 27 |
| **Lorena Roseberry Smith Hall** | 28 |
| **Lucile Parker Gallery** | 28 |
| **Mary Ross Building and WCU OMT Clinic** | 28 |
| **McMillan Hall** | 28 |
| **Missions Plaza and Tower** | 28 |
| **Milton Wheeler Field** | 28 |
| **Resident Hall Facilities** | 28 |
| **Robert M. Gillespie Batting Facility** | 29 |
| **Sarah Ellen Gillespie Museum of Art** | 29 |
| **Sarah Ellen Gillespie Nature Reserve and Bird Sanctuary** | 29 |
| **School of Business Building** | 29 |
| **Soccer Field** | 30 |
| **Student Fitness Center** | 30 |
| **Tatum Court** | 30 |
| **Thomas Building** | 30 |
| **Thomas Hall (Fine Arts Center)** | 30 |
| **Wilkes Dining Hall** | 30 |
| **WILLIAM CAREY UNIVERSITY POLICIES** | 31 |
| **Electronic Communications** | 31 |
| **ProgressIQ** | 31 |
| **Identification Cards** | 32 |
| **Campus Safety and Security** | 32 |
| **Vehicle Registration Procedure** | 32 |
| **Parking Decals** | 33 |
| **Parking Rules** | 33 |
| **Parking Vehicles on Campus During Breaks** | 34 |
| **Emergency Warnings and Hazardous Weather Procedures** | 35 |
| **Tornadoes and Hurricanes** | 35 |
| **Flooding** | 35 |
| **Disaster Plan Statement** | 36 |
| **Communication** | 37 |
| **Crisis Management** | 37 |
| **WCU Student Liaison** | 37 |
| **Declaration Of State Of Emergency** | 37 |
| **Notification Chain** | 37 |
| **Safety** | 38 |
| **Emergency Food Supply** | 38 |

| | |
|---|---|
| Materials and Location | 38 |
| Medical Supplies | 38 |
| Building Evacuation | 39 |
| Campus Evacuation | 39 |
| Fire Safety | 39 |
| End Crisis Mode | 40 |
| WILLIAM CAREY UNIVERSITY STUDENT CODE OF CONDUCT | 40 |
| WILLIAM CAREY UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE (WCUCOM) | 41 |
| History of WCUCOM | 41 |
| History of Osteopathic Medicine | 41 |
| Philosophy of Osteopathic Medicine | 42 |
| The Osteopathic Oath | 43 |
| Pledge of Commitment | 43 |
| WCUCOM FACILITIES | 43 |
| ACCREDITATION STATUS AT WCU AND WCUCOM INSTITUTIONAL EFFECTIVENESS | 44 |
| William Carey University | 44 |
| William Carey University College of Osteopathic Medicine | 45 |
| WCUCOM CURRICULUM | 45 |
| Core Competencies | 45 |
| Credit Hours | 45 |
| Credit Hours Assigned to Rotations | 46 |
| Pre-Clerkship Curriculum (OMS 1 - OMS 2) | 46 |
| OMS 1 Curriculum | 47 |
| OMS 1 Course Descriptions | 47 |
| OMS 2 Curriculum | 53 |
| OMS 2 Course Descriptions | 53 |
| OMS 3 and OMS 4 Curriculum | 57 |
| Integration of Osteopathic Principals and Practice During Clinical Rotations | 60 |
| Course Descriptions OMS 3 | 60 |
| Rotation Requirements | 63 |
| Course Descriptions OMS 4 | 63 |
| Elective Rotations | 64 |
| STUDENT PARTICIPATION IN RESEARCH | 64 |
| ADMISSIONS | 67 |
| General Process of Application for Admission | 67 |
| Dates for Filing | 68 |
| Personal Interview | 68 |
| Academic Requirements for Admission | 68 |
| Minimal Technical Standards for Admission, Matriculation, and Promotion | 69 |
| Pre-matriculation Course Work | 71 |
| International Student Admission | 72 |
| Review of Student Records, Interview, and Notification of Admission Status | 73 |

| | |
|---|---|
| Transfer and Waiver of Students for Admission | 74 |
| **WCUCOM GENERAL POLICIES** | 75 |
| Americans with Disabilities Act | 75 |
| Reasonable Accommodations and Documentation | 75 |
| Privacy of Student Records (FERPA) | 75 |
| Personal Space and Privacy | 76 |
| Academic Freedom of Students | 77 |
| **FINANCIAL AID, TUITION, AND FEES** | 77 |
| Tuition | 77 |
| Terms of Payment of Tuition | 78 |
| Tuition Deposit | 78 |
| Withdrawal and Drop/Add Refund Policy | 78 |
| Student Credit Balance Refund Policy | 78 |
| Application Fee for Graduation | 79 |
| Financial Aid, Tuition, and Satisfactory Academic Progress | 79 |
| Office of Financial Aid | 79 |
| General Policies on Financial Aid | 80 |
| **SCHOLARSHIPS** | 81 |
| **LOANS** | 87 |
| **STUDENT EMPLOYMENT** | 87 |
| **STUDENT HEALTH ISSUES** | 88 |
| Health Insurance | 88 |
| Immunizations | 89 |
| Student Liability Insurance | 90 |
| **INFECTIOUS AND ENVIRONMENTAL HAZARDS** | 90 |
| Treatment and Care | 93 |
| Blood-borne Pathogen Exposure and Post-exposure Prophylaxis Policy | 94 |
| **MENTAL HEALTH AND WELLNESS AND FATIGUE MITIGATION** | 95 |
| Physician Services | 98 |
| Drug-Free Workplace | 99 |
| **CRIMINAL BACKGROUND CHECK (CBCk)** | 99 |
| CBCk Process | 101 |
| Challenge of CBCk Results | 101 |
| **DRUG TESTING POLICY** | 102 |
| **WCUCOM Policy of Drug Screening** | 102 |
| Challenge of Drug Screen Results | 103 |
| **STUDENT SUPPORT** | 103 |
| Student Services | 103 |
| Student Advising | 103 |
| Faculty Advising | 104 |
| OMS 1 and OMS 2 Academic Advising | 104 |
| OMS 3 and OMS 4 Academic Advising | 104 |
| STUDENT ORGANIZATIONS AND ACTIVITIES | 104 |

| | |
|---|---|
| WCUCOM Student Government Association (SGA) | 105 |
| Student Clubs and Organizations | 105 |
| Registration and Requirements of Student Organizations | 110 |
| Mississippi Osteopathic Medical Association | 111 |
| Outside Organizations | 111 |
| Student-sponsored Events | 112 |
| Student Use of WCUCOM Facilities | 112 |
| Student Publications | 114 |
| STUDENT CONDUCT, PROFESSIONALISM, AND CLASSROOM ETIQUETTE | 115 |
| Student Title | 115 |
| Physician (Job) Shadowing | 115 |
| Cell Phone Usage | 115 |
| Telephone Etiquette | 115 |
| Student Code of Ethics | 116 |
| AOA Code of Ethics | 117 |
| Performing Patient Care Activities | 119 |
| Assurance of Students Health Prior to Involvement in Patient Care | 119 |
| Supervision of Students | 120 |
| Examples of Academic Dishonesty | 120 |
| Professional Standards | 122 |
| Dress Code | 124 |
| Dress Code - Clinical Rotations and Innovative Learning Center | 125 |
| ATTENDANCE POLICY | 126 |
| OMS 1 and OMS 2 Attendance Policies | 126 |
| Falsifying Attendance Records | 127 |
| Attendance Policy for Professional Conferences (OMS 1 and OMS 2) | 128 |
| OMS 3 and OMS 4 Attendance Policies | 128 |
| Departure From Rotation | 129 |
| Unexcused Absence While on Rotation | 129 |
| Illness Absence While on Rotation | 129 |
| Temporary Absence While on Rotation | 129 |
| Attendance Policy for Professional Conferences (OMS 3 and OMS 4) | 129 |
| RULES GOVERNING CLINICAL ROTATION SCHEDULING | 130 |
| EXAMINATION POLICIES | 133 |
| WCUCOM ExamSoft Information and Procedures | 133 |
| Computer and Loaner Policies | 137 |
| Exam Administration and Proctoring OMS 1 and OMS 2 | 140 |
| Missed Exam Policy OMS 1 and OMS 2 | 142 |
| Exam Administration and Proctoring OMS 3 and OMS 4 | 144 |
| Missed Exam Policy OMS 3 and OMS 4 | 144 |
| COMLEX-USA Exam Policy | 145 |
| National Board of Osteopathic Medical Examiners (NBOME)—COMLEX-USA | 145 |
| COMLEX-USA Eligibility | 145 |

| | |
|---|---|
| **COMLEX-USA Failures** | 146 |
| **COMLEX-USA Level 1 and Level 2-CE Failures** | 146 |
| **COMLEX-USA Level 2-PE Failure** | 147 |
| **COURSE-RELATED INFORMATION** | 147 |
| **Course Evaluations** | 147 |
| **Passing Courses** | 148 |
| **Course and Test Grading** | 148 |
| **Grading Policy** | 148 |
| **Rounding of Grades** | 149 |
| **Recorded Grades** | 149 |
| **Requests for Transcripts** | 149 |
| **ACADEMIC POLICIES** | 149 |
| **Student Review by the P&M Committee** | 152 |
| **Good Standing** | 152 |
| **Academic Promotion** | 152 |
| **Academic Watch** | 153 |
| **Academic Warning** | 153 |
| **Academic Probation** | 154 |
| **Remediation** | 155 |
| **Academic Course/Rotation Remediation** | 155 |
| **Repeating of an Academic Year** | 156 |
| **Academic Dismissal** | 156 |
| **ACADEMIC REQUIREMENTS** | 157 |
| **Academic Policies Specific to OMS 1 and OMS 2** | 157 |
| **Academic Policies Specific to OMS 3 and OMS 4** | 158 |
| **Student Evaluation (Grading) for OMS 3 and OMS 4 Rotations** | 158 |
| **DISCIPLINARY ISSUES** | 159 |
| **Student Affairs Committee** | 159 |
| **Guidelines Regarding Student Violations** | 159 |
| **Complaint Procedures** | 159 |
| **Conciliation Conference** | 160 |
| **Notice to Appear Before the Student Affairs Committee** | 161 |
| **Student Affairs Committee Procedures** | 161 |
| **Non-academic Warning** | 162 |
| **Non-academic Probation** | 163 |
| **Non-academic Probation with Conditions** | 163 |
| **Non-academic Dismissal** | 163 |
| **Appeals of Non-Academic Dismissal** | 164 |
| **Student Grievances** | 164 |
| **Check-out Procedures for Student Dismissal or Withdrawal** | 165 |
| **LEAVE OF ABSENCE (LOA) POLICY** | 166 |
| **Academic Standing for Leave of Absence** | 167 |
| **Categories of Leave of Absence** | 168 |

| | |
|---|---|
| **Leave of Absence on Clinical Rotations Not Otherwise Defined** | 170 |
| **Procedure to Request a Leave of Absence** | 170 |
| **Procedure to Request Readmission After a Leave of Absence** | 171 |
| **Denial of Leave Request/Re-entry** | 171 |
| **APPEALS POLICIES** | 171 |
| **OMS3 and OMS4 Grades** | 171 |
| **Appeals of Grade(s)** | 171 |
| **Remediation, Warning, Probation, Denied LOA Request/Re-entry, and Dismissal** | 172 |
| **GRADUATION REQUIREMENTS** | 173 |
| **Graduation on Alternate Dates** | 174 |
| **CONTACT INFORMATION** | 176 |
| **GLOSSARY OF TERMS** | 177 |
| **QR CODE QUICK REFERENCE** | 179 |
| **STATISTICAL INFORMATION LINK** | 183 |
| **NOTICE OF RECEIPT** | 184 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**NONDISCRIMINATION POLICY AND DIVERSITY STATEMENT**

A diverse administrative staff, faculty, and student body are needed to provide the richness necessary for osteopathic medical education.  WCUCOM makes every effort to recruit students from diverse backgrounds to foster that richness while meeting its mission and objectives.  This policy complies with the "Accreditation of Colleges of Osteopathic Medicine: COM Accreditation Standards and Procedures (effective July 1, 2017)."  It is the official policy of WCUCOM that recruitment and selection of students for admission, consideration for financial aid, the administration of its education policies, scholarships, loan programs, athletic and other school-administered rights, privileges, programs, and activities generally accorded or made available to students, and the selection of WCUCOM faculty, staff, and students, will not discriminate on the basis of race, color, national or ethnic origin, sex, sexual orientation, gender, age, or disability .

William Carey University is a Title IX recognized religious institution, and operates under an exemption from the U.S. Office of Education Office of Civil Rights as a religious institution. In compliance with federal law, including provisions of Section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, and the bylaws of the university, William Carey University does not discriminate against any person on the basis of race, color, national or ethnic origin, sex, gender, age, or disability in admissions or in the administration of its education policies, scholarships, loan programs, athletic and other school-administered rights, privileges, programs, and activities generally accorded or made available to students at the university.

      WCU Vice President for Academic Affairs
      710 William Carey Parkway
      Hattiesburg, Mississippi 39401
      Office:  601.318.6101

**MISSION STATEMENT**

The Mission of the WCUCOM is to prepare men and women to become osteopathic physicians through an emphasis on primary care, lifelong learning, research and scholarly activities, service, including osteopathic clinical service, and graduate medical education. Using a community-based training model, the COM will educate and train graduates who are committed to serving the healthcare needs of all individuals, with special attention directed to the medically underserved and diverse populations of the state, region, nation, and across the globe.

**GOALS AND OBJECTIVES**

Consistent with its mission and the osteopathic medical profession, the goal of WCUCOM is to provide high-quality medical education with the following objectives:

- Recruit and train students primarily from Mississippi and the Gulf South region in order to positively address the physician shortage in the region;
- Emphasize training in primary care through a high-quality, professional education program;
- Prepare students for lifelong learning through the involvement in scholarly activity;
- Provide an academic community in which the individual student is encouraged to develop his or her highest potential in scholarship, leadership, and service, and where the atmosphere will foster recognition of the infinite worth of the individual and acceptance of and respect for a variety of religious expression; and
- Engage faculty and students in research and scholarly activities in order to advance the body of existing knowledge in osteopathic medicine.



### *LETTER FROM THE DEAN*

Dear Carey Family,

It is my honor and privilege to welcome you to WCUCOM! There has never been a better time to be a part of the Carey family.  We are now entering into our 13th year since the COM was officially founded and at that time, a promise was made to Mississippi and the Osteopathic Profession.  The promise of graduating primary care physicians and having them practice in Mississippi, a state that has historically ranked in the bottom of the country for access to care as well as other health related indices. A promise to improve the quality of care and increase graduate medical training in the state.  A promise to innovate primary care and rural medicine.

WCUCOM is considered one of the top medical schools in the nation for meeting our mission of serving the underserved. WCUCOM was ranked first by U.S. News and World Report in the nation for placing graduates into rural areas, top five for placing graduates in to medically underserved areas, and top five in overall percentage of our graduates going into primary care Carey has contributed to a significant increase in graduate medical education throughout the state; and hospitals in the state who participated have seen a greater quality of healthcare provided to those communities. Over a third of our graduates over the past seven classes have stayed in MS for residency training and practice.  Many alumni are now coming back as faculty at WCUCOM and contributing as preceptors for our students.

Carey physicians and students have received significant recognition for innovative approaches to primary care and population health.  This includes the development of ambulance drones, telemedical systems, and the use of augmented reality and virtual reality for education.  This also includes award winning curriculum in the areas of Tobacco Prevention and clinical recognition of Interpersonal violence (Child Abuse, Spousal Abuse).  Carey contributes to regional disaster planning and preparedness activities annually including Forrest County and Lamar County exercises.

So, as I said earlier, this is a great time to be at Carey!  We have an exciting year ahead of us and I am pleased about where we have come and the promises we have delivered on.  But I leave you with this challenge, ask yourself, what can you do to make a Carey difference? What can you do to shine that Carey light unto others' lives?  For while we have come so far in such little time, we have so much more yet to accomplish.

We are Carey Strong!
Italo Subbarao DO, MBA
Dean
WCUCOM

# WCUCOM ACADEMIC CALENDAR 2023-2024

| Date | Event |
|---|---|
| **FALL 2023** | |
| June 1 | OMS 4 Start Date |
| June 5-9 | OMS 4 Orientation (Advanced Clinical Integrations) WCUCOM Campus |
| July 1 | OMS 4 Start rotations |
| July 1 | OMS 3 Start Date |
| July 24 | OMS 3 Hubsite Hospital Orientation |
| July 31 | OMS 3 Start rotations |
| July 31 – August 4 | OMS 1 Orientation |
| July 31 | OMS 2 Orientation and Fall classes start |
| August 4 | OMS 1 Fall classes start |
| TBD | OMS 1 and OMS 2 MOMA Welcome Reception |
| August 26 | White Coat Ceremony OMS 2 |
| TBD | Welcome to Hattiesburg Event |
| September 4 | Labor Day Holiday OMS 1 and OMS 2 |
| September 5 | IPE: Poverty Simulation - full day, OMS 1 (face-to-face, Hattiesburg campus, TENTATIVE) |
| September 15 | WCUCOM Residency Fair (TENTATIVE) |
| October 5-9 | Fall Break for OMS 1 and OMS 2 |
| October 6-8 | OMED 2023 (Orlando, FL) |
| November 3, 1-5 PM | IPE: OMS 2 (face-to-face, Hattiesburg campus, TENTATIVE) |
| November 17, 8:30-9:30 AM | IPE: Learning about other disciplines - OMS 1 (Videoconference) |
| November 20-24 | Thanksgiving Break for OMS 1 and OMS 2 |
| December 1-12 | Final exams |
| December 13 | Deadline for OMS 1 and OMS 2 Grades due to P&M Committee |
| December 18– January 1 | Christmas Break, OMS 1 and OMS 2 |
| **SPRING 2024** | |
| January 2-3 | Remediation Exams/Administrative Days |
| January 2 | OMS 1 Spring classes start |
| January 3 | OMS 2 Spring classes start |
| January 5 | OMS 2 COMBANK Comprehensive Exam 1, TENTATIVE |
| January 15 | OMS 4 - May graduation Registrar deadline *($200 late fee if all documents are not in)* |
| January 15 | Martin Luther King Holiday OMS 1 and OMS 2 |
| January 22, 1-5 PM | IPE: Prescription error/SBAR communication – OMS2 (Videoconference) |
| January 24 | Capitol Day, Jackson (Tentative) |
| January 26-28 | MOMA Winter Meeting/Student Symposium, Biloxi |

| | (Tentative) |
|---|---|
| February 16, 8:30 AM - Noon | IPE: Ethics Case - OMS 1 (face-to-face, Tradition campus) |
| February | WCUCOM-COSGP Mental Health Awareness Week |
| March | DO Day on Capitol Hill |
| March 11-15 | Spring Break, OMS 1 and 2 |
| March 18-22 | NRMP MATCH Week, TENTATIVE |
| March 22 | WCUCOM Match Day Ceremony, TENTATIVE |
| March 6-10 | American Academy of Osteopathy Annual Convocation |
| TBD | 7th Annual Prescriber's Conference |
| TBD | OMS 2 COMBANK Comprehensive Exam 2 |
| March 29 | Easter Holiday (OMS 1 and OMS 2) |
| TBD | AACOM Annual Conference |
| TBD | WCU Research Showcase |
| May 1 | Last day of class OMS 2, except ACLS/PALS (Tentative) |
| April 30 – May 3 | OMS 2 Grades due (except Clinical Integration II) |
| TBD | OMS 3 Orientation |
| TBD | OMS 2 ACLS/PALS/BLS/Independent Board Prep Study |
| May 14 | Last day of class OMS 1 |
| May 14 | OMS 1 Last Day of Retesting |
| May 15-17 | OMS 1 Grades Due |
| May 17 | Commencement Banquet |
| May 18 | Commencement |
| May 20 | OMS 2 COMSAE Exam |
| May 21 – mid June | OMS 2 Board Review Time |
| May 27 | Memorial Day Holiday |
| Late May | ERAS Application (MyERAS website opens to applicants) |
| May 31 | OMS 3 Last day of rotations |
| TBD | MOMA Annual Coast Conference (Destin, FL) |
| June 3 | OMS 2 COMSAE Exam (Retest Clinical Integrations II) |
| TBA | Clinical Integration II Grades due |
| Mid-June | COMLEX USA LEVEL 1 Boards |
| June 24 | OMS 2 COMSAE Exam (Remediation Clinical Integrations II) |

*Please note: the WCUCOM 2023-2024 Academic Calendar is subject to change. Changes will be shared and will become effective immediately upon approval. The WCU calendar may be obtained from the WCU website (wmcarey.edu).*

**BACKGROUND AND HISTORY OF HATTIESBURG**

**Hattiesburg and the Surrounding Area**

Hattiesburg is the home of the main campus of William Carey University (WCU), which was founded in 1892.  WCU is conveniently located on 140 acres on the south side of the city. Hattiesburg is known as the "Hub City" because it is located at the intersections of Interstate 59 and U.S. Highways 49, 98, and 11.  The city is centrally located less than 100 miles from the state capital in Jackson, as well as the Gulf Coast, New Orleans, Louisiana, and Mobile, Alabama. Positioned at the fork of the Leaf and Bouie Rivers—the heart of south Mississippi's rolling piney woods—Hattiesburg provides a unique blend of affordability and high standard of living. Hattiesburg, with a population of nearly 50,000, is the educational, retail, and medical center for more than a quarter of a million people who live throughout the southeast Mississippi region. It is also the home to The University of Southern Mississippi and Camp Shelby.

During the last several years, Hattiesburg has been recognized nationally for its livability including the following areas:
- Healthcare;
- Most popular destinations; and
- Retirement communities.

Continued economic expansion during the past few years has made Hattiesburg one of the most dynamic and fastest-growing areas in the Southeast.  With its economic beginnings in the timber industry of the late 1800s, to the mobilization of the military in 1915 and World War II at Camp Shelby, to the prosperous growth of recent years, Hattiesburg stands as a progressive, economically healthy community that nurtures a quality of life second to none.

Captain William H. Hardy, a pioneer lumberman and civil engineer, founded Hattiesburg in 1882. Early settlers to the area were of Scottish, Irish, and English descent and came from Georgia and the Carolinas, attracted by the vast acreage of virgin pine timberlands.  This was an area of rich promise at a time when renewed development of the South was getting underway. The City of Hattiesburg was incorporated in 1884 with a population of approximately 400. Originally called Twin Forks and later Gordonville, Hardy gave the city its final name of Hattiesburg in honor of his wife, Hattie.

Also, in 1884, the railroad, known as the Southern Railway System, was built from Meridian, Mississippi, through Hattiesburg to New Orleans, Louisiana.  The commercial value of the great virgin timber stands was quickly recognized, and for a time, timberland was available for as little as 50 cents to $1.50 an acre.  Mills sprang up, and naval store plants came on the heels of the timber industry.  Turpentine stills became as numerous as sawmills.
The completion of the Gulf and Ship Island Railroad from Gulfport to Jackson, Mississippi, now part of the Illinois Central System, ran through Hattiesburg and ushered in the real lumber boom in 1897.

16

Although it was 20 years in the building, the railroad more than fulfilled its promise.  It gave the state a deep-water harbor, more than doubled the population of towns along its route, built the City of Gulfport, Mississippi, and made Hattiesburg a railroad center.

After World War I, Hattiesburg found a new way of life. The people of the region were able to adjust themselves and proved willing to find new and diverse ways of making a living, bringing with them further population booms.

**Transportation**
Hattiesburg is an easy drive to major airports in New Orleans, Louisiana; Jackson, Mississippi; Mobile, Alabama; and Gulfport, Mississippi.  New Orleans International Airport is 105 miles southwest; Jackson International Airport is 90 miles north; Mobile Municipal Airport is 102 miles southeast; and Gulfport-Biloxi International Airport is 70 miles south.

Passenger rail is provided by Amtrak, serving Hattiesburg—east to Meridian, Mississippi; Washington, D.C.; Tuscaloosa, Alabama; Birmingham, Alabama; and Atlanta, Georgia; and west to New Orleans, Louisiana; then on to Chicago, Illinois; Houston, Texas; or Los Angeles, California.  Dependable bus transportation is also available through Greyhound lines, with eight departures daily to New Orleans, Birmingham, and Jackson.

The City of Hattiesburg owns and operates the area's mass transit service.  Special "on-demand" buses for elderly and handicapped citizens are available.

Hattiesburg and the surrounding area now enjoy the convenience of ride sharing services.

**Outdoor Activities**
Surrounding the Hattiesburg area there are many opportunities to explore.  The State Parks around Hattiesburg are Clarkco State Park, Lake Lincoln State Park (to the north), Buccaneer State Park (to the south), Paul B. Johnson State Park (to the south), and Percy Quinn State Park (to the west). South of Hattiesburg, along the shore and in the Gulf of Mexico is the Gulf Island National Seashore.

Additionally, there is one national forest for outdoor activities.  Divided into two sections, the De Soto National Forest is southeast of Hattiesburg.  Within the forest are the Leaf River Wildlife Management Area, the Little Biloxi Wildlife Management Area, and the Red Creek Wildlife Management Area. Just outside and to the south are the Pascagoula River Wildlife Management Area, the Ward Bayou Wildlife Management Area, and the Old River Wildlife Management Area. To the north is the Chickasaw Wildlife Management Area. West of Hattiesburg is the Marion County Wildlife Management Area.

For fishing there are several lakes to try. Northwest of Hattiesburg are Lake Mike Conner, Lake Jeff Davis, and Lake Mary Crawford. West of Hattiesburg are Lake Bill Waller, Lake Columbia, and Lake Walthall.

Southeast of Hattiesburg is the Mississippi Sandhill Crane National Wildlife Refuge and the Grand Bay National Wildlife Refuge.
There are several of Pat Harrison's Waterways in the area. To the south are Flint Creek Waterway and Bluff Creek Waterway.

To the west is Little Black Creek Waterway, and to the northeast are Archusa Creek Waterway, Maynor Creek Waterway, and Big Creek Waterway.

**Dining**
From fast food to leisurely Southern-style cuisine, students will find great food in Hattiesburg, with numerous restaurants and a variety of cuisines.

**Golf**
Hattiesburg is fast becoming South Mississippi's golfing location of choice with over 12 public and private courses within a 30-mile radius.

**Movies and Family Entertainment**
Hattiesburg has 19 movie screens, a bowling alley, and bounce rooms.

**Chamber of Commerce**
Further information regarding recreation and entertainment opportunities in Hattiesburg can be obtained from the Hattiesburg Chamber of Commerce at 1.800.235.4288.

**Hattiesburg Area Map**



Source: M&M Publishing

**WILLIAM CAREY UNIVERSITY**
**William Carey University Campus Map**

**History of William Carey University**

William Carey University had its earliest origins in Poplarville, Mississippi, when W. I. Thames opened Pearl River Boarding School in 1892. In its early years of operation, PRBS became the largest such school in Mississippi. A disastrous fire destroyed the school in 1905. Professor Thames moved to Hattiesburg where he opened South Mississippi College in 1906. After only four years of operation as South Mississippi College, including two successful football seasons in 1908 and 1909, the massive administration-academic building, including a 1500-seat auditorium, was again destroyed by fire. Prominent Hattiesburg businessman W. S. F. Tatum secured title to the property and offered it to the Baptists. Five Hattiesburg churches accepted the offer and raised the funds to repair the existing buildings and present the college to the Mississippi Baptist Convention debt-free in the fall of 1911. In 1911 the Mississippi Baptist Convention accepted the school as Mississippi Woman's College. The growth of Mississippi Woman's College was a source of pride for Mississippi Baptists. In 1953 the college admitted men, and in 1954 changed its name to William Carey College in honor of the eighteenth century English cobbler-linguist whose decades of missionary activity in India earned him international recognition as the "Father of Modern Missions." In order to attract male students, a football team was established and achieved three winning seasons before being disbanded.

Under the leadership of Dr. J. Ralph Noonkester (1956-1989), William Carey College enjoyed significant growth, including 14 new buildings. The college attracted national attention for its athletic teams, traveling chorale, theatre performance groups, scientific honor societies, and student mission efforts. In 1968 William Carey College merged with the Mather School of Nursing to establish a nursing program in New Orleans. William Carey College on the Coast was established in 1976.

The college changed to a trimester system under the leadership of President James Edwards (1989-1997). The Lucile Parker Gallery opened on the Hattiesburg campus, and the Sarah Gillespie Art Gallery was upgraded on the coast campus. Dr. Larry Kennedy served as president from 1998 to 2006. Many physical improvements were made to existing facilities and several new buildings were constructed including Fail-Asbury Hall, Lorena Smith Hall, and Donnell Hall, and the Milton Wheeler baseball field. Hurricane Katrina destroyed the coast campus and significantly damaged the Hattiesburg campus. In 2006 the institution gained university status and changed its name to William Carey University.

In 2007, Dr. Tommy King was named the ninth president of the university, the first Carey graduate to hold the post. In 2009 the coast campus was relocated to the newly constructed Tradition campus. In 2010 the inaugural class of the College of Osteopathic Medicine began. Under Dr. King's leadership, the university's enrollment has grown 80% and numerous new buildings have been built, including the College of Osteopathic Medicine, Tatum Theatre, Jack Jones Field House and tennis complex, Byrd-Braswell Hall, Davis-Futral Hall, Bass Memorial Chapel, a new School of Business building, a biology lab building, a gym annex, and the Waddle sports facility. New construction on the Tradition campus includes Scianna Hall and Sanderson Hall, which houses the School of Pharmacy.  Several new academic programs were added including five doctoral degrees. With the reinstatement of tennis and the addition of cross-

country and track, indoor track and field, and volleyball, the number of athletic teams increased to 18.

On January 21, 2017, the Hattiesburg campus suffered a severe tornado, resulting in damage to nearly all campus facilities. Six buildings were damaged beyond repair. The University of Southern Mississippi provided residential space and services for students and academic and administrative space for several programs. All buildings have been repaired, and seven new buildings have been constructed.

The university has been advanced by *U.S. News & World Report* to the status of National University in the Carnegie classification system. *U.S. News & World Report* has ranked Carey as a "Great School, Great Price," A+ School for B Students. Carey has been recognized for more than a decade as a "Military Friendly School" by Victory Media. The university has also been ranked in the top 100 "Best Value" in the United States by Educate to Career's College Rankings Index. The medical school was rated as one of the top 10 emerging medical schools in the country and was recognized for being #2 in the U. S. in production of primary care physicians. Also, WCUCOM is ranked #5 in most graduates practicing in underserved areas. William Carey was rated by two external rating organizations as the safest campus in Mississippi.

**Organization and Administration of the University**
WCU is a nonprofit corporation operating as an institution of higher learning from its domicile in Hattiesburg, Mississippi. The university operates under the governance of a Board of Trustees (Board / BOT). WCU operates in friendly cooperation with the Mississippi Baptist Convention. The Board is responsible for all general institutional policies as outlined in the university's bylaws.  Policies should originate with the Board or be recommended to the Board by the administration.  The administration is responsible for implementing official policies within the framework established by the Board.  The faculty is responsible for the quality of the educational programs and operates within the policies determined by the administration and the Board of Trustees.


**WILLIAM CAREY UNIVERSITY RESOURCES**

For more detailed information regarding the following campus resources, please refer to the current *Translation* Student Handbook.

**Bass Memorial Chapel and Warren Prayer Garden**
Dedicated in 2014, Bass Memorial Chapel provides sacred space for prayer, worship, and small group gatherings. The prayer garden is a place for meditation.

**Ben Waddle Multiuse Building**
A new volleyball field house and adjacent track and field complex were built in 2017.

**Bookstore**
WCU provides a bookstore located in McMillan Hall.  It offers books, clothing, supplies, sports items, and gifts.  WCU and WCUCOM are obligated by legal contract to purchase all instructional materials through the Barnes and Noble campus bookstore.  If Barnes and Noble cannot supply the materials, release will be granted to secure the items elsewhere.

**Campus Facilities Building**
Constructed in 2010, this building houses the offices and equipment of the physical facilities department.

**Chain Garden**
This area of the campus was originally dedicated in 1992 in honor of Bobby and Betty Chain. In 2006 the garden was completely renovated by the Bobby L. Chain family to include the six-foot bronze statue, "The Risen Christ" and rededicated in memory of the late president Larry Kennedy.

**Clinton Gymnasium**
Constructed in 1961, this building includes a gymnasium, offices, and locker rooms. Interior and exterior renovations were completed in 2004 and 2006.

**Common Grounds**
Created in 1997 from a former carriage house, this facility houses a student-operated coffee house.

**College of Osteopathic Medicine Academic Building**
The first of four buildings in the COM complex is commonly referred to as "COM 1" and was completed in the summer of 2010. The Academic Building houses two lecture halls, classrooms, study rooms, and a research laboratory.

**College of Osteopathic Medicine Asbury Administrative Center**
Completed in the spring of 2011, and commonly referred to as "COM 2," this building houses administrative offices, faculty offices, and conference rooms.

**College of Osteopathic Medicine Turner Medical Arts Building**
This building was completed in the fall of 2010 and is commonly referred to as "COM 3."  The Turner Medical Arts Building houses faculty offices, clinical diagnostic and treatment rooms, eight student conference rooms, study areas, student lounge, and adjoins to the COM Ross Anatomy Wing.

**College of Osteopathic Medicine Randy and Brenda Ross Anatomy Wing**
Completed in 2014, the anatomy wing adjoins to the COM Turner Medical Arts Building and houses the cadaveric anatomy lab for the WCUCOM.

**Crawford Hall**
This eight-room structure constructed in 1936 and houses the Alumni Association Offices.

**Donna Duck Wheeler Alumni House**
A two-story colonial style residence built in 1962 and formerly named the Bentley-Pope House, was renamed in April 2006 to honor Donna Duck Wheeler, alumni director for 17 years.

**Donnell Hall**
Completed in 2006, this building houses the Museum and Research Collection of the Center for Study of the Life and Work of William Carey, D.D. (1761-1834).

**I.E. Rouse Library**
Rouse Library, which was built in 1957 and renovated in 2002 and 2009, serves as the headquarters branch for the WCU Libraries. Rouse Library houses books, DVD, and microfiche while also providing access to WCU Libraries' electronic resources. Rouse Library provides a computer lab, wireless Internet access, a classroom, and three group study rooms for two to six persons. The Clarence Dickinson Collection, a special collection devoted to church music, the Sarah Ellen Gillespie Museum of Art, the Frances Winters Hymnology Collection, and the university archives are also located in Rouse Library. The bronze statue of William Carey, titled "Carey Turns to the World," is located in front of the Sarah Ellen Gillespie Museum of Art adjacent to Rouse Library.

*Library System*
The mission of the WCU Libraries is to provide a learning environment that meets the information needs of the University's students, faculty, and staff.  This mission is accomplished through the provision of information resources and services that support the teaching, learning, research, and service needs of the University community.

WCU Libraries resources are available to the University's students, faculty, and staff, as well as sanctioned visitors and guests.  Sanctioned visitors and guests may include members of the local clergy or their staff, special guests of the WCU President, members of the Board of Trustees, and WCU alumni.  Upon registration with WCU Libraries, sanctioned visitors may check out books and utilize the WCU Libraries computer lab and Internet access.

*Collections*
The WCU Libraries physical collections are located at the Rouse Library on the Hattiesburg campus and at the Tradition Campus Library. Rouse Library houses over 77,600 print and media items. The Tradition Campus Library houses over 9,000 print and media items. An online catalog, accessible through the WCU Libraries website, provides information about all library holdings, including the location of physical items. All circulating items within the WCU Libraries system are available for checkout to any faculty, staff member, or currently registered student of WCU at any WCU Library location, as well as via mail for applicable WCU distance learners. The WCU Libraries electronic resources include over 60 research databases comprising both e-journals and e-books. This online collection is accessible through the WCU Libraries website from any WCU on-campus computer. WCU currently registered students, faculty, and staff can

also access online collections from any off-campus location via the WCU Libraries website by utilizing their WCU email addresses and passwords as logins when prompted for full-text access. Licenses for databases, electronic books and journals, and other online materials prohibit access to these materials by individuals who are not WCU currently registered students, faculty, or staff.

*Services*
A full range of library services is offered to WCU students and faculty at all locations, including the following:
- Reference services for answering research and directional questions;
- Internet accessible computers, with productivity software, including word processing, spreadsheet, and presentation programs;
- Instruction in the use of library services and resources, including workshops, research appointments, tutorials, and research guides;
- Study space, including small group study rooms;
- Interlibrary loan services from other WCU library locations or from libraries outside the WCU system;
- Photocopying and printing;
- Access to group study rooms; and
- Online services, including email and text reference; off campus access to licensed databases, online renewal of circulating materials, electronic journals, and electronic books.

For more information:
- Ask-A-Librarian: askalibrarian@wmcarey.edu ;
- FAQ: http://askus.library.wmcarey.edu/ ;
- Text: 601-348-0287 (Standard Rates Apply); and/or
- Call: 601-318-6169 for Hattiesburg.

*WCU Library Collections and Services for Medicine/Nursing*
Health science collections are located at the Hattiesburg and Tradition libraries.  The primary print collection dedicated to the WCUCOM is located in the Dumas L. I.E. Rouse Library on the Hattiesburg campus.

Fourteen subscription e-databases specifically support the WCUCOM and School of Nursing, including Access Medicine, the Cochrane Online Collection, UpToDate, Medline Complete, PsycARTICLES, PsycINFO, Science Direct, CINAHL, and the Nursing Reference Center.  Additionally, the library also provides a significant collection of interdisciplinary databases with health sciences content.

Librarians with American Library Association-accredited degrees are available at all campus locations to provide reference and research assistance.  Reference libraries can be reached via phone, email, or text.  Personal research consultations are available by appointment, and workshops in the use of library materials are scheduled regularly.  Special workshop sessions

for WCUCOM students are scheduled at the beginning of each fall term. In addition to these workshop sessions, the "Roving Librarian" is also available to WCUCOM students during the noon hour on Wednesdays in the WCUCOM academic building to assist with research and other library-related issues.

A Medical Resources page on the Libraries' website provides information on health science collections and services at http://library.wmcarey.edu/screens/discommain7id.html. Medical research guides, which have been produced by WCU librarians, list specific services and resources offered by the WCU library system and may be found on the Medical Resources website.

*VitalSource Textbooks*
A few textbooks are available to faculty and students through the software technology VitalSource. Other than a few textbooks that cannot be procured except through this technology, the student has several purchase options available through the university bookstore.

**Fail-Asbury Hall**
Originally completed in 2002, this building contains WCUCOM faculty offices, Graduate level classrooms and WCUCOM student study spaces. The Fail-Asbury Hall also contains the 1,850sqft modern student lounge, as well as a 1,000sqft student fitness room.

**Fairchild Hall**
This 1970 facility houses the School of Education. The building has office suites for faculty members, classrooms, and a well-equipped curriculum laboratory.

**Green Science Hall**
The one-story portion of Green Science Hall accommodates chemistry and physics curricula. The two-story section houses Ross Lecture Hall, student study and work areas, laboratories, offices, and classrooms for the departments of biology, mathematics, and psychology. The building was constructed in 1958 and renovated in 2003 and 2005. A new annex was constructed in 2017 to house three biology labs and five faculty offices.

**Health Sciences Building**
A 74,000 square foot Health Sciences Building that houses the Fail School of Nursing, health information management, health education and administration, and the physical therapy program. It also contains two large lecture halls for the COM designed to accommodate 200 students and offices

**Jack and Carol Simmons Exercise Track**
The Jack and Carol Simmons Exercise Track was dedicated in December 2007. The half-mile track is designed for walkers and joggers.

**Jackson-Williams Garden**
The Jackson-Williams Garden was dedicated in March 2015 to honor the first two African-American students to enter Carey in August 1965: Vermester Jackson Bester and Linda Williams Cross.

**Jack Jones Field House**
Built in 2011 and further expanded in 2013, the field house provides locker rooms for the men and women's soccer teams and men and women's tennis teams as well as concession space.

**Joe and Virginia Tatum Theatre**
Constructed in 2010, the name honors the Tatums, longtime supporters of the university. The facility includes a black box performance space, a spacious serving room for Carey Dinner Theatre, and catwalks for the lighting and sound crew. Behind the Scenes, a Thespian mask sculpture by Jeremy Thomley, was installed in front of the theatre in 2013. The sculpture was made possible by a generous gift from Trustee and Mrs. Robert Addison in memory of Dr. J. Ralph Noonkester, President 1956-1989.

**Joseph and Nancy Fail Softball Field**
Dedicated in 2007, the state-of-the-art field is named to honor the Fails, longtime friends and trustees of the university.

**Larry W. Kennedy Sports Complex**
Dedicated in 2007 in memory of the late president, the complex houses the Milton Wheeler Baseball Field, the Joseph and Nancy Fail Softball Field, the soccer fields, intramural field, and jogging track. The Robert N. Gillespie indoor batting facility was completed in 2011. A new tennis complex and the Jack Jones Field House to serve soccer and tennis players were also completed in 2011.

**King Student Center**
In April, 2021 the new King Student Center, named by the trustees for the current president and Mrs. King, was dedicated. The three-story building includes Baptist Student Ministries offices, student meeting rooms, a large event space with catering kitchen, information technology offices, the Carey Diner with adjoining large balcony for picnic tables and rocking chairs, game room, three student lounges, student services office, residence life and housing office, student life office, conference room, study rooms, and computer lab.

**Lawrence Hall**
Lawrence Hall, built in 1954, provides offices, classrooms, and conference space for the departments of biblical studies and philosophy, Christian ministries, Holloway Center for Bivocational Ministry, The Owen and Elizabeth Cooper Institute of Missions, Media relations, and admissions. External renovations were completed in 2005 and interior renovations were done in 2009.

**Lorena Roseberry Smith Hall**
Built in 2004, this education facility contains faculty offices and eight classrooms, equipped with state-of-the-art technology.

**Lucile Parker Gallery**
Begun in 1990, the Lucile Parker Gallery houses four collections: The William Carey Collection, the Lucile Parker Collection, the Larry H. Day Collection, and the Brian Blair Collection. The gallery is currently located in the Asbury Academic Building.

**Mary Ross Building and WCU Osteopathic Manipulative Treatment Clinic**
Constructed in 1920 as a campus hospital the Mary Ross building currently houses faculty offices for the OMM department as well as an osteopathic manipulative treatment clinic. This clinic can be utilized by any faculty, staff or student from William Carey University. The exterior of the building was renovated in 2005 and the interior was renovated in 2014. WCUCOM took over the building completely in 2021.

The William Carey Osteopathic Manipulative Treatment (WCU OMT) clinic which opened in January 2015 is located in the Mary Ross Building. Osteopathic manipulative treatment (OMT) services are available for students, and faculty/staff and their families. The clinic uses OMT procedures to diagnose, treat, and prevent illness or injury. OMT involves hands-on care from osteopathic physicians, including the movement of muscles and joints using techniques including stretching and gentle pressure. The treatment, used to treat ailments such as back pain or migraines, can ease pain, promote healing, and increase overall mobility. For appointments call (601) 318-6584.

**McMillan Hall**
Constructed in 1964, this building underwent a major expansion and renovation in 2012. It houses the university bookstore, post office, and institutional technology department.

**Missions Plaza and Tower**
Dedicated in 1994, and prominently located in front of Wilkes Hall, the Marjorie and Earl Kelly Missions Plaza and the Estelle Willis Missions Tower recall the legacy of William Carey and honor Southern Baptist missionaries, WCU alumni, faculty, staff, and students in foreign missions service. Gifts of Joseph and Nancy Fail made construction possible. The bronze sculpture Genesis by Dr. Arthur Williams was installed under the tower in 1993. Dr. Williams served as chair of the art department at Carey on the Coast.

**Milton Wheeler Field**
A state-of-the-art baseball field was dedicated in 2006 and named to honor Dr. Milton Wheeler for over four decades of service to the university and as athletic advisor for over 30 years.

**Resident Hall Facilities** (more information may be obtained in the current *Translation* Student Handbook.

28

**Men's Halls:**
- **Braswell Hall** accommodates approximately 89 men at full occupancy. Single occupancy rooms may be available at additional charge;
- **Bryant Hall** accommodates approximately 103 men at full occupancy. Single occupancy rooms may be available at additional charge;
- **Futral Hall** accommodates approximately 100 men at full occupancy. Single occupancy rooms may be available at additional charge;
- **Polk Hall** accommodates approximately 94 men at full occupancy. Single occupancy rooms may be available at additional charge; and
- **Penton** apartments accommodate approximately 30 senior men at full occupancy.

**Women's Halls:**
- **Bass Hall** accommodates approximately 143 women (all classifications) at full occupancy. Single occupancy rooms may be available for additional charges;
- **Byrd Hall** accommodates approximately 89 women at full occupancy. Single occupancy rooms may be available at additional charge; and
- **Davis Hall** accommodates approximately 89 women at full occupancy. Single occupancy rooms may be available at additional charge.
- **Johnson Hall** accommodates approximately 89 women at full occupancy. Single occupancy rooms may be available at additional charge.
- **Ross Hall** accommodates approximately 89 women at full occupancy. Single occupancy rooms may be available at additional charge

**Robert M. Gillespie Batting Facility**
Completed in 2011, the batting facility provides indoor space for baseball and softball batting practice and houses baseball and softball locker rooms.

**Sarah Ellen Gillespie Museum of Art**
Dedicated in 2009, the museum houses more than 600 works by Mississippi artists collected by Ms. Gillespie over six decades. It is the most complete collection in existence of 20th century art works by Mississippians. The museum also hosts special exhibits and related cultural programming. It is located in a wing of Rouse Library.

**Sarah Ellen Gillespie Nature Reserve and Bird Sanctuary**
A bequest of land and cash from the estate of Miss Gillespie made it possible for the university to create an on-campus nature reserve and bird sanctuary in 2010. This nine-acre natural space provides an outdoor laboratory for the study of botany and environmental science as well as a space for meditation and reflection.

**School of Business Building**
This state-of-the-art two-story building, completed in 2014, includes a reception area, two lecture halls on the first floor, classrooms and a computer lab on the second floor, along with faculty and staff offices, study areas, a kitchen, lounges, and conference room. An expansive lobby with a grand staircase are also features of the building.

**Soccer Fields**
The soccer complex featuring Musco Sports lighting was dedicated in August 2004 and includes an official game field, a practice field, and an intramural field. The Jack and Carol Simmons fitness track was added during 2007 to provide a safe area for jogging and walking. In 2013 soccer facilities were expanded, and permanent seating was added for spectators.

**Student Fitness Center**
The former facilities building was renovated in 2011 to provide a student center with exercise rooms and offices for student activities, SGA, and intramural sports.

**Tatum Court**
After the original Tatum Court (built in 1914) was destroyed by a tornado in 2017, the new Tatum Court was completed in 2019. It serves as the main administrative building for the university, including administrative offices for the president, academic affairs, financial aid, registrar, business office, human resources, , and others. It also includes an event space on the third floor.

**Thomas Building**
Completed in 1974 and renovated in 2021, the Thomas building houses 10 WCUCOM clinic rooms and 8 high fidelity simulation rooms. The Thomas building also houses a 2,400sqft OMM lab and a 1,500sqft task trainer room.

**Thomas Hall (Fine Arts Center)**
Dedicated in 1966, this building houses the Donald and Frances Winters School of Music and the 1,159-seat Dumas L. Smith Auditorium. The 1,000-piece metal sculpture Perihelion, designed by Jason Kimes, was installed in front of Thomas Hall in 2012.

**Wilkes Dining Hall-Food Service/Dining Hall**
Built in 1967, this building includes a student dining room, a faculty dining room, a private dining room, and a conference center. Exterior renovations were completed in 2005, and other interior renovations were completed in 2012 to include a new board room and a president's meeting room.

WCU provides a full food service, which is available in the Wilkes Hall Cafeteria. There is also a coffee shop at Common Grounds.

Wilkes Hall Cafeteria serves meals on the following schedule:

| | | |
|---|---|---|
| Breakfast: | 7:30–9:30 a.m., Monday-Friday | |
| | 9:00–9:30 Continental | |
| | 9:00–10 a.m., Saturday (self-serve) | |
| | | |
| Lunch: | 11 a.m.–1:30 p.m., Monday-Friday | |
| | 12:00–1:30 p.m., Saturday-Sunday | |

| | |
|---|---|
| Dinner: | 4:30–7:00 p.m., Monday-Friday |
| | 4:30–6:30 p.m., Saturday-Sunday |

Occasionally, changes in serving hours are necessary and will be posted in the cafeteria as the need arises.

**WILLIAM CAREY UNIVERSITY POLICIES**

**Electronic Communications**
WCU Email Accounts
Each student is assigned a personal campus email address and account by the IT Department in accordance with WCU standards.  These accounts are to be used for all campus communications and notifications and must be checked *daily;* these communications will be considered official. Any email sent to a full inbox will be deemed to have been delivered and received, and the student will be responsible and accountable for the information sent in such cases.

Since students are required to check their WCUCOM email every day, the date an email is sent to the student's WCUCOM email address is the date of official notification or correspondence. *Thus, notice sent to WCU maintained email address will constitute receipt by the student.* Students must be cautious in the use of programs to forward email from their official WCU accounts to a different email address. WCUCOM is not responsible for failure of such systems to deliver your official notifications and will not send emails to any alternative address to any student enrolled in WCUCOM.

Use of this email system is to be in a professional manner at all times.  Any use of email that violates WCUCOM professional policies, or other provisions, will result in disciplinary action. Students will be held responsible and accountable for all information transmitted. Guidelines to aid students in navigating technology-related issues are available.  The most up-to-date versions of the *WCU Student Technology Guide* can be accessed at http://www.wmcarey.edu/information-technology.

**ProgressIQ**
The ProgressIQ Longitudinal Database System is now in use by WCUCOM.  The communications sent to students' ProgressIQ accounts will be treated with the same expectations as the WCU Email Accounts.  The date of messages and documents posted in and sent to your ProgressIQ account will constitute the official notification date from WCUCOM to the student.  These accounts should be monitored closely, and notifications received in the student's WCU email account that there have been updates in ProgressIQ should be reviewed and ProgressIQ checked promptly.  Many notifications from the Office of the WCUCOM Dean or other administrators at WCUCOM are very time sensitive and require student action within a set time period *from receipt* of the documentation or notification; therefore, close monitoring and prompt responses are necessary.

**Identification Cards**

Every WCU student should secure an identification card (ID) from the office of student life on the Hattiesburg campus. The ID card is the student's official university identification and should be carried at all times. **University officials, including faculty, staff, and security officers may ask students to present a valid WCU student ID at any time. Failure to present one's ID will result in severe disciplinary action.** Full-time students use the card for admission to school-sponsored activities, such as for library privileges.

Misuse of ID cards subjects the user to disciplinary action.

A fee of $10.00 is charged for the replacement of ID cards. **Only one free ID card will be issued to a student during a five-year period.**

**Campus Safety and Security**

Security officials at the Hattiesburg campus are private law enforcement officers who are contracted through a private security firm.  These officers have the authority to apprehend and detain persons engaged in suspicious or criminal activity.  The mission of Campus Security is to provide protection and assistance to students, faculty, staff, and guests and to safeguard the physical property of the university.  Officers are available at any time to provide security escorts between on-campus buildings or to personal vehicles parked on university property.  Campus Security officers also enforce parking regulations and issue parking citations and other violations of campus policy.  Two-way radio contact is maintained between Campus Security and the Hattiesburg Police Department, Forrest County Sheriff's Office, Hattiesburg Fire Department, and the Hattiesburg/Forrest County Emergency Management Office.  Campus Security can be reached at 601.318.6300.

**Vehicle Registration**

All faculty, staff, employees and students, full or part-time, who operate and park a vehicle on university property regularly or occasionally, are required to register their vehicles and display a parking decal. Complete information is required on the registration form including tag number.

Registration Procedure
- The office of student life (King Student Center, Rm. 314) will issue decals during regular office hours (8:00 a.m.–5:00 p.m.) Monday through Thursday, and 8:00 a.m.–4:30 p.m. on Friday when the university is in session.
- Students may also obtain a parking decal through the WCU Indigo Portal (online).
- A student may choose to register his/her vehicle online and pick up the decal in the student life office or have it mailed.
- Before a motor vehicle may be registered, the person whose name in which the motor vehicle is being registered must present a copy of current student registration at the university and proof of insurance.

32

- Upon being registered and having required fees paid, each motor vehicle will be issued an appropriate decal which shall be valid up to the stated expiration date and for the zoned locations specified.

Parking decals
- Decals must be displayed in the lower left hand (driver's side) corner of the front windshield. Decals must be adhered to the windshield.
- Decals may not be traded or switched between different motor vehicles. Every vehicle must be registered with the university.
- Individuals sharing or using a decal not issued to that vehicle will be ticketed and subject to fines.
- University personnel will be issued decals that identify the appropriate zones in which university employees may park. Spouses of university personnel driving cars which display these decals will be given the privilege of parking in zones reserved for university personnel. Dependents of university personnel are not authorized with employee privileges.
- Lost decals may be replaced for both students and university personnel at a cost of $5.00 per decal.
- Replacement decals will be issued upon payment of a $5.00 fee only in the following cases:
  - If a registered motor vehicle is no longer to be used on campus (i.e. replaced by a new or different motor vehicle.)
  - If the decal of a registered motor vehicle is stolen or destroyed. (Documented evidence will be required.)
  - If the decal is defective due to faulty manufacturing. In this case, the decal will be replaced free of charge.
- Any motor vehicle operated on campus by a student or university personnel must have a decal and be registered according to the regulations stated.
- Only one valid decal will be displayed on any vehicle at one time.
- Reproducing, altering, or defacing a decal or permit in any way is prohibited. Lost or misplaced decals must be replaced immediately.

**Parking Rules**
All vehicles are to be parked on the streets and parking lots on the campus only in areas assigned and marked as parking areas. All "NO PARKING" areas are in effect 24 hours a day, seven days a week. Failure by any person to find a legal parking space shall not be an excuse for a violation of the regulations. Anyone who operates a motor vehicle on campus must possess a valid driver's license and have current insurance. A suspended driver's license results in automatic suspension of driving privileges on campus.

Students and university personnel are to park in the appropriate zone.

Residential students: parking outlined in red or white open zone when red zone is full. Commuting students, faculty, and staff members: parking outlined in white.

33

<u>Color Indicators</u>
Green ........................COM student, faculty, and staff parking
Blue ..........................Handicapped parking only
Yellow.......................No parking area
Red ...........................Residential students
White .......................Open zone; Commuters, faculty, staff, and residential students overflow.
*The Tatum Court parking lot is only for staff working in that building and students visiting the campus. WCUCOM students are not allowed to park in the Tatum Court parking lot.

Any motor vehicle, which is parked in violation of university regulations, will be subject to ticketing. Specific violations of the parking regulations include the following:

- Parking on campus without a current registration decal or permit, with the exception of short-term visitors on campus;
- Parking in an area of the campus that is restricted to a specific time limit in excess of the posted time limit (e.g. spaces in front of the post office and bookstore);
- Parking in a "No Parking Zone" or service drive. These areas are restricted 24 hours a day, seven days a week;
- Double parking;
- Parking against the flow of traffic;
- Parking in a pedestrian crosswalk;
- Parking in or blocking a street, driveway or impeding the free movement on any street or parking area at any time;
- Parking on a sidewalk or grassy area of the campus without special permission;
- Parking outside the lines that identify an individual parking space;
- Parking in any space other than the assigned zone during restricted hours (7:30 a.m.–3:30 p.m.);
- Parking any trailer, camper, or other personal property on campus without special permission from the student life office. Any vehicle, trailer, etc., in violation of this regulation will be towed at the owner's expense; and
- Parking of a second vehicle on campus by the same owner requires a $200 annual parking fee.

**Parking Vehicles on Campus during Breaks**
Students and employees are not to park vehicles in remote areas of the campus for extended periods of time during breaks or when students are away. If you park your vehicle for more than a day or two while you are on mission trips, breaks, choir tours, athletic or forensic trips, etc., leave the vehicle parked in well-lighted areas of the interior campus, clearly visible from a security station. WCU is not responsible for damage to vehicles left on campus during owner's absence.

Traffic violation information can be found on page 58 of the *WCU Translation Student Handbook*

**Emergency Warnings and Hazardous Weather Procedures**

William Carey University utilizes two different systems for notification of impending emergency situations and hazardous conditions. The primary emergency notification system is known as Sader Watch. In the event of an emergency, a text message will be sent to the mobile number and/or email registered with the system. This is a free service provided by WCU; however, normal text message fees may apply. To register for alerts, visit the website http://wmcarey.edu/saderwatch. All students are automatically enrolled in SaderWatch to receive e-mail alerts to student e-mail accounts. To manage your preferences, including adding text alerts, visit http://wmcarey.edu/saderwatch. The university will also send alerts through the ALERTUS system, which sends alerts to alert beacons, university computers, and university telephones.

Announcements and other information regarding WCU operations will be provided by the institution and/or media outlets should it be necessary. The institution will maintain close contact with local law enforcement and civil defense agencies. Only under emergency or threatening conditions will the university be closed during normal operating hours.

In addition, Carey's ALERT siren and public address system can be activated to alert members of the university community of an imminent threat to public safety. The emergency siren is a 25-second signal that is intended to immediately get the attention of members of the WCU community. When students, staff, and visitors hear this siren, they should immediately try to seek shelter in a secure location and follow any verbal instructions that may accompany this alarm.

**Tornadoes and Hurricanes**

All faculty, staff, and students will be alerted as to the emergency situation by Sader Watch, Emergency Siren, and by word of mouth. Upon notification of a tornado warning for the immediate area, all students and university personnel should go immediately to an interior room or hallway, stay away from glassed areas, and remain until the alert is lifted. Security and Sader Watch will be responsible for notifying persons on campus of warnings that occur in the evening or on weekends. Upon notification of a threat, residential staff will follow outlined procedures for student housing. In the event of a hurricane threat to Mississippi, the Office of the President will make the official call for continued operation or closing of the university. Detailed hurricane procedures are available for each campus location. Should the university officially close because of a hurricane, notification of re-openings will be conducted via the website www.wmcarey.edu, local media, or by telephoning 1-800-962-5991. No structures on William Carey's campus are approved Red Cross shelters; therefore, no one will be allowed to remain on campus. Residential students on the Hattiesburg campus will follow specific evacuation guidelines outlined through the housing office.

**Flooding**

In the case of heavy rain that results in flooding, students and personnel will be instructed to evacuate buildings that are flooded until facilities and campus security approve re-entry. No

one should wade or play in flooded areas. The safety of all William Carey students, faculty, and staff is the utmost concern of the administration.

**DISASTER PLAN STATEMENT**

In the event of closure or cancellations due to a natural disaster or other emergency causes, general information will be forwarded to local media.  Emergency notification can be sent via automated process to WCUCOM student email addresses. SaderWatch is the emergency notification system for WCU.  In the event of an emergency, an email message will be sent to all faculty, staff, and students registered with the system.  This is a free service provided by WCU; however, normal text message fees may apply.  Also see https://www.myschoolcast.com/go/wcu/ and http://wmcarey.edu/saderwatch. Specific information regarding the continuation of course work will be posted on the WCU course management system at https://elearning.wmcarey.edu.

Catastrophic Event Plan for Rotations
- If student doctors are assigned to a hubsite that is affected by a catastrophic event, safety is the top priority for that student;
- Students should not report to their clinical rotation if their safety is questionable;
- Students should contact a WCUCOM representative if they are in a potentially catastrophic situation;
- If possible, students are always welcome to report back to Hattiesburg to seek refuge during a catastrophic event; and
- If Hattiesburg is part of the potential event, WCUCOM administration will communicate with the students.

Emergency Hubsite Positions
- If a student is unable to complete clinical rotations in their assigned hubsite due to a catastrophic event, WCUCOM may assign emergency positions in the following unaffected areas:
  - West Louisiana – 5 students,
  - Jackson – 4 students,
  - Pine Belt – 6 students,
  - Meridian – 4 students,
  - Delta – 12 students,
  - Columbus – 2 students,
  - Tupelo – 2 students,
  - Corinth – 2 students,
  - Centreville – 3 students, and
  - Gulf Coast – 4 students;
    - *TOTAL – 44 hubsite positions
    - *number of student positions available for emergencies is subject to change due to rotation assignments; however, adequate emergency positions will be maintained.

- If there are not enough available hubsite positions to accommodate students seeking refuge from affected hubsites, student rotations can be split between two or more existing hubsites to meet curricular requirements;
- WCUCOM is also in communication with other medical schools who may be willing to share clinical space with our students during dire circumstances; and
- If catastrophic events require time away from rotations, students have approximately 10 weeks of time built-in to the clinical curriculum that can be used to makeup missed rotations and still graduate on time.

**Communication**

If students are involved in potential catastrophic events, they should communicate as much as possible with the Dr. Jim Weir for OMS 1 and OMS 2 students and the Office of Clinical Rotations for OMS 3 and OMS 4 students so that we can ensure they are safe and their needs are met.

**Crisis Management**

The WCU crisis management team shall direct all emergency operations. When an emergency/disaster occurs, the security supervisor will be in charge until relieved by the team. The crisis management team leader (Facilities Director) or designee shall coordinate all emergency operations. The direct operational control of the campus in such an event is the sole responsibility of the CMT (crisis management team). The coordination of emergency resource teams is the responsibility of the CMT leader, who will coordinate all functions.

**WCU Student Liaison:**

- Is present during emergency to provide students and parents with information concerning emergency;
- Assists student population with appropriate response to the emergency; and
- Assigns and supports institution liaisons to families of students as appropriate.

**Declaration of State of Emergency**

The authority to declare a campus state of emergency rests with the university president or his designee as follows:

- Should a campus emergency occur, security personnel shall immediately place into effect the appropriate procedures necessary to meet the emergency, safeguard persons and property, and maintain educational facilities.
- Security shall immediately consult with the CMT leader and the assistant team leader. If unable to contact these CMT members, the president should be contacted directly regarding the emergency and possible need for the declaration of the state of emergency.

**Notification Chain**

Text messaging (Sader Watch), emergency alert horn and voice messaging, emails, and telephone are utilized for emergency notification at William Carey. These systems are intended for immediate transmission of specific information regarding emergency warnings to students,

personnel, and to affected areas of the campus. Back-up systems of internet and public access television are utilized for extended periods.

**Safety**

The university alert systems are the focal point for initial communication to administration, faculty, and students. All personnel are expected to pass on information to those who may not have received the emergency notification and direction. The CMT leader or designee will make the determination as to the need for the CMT being called in as a unit.

During an emergency, campus phones must be restricted to official business only. In the absence of phone service, security and key administrators will provide notification through the use of two-way radio phones.

In addition, Carey's ALERT horn, siren and public address system can be activated to alert members of the university community of an imminent threat to public safety. The following horns and sirens are used as part of this system.

- EMERGENCY SIREN: This 25-second signal is intended to immediately get the attention of members of the WCU community. When students, staff, and visitors hear this siren, they should immediately try to seek shelter in a secure location and follow any verbal instructions that may accompany this alarm.
- ALL CLEAR HORN: This signal consists of three consecutive 5-second horn blasts and indicates that it is now safe to resume normal activities on campus.
- RED ALERT HORN: This signal consists of a single 15-second horn blast and indicates that there is an imminent dangerous or hazardous situation on campus. When students, staff, and visitors hear this horn, they should immediately try to seek shelter in a safe location such as a building or vehicle away from the problem site until the "all clear" signal is given.

**Emergency Food Supply**

MMI Dining Services, as the food service provider for the university, maintains a food supply designed to cover several days without outside shipments. MMI Dining Services and the food service manager have a plan to address food spoilage and/or contamination in the event of power loss.

**Materials and Location**

Emergency kits to include flashlights, emergency band radios, and first aid supplies are located in residential buildings and supervised by the area coordinator or resident director of each building. These supplies are maintained for potential use in an emergency. Large items such as generators and pumps are located and maintained in the facilities department.

**Medical Supplies**

First aid kits are available in several areas across campus. Student services, facilities, security, and nursing maintain emergency supplies and would be first responders in an emergency on campus until qualified medical assistance can arrive. These kits are replenished yearly.

**Building Evacuation**
- All building evacuations will occur on notification by security or the contact person outlined on the Quick Reference Emergency Plan published and distributed to each office on campus;
- When notification occurs, leave by the nearest marked exit and alert others to do the same;
- Assist disabled persons leaving the building. Do not use elevators in the event of fire or tornado as there is the potential for individuals to become trapped; and
- Once outside, proceed to the designated area at least 50 yards away from the affected building. Keep streets, fire lanes, hydrant areas, and walkways clear for emergency vehicles and personnel.

**Campus Evacuation**
The CMT leader or designee through the authority of the president will announce the evacuation of all or part of the campus grounds. All persons are to vacate immediately the area in question and leave campus or relocate to another part of the campus as directed.

**Fire Safety**
- Before the Emergency
  Know the location of fire extinguishers, fire exits, and alarm systems on campus and how to use them. Training and information is available through the facilities department and, if needed, the fire department. All housing staff receive training each year for safety in residential housing;
- Identify the Emergency
  An emergency exists when building fire alarms or sprinkler systems are activated, or when someone actually sees smoke or fire and sounds an alarm. Security should be notified immediately and the fire department called. Security should be called as:
  - They can verify the emergency and call for proper assistance,
  - They can deal with small fire by using fire extinguishers, and
  - They can implement an existing plan to have security meet fire equipment as it comes onto campus and to show exactly where the emergency is located;
- Take Appropriate Action
  When an alarm sounds, the building(s) affected must be evacuated immediately. Walk quickly to the nearest marked exit and alert others to do the same. Assist disabled persons in exiting the building. Close all doors to help confine the fire and reduce oxygen.
  - ABOVE ALL, DO NOT PANIC,
  - NEVER USE WATER TO EXTINGUISH AN ELECTRICAL FIRE!
  - DO NOT LOCK DOORS!
  - DO NOT USE ELEVATORS DURING A FIRE!
  - DO NOT RETURN TO AN EVACUATED BUILDING (unless directed to do so by a university official).

If you become trapped in a building and a window is available, place an article of clothing outside the window as a marker to rescue crews. If no window is available, remain near the floor where the air is less toxic. Shout periodically to alert emergency crews of your location.

Once outside, move to the clear, designated area away from the affected building in order to be counted as safe. Keep streets, fire lanes, hydrants, and walkways clear for emergency vehicles and crews.

A command post may be set up near the emergency site. Keep clear of the post unless you have official business. Any damage or injuries should be reported to the post. This will be the site for immediate first aid. The CMT will determine other action as necessary.

**End Crisis Mode**
The university will activate the appropriate notification system to update the campus and outside media. If injuries are incurred, designated offices will deal with types of injuries and family contacts, i.e., student services for student injuries. Designated offices will develop a follow-up plan for each type of crisis and hold a debriefing meeting to discuss problems or improve action plans. Written documentation of the particular crisis will be prepared for future use.

**WCU STUDENT CODE OF CONDUCT**
WCUCOM students are members of the WCU student body; as such, they are, at a minimum, held to the standards of conduct of all university students. For more information, refer to the current Translation Student Handbook and policies contained in this document.

**WCUCOM reserves the right to dismiss any student at any time that poses a threat to the safety of any student(s), staff, faculty, or visitor(s). This includes but is not limited to, written threats, social media threats, text message threats, verbal threats, physical threats and weapons on campus.**

**Policies concerning student conduct, sexual harassment, etc. can be found in the University handbook The Translation.**

**WILLIAM CAREY UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE**

**History of WCUCOM**

On October 23, 2007, the Board of Trustees (Board / BOT) at William Carey University (WCU) unanimously voted to authorize Dr. Tommy King, President, to employ a Dean for the William Carey University College of Osteopathic Medicine (WCUCOM).  The goal was to educate osteopathic physicians to address the severe shortage of physicians in Mississippi and surrounding states and to impact the health care of rural and underserved populations of this area.

In January, 2008, Michael K. Murphy, DO, was employed to aid in accomplishing this goal.  On March 3, 2008, WCUCOM was officially established.  Press conferences were held in Jackson at the Mississippi Baptist Convention Building and on the Hattiesburg campus of WCU on March 7, 2008.  The President announced the establishment of WCUCOM and introduced Dr. Michael K. Murphy as the founding Dean.  Dr. Murphy, a U.S. Navy physician for 30 years, previously served as Associate Dean of Postgraduate Training and Associate Dean of Clinical Sciences at Pikeville College of Osteopathic Medicine in Kentucky.

In the fall of 2009, WCUCOM began recruiting its first class of students.

On April 1, 2011, Darrell Lovins, DO, MPH assumed the duties of Dean. Dr. Lovins served in the United States Navy for over 26 years, retiring in 2005 as a Captain. During his career, his professional job positions included general medical officer, family physician, family medicine residency faculty, medical officer to the USS Lexington and USS Tortuga, and founder and co-founder of the Department of Family Practice and Family Medicine Residency at Naval Hospital, Camp Lejeune, North Carolina, respectively.  In November 2012, Dr. Lovins stepped down as Dean and returned to teaching full-time at WCUCOM due to health reasons.  Associate Dean, James M. Turner, DO, MPH, FACOFP, FACOEP, then became the Interim Dean.

In February 2013, Dr. Turner accepted the position of Dean.  Dr. Turner specializes in family medicine, geriatrics, and emergency medicine.  Dr. Turner was the founding Director of the Emergency Medicine Residency Program at the Charleston Area Medical Center in Charleston, West Virginia before becoming the Associate Dean, Clinical Sciences at WCUCOM.

WCUCOM was awarded full accreditation by the American Osteopathic Association's Commission on Osteopathic College Accreditation (COCA), May 3, 2014.  On May 24, 2014, WCUCOM graduated its inaugural class of osteopathic medical students.  Having achieved a 98% post-graduate placement rate, with over 70% of these students perusing a primary care specialty, WCUCOM continues to strive to fulfill its mission.

**History of Osteopathic Medicine**

In the late 1800s a doctor named Andrew Taylor Still, MD, DO developed the field of osteopathic medicine and is considered its founder.  He was a pioneering doctor in the study of how the attributes of good health could help doctors understand disease and illness.

Through his experience with patients and research, he decided there was a better way to treat patients than the medical practices of the time.  Because his new ideas were not accepted in the medical community, he established a new philosophy of medicine in 1874 called "osteopathy."

Dr. Still opened the first school of osteopathic medicine, the American School of Osteopathy, in 1892 in Kirksville, Missouri.  In 1897, students from the school formed the organization now called the American Osteopathic Association (AOA) to enforce educational standards for osteopathic medicine.  The AOA was recognized as the accrediting body for osteopathic medical education by the U.S. Department of Health, Education, and Welfare in 1952 and by the Council for Higher Education Accreditation in 1967.

**Philosophy of Osteopathic Medicine**
Dr. Andrew Taylor Still, the founder of osteopathic medicine, was a medical reformer.  During his practice years at the end of the 19th century, almost all medications used were toxic and non-researched.  Surgery was incredibly dangerous since there were no antibiotics, and aseptic technique had not been developed.  Other methods, such as bleeding and purging, were gradually becoming recognized as damaging to health.  As he founded the osteopathic medical profession, still taught his students to obtain a highly accurate physical diagnosis, then use osteopathic manipulation to optimize the body's own functions and recovery.
As effective medications have been developed and researched, and surgical methods and success increased over the past century, this philosophy has evolved to include all efficacious healthcare methods supported by sufficient evidence.
The osteopathic medical philosophy embodies four major tenets:
- The human being is a dynamic unit of function;
- The body possesses self-regulatory mechanisms that are self-healing in nature;
- Structure and function are interrelated at all levels; and
- Rational treatment is based on these principles.

Osteopathic medicine is described as holistic because it emphasizes working with the whole patient rather than treating specific, isolated symptoms.  Using natural treatment methods, like osteopathic manipulative treatment (OMT), rather than drugs or surgery alone, promotes healthy body functions that are designed to battle disease and help repair injury.  Preventive medicine, including good nutrition, fitness, and appropriate rest, is emphasized for sustaining healthy body systems.  Good mental health practices, such as stress reduction, support the patient's immune system, sense of well-being and quality of life.  Appropriate treatment stimulates and maximizes the individual's so-called "host response" (innate healing ability).  Having begun by emphasizing osteopathic manipulation, the profession continues to see the neuromusculoskeletal system as a key element in maintaining health.  The musculoskeletal system makes up two-thirds of the body's mass and includes the bones, muscles, and connective tissue.  It impacts and reflects the condition of all other systems in the body (circulatory, respiratory, nervous, etc.).  OMT is a central element of neuromusculoskeletal and total patient care.  Doctors of Osteopathic Medicine (DOs) are not only trained to provide standard medical care but also to use their hands to diagnose problems, relieve pain, restore

range of motion, and balance muscles and other tissues in order to promote the body's own natural, healthy state.

The official definition of osteopathic medicine, as developed by the American Association of Colleges of Osteopathic Medicine's (AACOM) Educational Council on Osteopathic Principles, is a complete system of medical care with a philosophy that combines the needs of the patient with current practice of medicine, surgery, and obstetrics; that emphasizes the interrelationship between structure and function; and that has an appreciation of the body's ability to heal itself.

**The Osteopathic Oath**

*"I do hereby affirm my loyalty to the profession I am about to enter.  I will be mindful always of my great responsibility to preserve the health and the life of my patients, to retain their confidence and respect both as a physician and a friend who will guard their secrets with scrupulous honor and fidelity, to perform faithfully my professional duties, to employ only those recognized methods of treatment consistent with good judgment and with my skill and ability, keeping in mind always nature's laws and the body's inherent capacity for recovery.*

*"I will be ever vigilant in aiding in the general welfare of the community, sustaining its laws and institutions, not engaging in those practices which will in any way bring shame or discredit upon myself or my profession.  I will give no drugs for deadly purposes to any person, though it be asked of me.*

*"I will endeavor to work in accord with my colleagues in a spirit of progressive cooperation and never by word or by act cast imputations upon them or their rightful practices.*

*"I will look with respect and esteem upon all those who have taught me my art.  To my college I will be loyal and strive always for its best interests and for the interests of the students who will come after me.  I will be ever alert to further the application of basic biologic truths to the healing arts and to develop the principles of osteopathy which were first enunciated by Andrew Taylor Still."*

**Pledge of Commitment**

I pledge to:

- Provide compassionate, quality care to my patients, and partner with them to promote health;
- Display integrity and professionalism throughout my career;
- Advance the philosophy, practice, and science of osteopathic medicine;
- Continue lifelong learning;
- Support my profession with loyalty in action, word, and deed; and
- Live each day as an example of what an osteopathic physician should be.

**WCUCOM FACILITIES**

*Academic Building*—Two lecture halls, a bench research lab, Osteopathic Principles and Practice Lab, student lounge, and study areas are located in this building, also known as "COM 1."

*Asbury Administrative Center*—Student affairs offices, Dean's office complex, faculty offices, student government offices, conference rooms, and admissions are located in this building, also known as "COM 2."

*Turner Medical Arts Building*—This building houses the Innovative Learning Center with OSCE and simulation facilities, including a video production/teleconference studio. Also located here are faculty offices, small-group and study areas, a student kitchen, and study carrels. This building is also known as "COM 3."

*Ross Anatomy Wing*— A new anatomy lab was dedicated January 2014. This state-of-the-art anatomy lab was constructed specifically for student needs, maximizing osteopathic medical education learning potential, and is connected to the Turner Medical Arts Building. This facility was destroyed in the 2017 tornado and the new enlarged anatomy lab (increased by 1800 square feet) was rebuilt in the same location during the spring of 2017, also known as "COM 4."

**ACCREDITATION STATUS:  WCU AND WCUCOM**
William Carey University is accredited by the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) to award bachelors, masters, specialists, and doctoral degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097, or call 404.679.4500 for questions about the accreditation of William Carey University. All normal inquiries regarding the operation of the university, including admissions, financial aid, educational programs, and other operational matters should be addressed directly to the university and not to the commission. The commission should be contacted only if there is evidence of significant non-compliance with the requirements or standards for accreditation. The Mississippi Council on College Accreditation (MCCA) follows the recommendation of SACSCOC. When SACSCOC approves the Level V designation, the MCCA only requests that it be informed of the decision.

The American Osteopathic Association's (AOA) Commission on Osteopathic College Accreditation (COCA) accredits all colleges of osteopathic medicine. WCUCOM received full accreditation on May 3, 2014.


**INSTITUTIONAL EFFECTIVENESS**

**William Carey University**
In an effort to engage in an ongoing quest for quality, the university maintains a comprehensive system of planning and evaluation in all major aspects of the institution. The mission statement for the university is used as the foundation for this evaluation. A variety of assessment methods are used, and the results are implemented to improve both the education programs and support activities. Educational quality is determined by how effectively the institution achieves its established goals. The results of the university's assessment procedures are incorporated annually into the university's planning process in order to achieve continual improvement in programs and services.

**William Carey University College of Osteopathic Medicine**

The WCUCOM fulfills its mission by ensuring that the goals and objectives at all levels are consistent with its mission. The COCA provides accrediting standards that require systematic review of the osteopathic medical education program. Specific assessment procedures appropriate for measuring outcomes have been developed. The results are utilized to implement specific strategies for program enhancement or improvement.

WCUCOM has adopted the WCU's Five-Column Model for institutional effectiveness. The WCUCOM Curriculum Council has the responsibility for tracking the evaluation process and recommending changes to the WCUCOM Dean.

**WCUCOM CURRICULUM**

**Core Competencies**

With a primary aim to train physicians for careers in primary care medicine, the WCUCOM curriculum is based upon core competencies in medical education as identified by the AOA and the American Association of Colleges of Osteopathic Medicine (AACOM):

- Osteopathic Principles and Practice;
- Medical Knowledge;
- Patient Care;
- Interpersonal and Communication Skills;
- Professionalism;
- Practice-based Learning and Improvement; and
- System-based Practice.

The first competency, Osteopathic Philosophy and Practices (OP&P), is the lynchpin competency that holds the other seven competencies together, with integration.

**Credit Hours**

A credit hour is defined by the regulations of the U.S. Secretary of Education at 34 CFR 600.2 except as provided in 34 CFR 668.8(k) and (l), a credit hour is an amount of work represented in intended learning outcomes and verified by evidence of student achievement that is an institutionally established equivalency that reasonably approximates not less than—

(1) One hour of classroom or direct faculty instruction and a minimum of two hours of out of class student work each week for approximately fifteen weeks for one semester or trimester hour of credit, or ten to twelve weeks for one quarter hour of credit, or the equivalent amount of work over a different amount of time; or

(2) At least an equivalent amount of work as required in paragraph (1) of this definition for other academic activities as established by the institution including laboratory work, internships, practica, studio work, and other academic work leading to the award of credit hours.

The above assignment of credit hours assumes a minimum of two hours  out of class student work for each hour of lecture. and equivalent amount of work as for other academic activities as established by WCUCOM including laboratory work, externships, practica, and other academic work leading to the award of credit hours. For federal financial aid purposes, 16 to 56 credit hours per semester is considered full time. Off-cycle students finishing rotations and enrolled for eight credit hours are considered half-time students and are considered eligible for federal financial aid on a prorated monthly basis.

**Credit Hours Assigned to Rotations**
Credit hours assigned to clinical rotations have been calculated as follows: A total of 60 hours of effort per week has been assumed.  These hours consist of diverse efforts including both didactic and non-didactic work, with one credit hour assigned for every 30 hours of effort.  This yields a total of two credit hours per week, resulting in eight total credit hours for a normal four-week rotation.

**Course Numbering System**
Each course is identified by a four-digit number.  The first digit indicates content area.  Course numbers beginning in a six are biomedical in nature.  Course numbers beginning in a seven are clinical in nature.  The second digit of course numbers indicate year of instruction through OMS 3. All course numbers beginning in an eight are reserved for fourth year courses.

Examples: 6111 – Biomedical course in the OMS 1 curriculum
          7210 – Clinical course in the OMS 2 curriculum
          7399 – OMS 3 Clinical Rotation, or other clinically related course
          8001 – OMS 4 Clinical Rotation, or other clinically related course.

**Pre-Clerkship Curriculum (OMS 1 – OMS 2)**
Students and Curriculum can be referred to by Osteopathic Medical Student (OMS) followed by an Arabic numeral that corresponds to placement in training; therefore, students or curriculum may be referred to as OMS 1, OMS 2, OMS 3, or OMS 4 respectively.  The pre-clerkship curriculum includes a total of four semesters, two semesters in the OMS 1 year and two in the OMS 2 year.  Students are immersed in introductory basic science concepts and develop skills in physical examination, doctor-patient interactions, and osteopathic principles and practice. Courses provide integrated presentations of basic and behavioral science concepts and also the clinical aspects of osteopathic medical education.  Students are required to demonstrate competency in clinical skills associated with their clinical science courses each semester by engaging in a variety of integrated clinical experiences (e.g., simulation, surrogate and standardized patient encounters, case-based learning scenarios).

Courses follow a developmental sequence in that foundational courses (e.g., Clinical Anatomy, Medical Physiology, Histology, and Medical Biochemistry) provide the anatomic and cellular/molecular underpinnings of the science of medicine taught through clinically relevant application.  The OMS 2 year continues with expanded integration of the basic and clinical sciences, with increased opportunities for self-directed learning and self-assessment.

**OMS 1 Curriculum 2023-2024**

| Course | Course Number | Credit Hours |
|---|---|---|
| | | |
| Medical Genetics | 6111 | 2 |
| Clinical Anatomy I | 6131 | 7 |
| Clinical Anatomy II | 6132 | 2 |
| Foundations of Medical Neuroscience | 6140 | 4 |
| General Pathology | 6142 | 2 |
| Medical Physiology I | 6151 | 3 |
| Medical Physiology II | 6152 | 4 |
| Histology I | 6161 | 2 |
| Medical Biochemistry I | 6171 | 3 |
| Medical Biochemistry II | 6172 | 2 |
| Infection and Immunity | 6182 | 2 |
| Clinical Patient  Care I | 7171 | 2 |
| Clinical Patient  Care II | 7172 | 2 |
| Osteopathic Principles and Practice I | 7151 | 2 |
| Osteopathic Principles and Practice II | 7152 | 2 |
| Behavioral Science and Public Health I | 7181 | 2 |
| Behavioral Science and Public Health II | 7182 | 2 |
| **TOTAL** | | **45** |

**OMS 1 Course Descriptions**

Fall Semester

*Medical Genetics – OMS 6111*
This course serves as an introductory human genetics course for medical students and adheres to the guidelines set forth by the Association of Professors of Human and Medical Genetics. These guidelines are designed to provide medical students with an in-depth understanding of the principles of genetics and genomics from basic science to clinical application.  This course addresses topics in biochemical genetics, molecular genetics, cytogenetic, population genetics, pharmacogenetics, cancer genetics, and genetic counseling.  Students reflect on the genetic basis of life and the importance of genetics to individuals, communities, and society at large.

*Foundations of Medical Neuroscience – OMS 6140*
This course will examine the scientific basis of understanding the human nervous system from a cross-disciplinary, preclinical point of view. This includes the structure-function relationships of the most relevant neural structures, their neurotransmitters and interconnectivity. Neural systems participating in sensing the world, voluntary and involuntary motor control and higher order cognitive function will be discussed. Neurologic or Psychiatric disease processes will be addressed, where appropriate, to highlight the basis of normal function.

### Clinical Anatomy I – OMS 6131

Clinical Anatomy I introduces the student to the macroscopic structure of the human body using a regional approach, including the back, extremities, thorax, abdomen, pelvis/perineum, neck and head and basic neuroanatomy. The head exercises include extraction and familiarity with the gross brain. This course places emphasis on the student's dissection laboratory experiences as supported by lecture content. Thus, understanding anatomical structure and function as well as the correlation between it and the relevant medical imaging, clinical application and collaborative dissection work is the goal of each learning objective. Graded quizzes are taken during each lecture session. Whenever possible, the lectures try to emphasize thought processes supportive of NBOME Part 1 Board questions. Laboratory tasks are also graded as to dissection quality and collaborative participation. Lectures describe the structure and function of the basic body regions as listed above. Additionally, they correlate adult gross anatomical structure and relevant embryology (the stages of early development of body form and cellular organization.) This integration of embryology provides students with knowledge of the origin of the various tissues and organs of the human body and offers a bridge between the normal anatomy of the adult and the abnormal developmental mechanisms by which specific congenital malformations occur. Resources provided include an archive of posted lecture PowerPoints, laboratory instructions covering the use of prosected cadavers, hands-on team-based cadaveric dissection, on-line digital dissection videos and image archives, supplementary presentations for osteology, access to online 3D anatomy atlases, radiological software for the display and manipulation of radiological, CT, MRI and US image sets and clinical correlations. Clinical Anatomy I takes the student up to and including the lower extremity. Clinical Anatomy II finishes the gross anatomy head and neck sequence in preparation for student exposure to the neurosciences.

### Medical Physiology I – OMS 6151

Medical Physiology is a comprehensive study of human physiology. The Medical Physiology I and Medical Physiology II course sequence is aimed at providing osteopathic medical students with a major foundation in "normal" (i.e., homeostatic) function as it is related to anatomically functional systems and structure. It will focus on the properties of living cells and tissues, and the structure and function of organ systems as well as important interactions between organ systems, especially those that may be of significance to the well-rounded health professional. Additional emphasis is placed on integration and control with introductory concepts of pathophysiology also included. This foundation should provide the necessary basis for later study of the mechanisms of disease (general and special pathology), application of the principles of pharmacology, osteopathic manipulation, internal medicine, surgery, anesthesiology, and other medical sciences.

### Foundations of Histology – OMS 6161

"Histology" explores the organization and function of the tissues of the human body – from the sub-cellular to the organ level, and how structure relates to function. The course prepares students to understand the fine structure of the body. It lays a solid foundation for the future study of disease, injury, and healing. Students spend time in small groups using the "virtual microscope" to teach one another. There is a traditional lecture series, honor open-book quizzes and tests, and one traditional closed-book final exam.

### Medical Biochemistry I – OMS 6171

Medical Biochemistry I and II are a longitudinal study of the human body at the molecular level that occurs in the fall and spring semester.  Both normal and aberrant processes are studied to better obtain a grasp of the diseased state.  The courses stress the fundamentals of biochemistry categorized into seven major functions: (1) the structure and function of protein, (2) intermediary metabolism, (3) the storage and expression of genetic information, (4) carbohydrate metabolism, (5) lipid metabolism, (6) nitrogen metabolism, and (7) the integration of the above metabolic processes. A substantial block of clinical nutrition and its biochemical basis is included. Finally, numerous clinically relevant case studies are used to enhance understanding of both normal and pathological biochemical processes.

### Clinical Patient Care I – OMS 7171

Clinical Science I is the foundational course for the clinical skills series. In this course, students will learn the art and science of the history and physical exam. Discussions will include the examination of specific body systems, patient interviewing techniques, humanistic concerns and medical decision making. The importance of this course to the student's growth into a physician cannot be overstated. Skills learned in this course and all clinical skills courses are those that the future physician will be using numerous times a day in clinical practice. Learning to recognize the healthy normal state lays the groundwork for understanding pathology.

### Behavioral Science and Public Health I – OMS 7181

This course will introduce first year medical students to the core concepts of behavioral science and public health. The course will provide a basic foundation in areas including, but not limited to, clinical research, interprofessional education, and community health.

### Osteopathic Principles and Practice I – OMS 7151

Osteopathic Principles and Practice I introduces the student to the philosophic, anatomic, and physiologic basis of osteopathic practice.  All course content is presented through weekly lectures and clinical skills training sessions.  Course topics include the history of osteopathic medicine, patient medical history, observation, and physical examination focused on observation, palpation, and motion testing.  The course correlates human anatomy and physiology with the study of neuromusculoskeletal function and dysfunction.  Diagnosis of somatic dysfunction will be integrated with learning basic systems for its treatment.

Spring Semester
*Clinical Anatomy II – OMS 6132*
This course is a continuation of OMS 6131, Clinical Anatomy I, and introduces the student to the macroscopic structure of the human body using a regional approach, including the back, extremities, thorax, abdomen, pelvis/perineum, neck and head and basic neuroanatomy.  The head exercises include extraction and familiarity with the gross brain. Both Clinical Anatomy I and Clinical Anatomy II place emphasis on the student's dissection laboratory experiences as supported by lecture content. Thus, understanding anatomical structure and function as well as the correlation between it and the relevant medical imaging, clinical application and collaborative dissection work is the goal of each learning objective.  Graded quizzes are taken during each lecture session. Whenever possible, the lectures try to emphasize thought processes supportive of NBOME Part 1 Board questions.  Laboratory tasks are also graded as to dissection quality and collaborative participation. Lectures describe the structure and function of the basic body regions as listed above.  Additionally, they correlate adult gross anatomical structure and relevant embryology (the stages of early development of body form and cellular organization.) This integration of embryology provides students with knowledge of the origin of the various tissues and organs of the human body and offers a bridge between the normal anatomy of the adult and the abnormal developmental mechanisms by which specific congenital malformations occur. Resources provided include an archive of posted lecture PowerPoints, laboratory instructions covering the use of prosected cadavers, hands-on team-based cadaveric dissection, on-line digital dissection videos and image archives, supplementary presentations for osteology, access to online 3D anatomy atlases, radiological software for the display and manipulation of radiological, CT, MRI and US image sets and clinical correlations. Clinical Anatomy I takes the student up to and including the lower extremity.  Clinical Anatomy II finishes the gross anatomy head and neck sequence in preparation for student exposure to the neurosciences.

*General Pathology – OMS 6142*
General Pathology is the first of a series of three courses comprising education in the discipline of pathology which is introduced in the OMS 1 curriculum and continues in the OMS 2 year. It is a lecture course, which focuses on the basic causes, mechanisms, and consequences of disease processes.  Emphasis is placed on the relevancy of these parameters to clinical medicine.  The majority of the course is devoted to a study of basic pathologic processes which affect all systems of the body.  The remainder of the course consists of a presentation of the disease processes which affect specific organ systems of the body.  The body's ability to self-regulate, self-heal, and maintain itself is stressed throughout the course.  Acquisition of this knowledge enhances student understanding and application of osteopathic principles and practice.

*Medical Physiology II – OMS 6152*
Medical Physiology II is a continuation of Medical Physiology I, OMS 6151.  Together, Medical Physiology I and II are a comprehensive study of human physiology. The Medical

Physiology I and Medical Physiology II course sequence is aimed at providing osteopathic medical students with a major foundation in "normal" (i.e., homeostatic) function as it is related to anatomically functional systems and structure. It will focus on the properties of living cells and tissues, and the structure and function of organ systems as well as important interactions between organ systems, especially those that may be of significance to the well-rounded health professional. Additional emphasis is placed on integration and control with introductory concepts of pathophysiology also included. This foundation should provide the necessary basis for later study of the mechanisms of disease (general and special pathology), application of the principles of pharmacology, osteopathic manipulation, internal medicine, surgery, anesthesiology, and other medical sciences.

### Medical Biochemistry II – OMS 6172
Medical Biochemistry I and II are a longitudinal study of the human body at the molecular level that occurs in the fall and spring semester.  Both normal and aberrant processes are studied to better obtain a grasp of the diseased state.  The courses stress the fundamentals of biochemistry categorized into seven major functions: (1) the structure and function of protein, (2) intermediary metabolism, (3) the storage and expression of genetic information, (4) carbohydrate metabolism, (5) lipid metabolism, (6) nitrogen metabolism, and (7) the integration of the above metabolic processes. A substantial block of clinical nutrition and its biochemical basis is included. Finally, numerous clinically relevant case studies are used to enhance understanding of both normal and pathological biochemical processes.

### Infection and Immunity – OMS 6182
The Infection and Immunity course is designed to give students a foundation in the concepts of microbiology and immunology that are relevant to clinical issues in infectious disease. It is also meant as an introduction to the concepts of infection and immunity that will be encountered in more depth in the second-year integrated curriculum. The course includes a taxonomic survey of medically important microbes, as well as the fundamentals of the normal immune response with respect to its organization, structure, and function

### Clinical Patient Care II – OMS 7172
This course is a continuation of the foundational course. During this course, students will complete their understanding of the basics of the clinical examination. Other topics will be interwoven within this course that will enhance and promote the student's development into a competent physician. Topics will include discussions of personal and professional values, patient interviewing skills, humanistic skills, and other topics that enhance the student's transformation to future physician. The capstone of this course is a final examination in physical examination skills.

### Behavioral Science and Public Health II – OMS 7182
This course is a continuation of OMS 7181, adding to students' understanding of core concepts in behavioral science and public health. The course will provide a basic foundation in areas including, but not limited to, clinical research, interprofessional education, and community health.

***Osteopathic Principles and Practice II – OMS 7152***
Osteopathic Principles and Practice II builds on knowledge of the philosophic, anatomic, and physiologic basis of osteopathic practice established in the prerequisite courses.  All course content is presented through weekly lectures and clinical skills training sessions.  Course topics include the history of osteopathic medicine, patient medical history, observation, and physical examination focused on palpation and motion testing.  The course correlates human anatomy and physiology with the study of neuromusculoskeletal function and dysfunction. Higher levels of palpatory skill are needed and developed in order to diagnose somatic dysfunction which will be integrated with learning of basic systems for treatment.

Electives
***Independent Study/Special Topics Electives***
In addition to the standard curriculum, medical students have the opportunity to participate in focused topic electives.  Completion of these courses and projects will be posted on the official transcript with satisfactory/unsatisfactory credit.

**OMS 2 Curriculum 2023-2024**

The OMS 2 curriculum is organized around systems-based content. Integrated courses include clinical medicine, pharmacology, pathology, and medical microbiology. Longitudinal OP&P instruction is held through weekly labs and lectures in the preclinical years. The competencies of professionalism and interpersonal communication are taught and assessed with integration through all case-based learning sessions and standardized patient encounters. The OMS 2 year includes formal preparatory time for COMLEX-USA Level 1 examination.

An OMS 2 Student is defined as a student that has successfully completed all WCUCOM OMS1 curricular requirements, either at WCUCOM or another COCA accredited institution

| Course | Course Number | Credit Hours |
|---|---|---|
| Systemic Pathology I | 6222 | 3 |
| Systemic Pathology II | 6223 | 4 |
| Neural and Behavioral Science I | 6231 | 3 |
| Neural and Behavioral Science II | 6232 | 2 |
| Medical Microbiology I | 6261 | 3 |
| Medical Microbiology II | 6262 | 2 |
| Medical Pharmacology I | 6271 | 4 |
| Medical Pharmacology II | 6272 | 3 |
| Clinical Integration II | 6292 | 1 |
| Clinical Patient Care III | 7273 | 8 |
| Clinical Patient Care IV | 7274 | 7 |
| Osteopathic Principles and Practice III | 7253 | 2 |
| Osteopathic Principles and Practice IV | 7254 | 2 |
| **TOTAL** | | **44** |

**OMS 2 Course Descriptions**

Fall Semester

In the OMS 2 year, students continue with systems-based curricula. A systems approach unifies the integrated courses which include Clinical Science, Medical Pharmacology, Systemic Pathology, and Medical Microbiology. While not fully integrated with these courses, Neural and Behavioral Science, and Osteopathic Principles and Practice run concurrently with the integrated courses and intersect with their content in various ways. The competencies of professionalism and interpersonal communication are taught and assessed with integration through all case-based learning sessions and standardized patient encounters. The OMS 2 year also includes formal preparatory time for COMLEX-USA Level 1 examination.

Neural and Behavioral Science I continues building on the foundations of basic medical sciences provided by the first year curriculum. The main goals of the course are to deepen the students' knowledge of the nervous system while correlating the mechanistic aspects involved in

disorders, and to facilitate the development of the students' diagnostic ability in community-based, clinical-training environments in the third and fourth years of the curriculum.

Osteopathic Principles and Practice III builds upon material presented in OP&P I and II during the first year. This course is designed to develop the student's clinical assessment and treatment of future patients utilizing OP&P/OMM. It is also designed to reinforce basic and functional human anatomy with physiology as well as incorporating physical diagnosis and treatment.  The student is trained to consider Osteopathic correlations when assessing a patient's particular disease process, through case-based learning (CBL). Longitudinal OP&P instruction is held through weekly labs and lectures in the preclinical years.

The remaining first semester of the OMS 2 curriculum is organized around integrated, systems-based course content delivered through four core component courses (Systemic Pathology I, Medical Pharmacology I, Clinical Science I, and Medical Microbiology I).  These courses focus on relevant content material in the hematologic, cardiovascular, respiratory, and nervous systems.

### Systemic Pathology I – OMS 6222
An overview of the causes and mechanisms of disease and its symptoms and signs. Disease must be understood at all levels -- molecules, cells, tissues, organ systems, the entire person, and social factors. This semester focuses on diseases of the blood and blood-forming organs, the cardiovascular system, the respiratory system, and the nervous system. There is a traditional lecture series. Students also take turns sharing pathology slides with their peers at the "virtual microscope". Optional activities include faculty and student-directed interactive case studies, and essays based on reading of the scientific literature. The focus is on active learning, clear reasoning, and understanding the "why"s.

### Neural and Behavioral Science I – OMS 6231
Neural and Behavioral Science I includes pathophysiology of common diseases of the nervous system (including visual, auditory, and vestibular systems) and the general principles underlying diagnosis and management.  It also examines the major psychiatric syndromes including psychotic, mood, and anxiety disorders.  Diagnostic criteria, signs, and symptoms, as well as course, treatment, and prognosis, are reviewed along with biological and psychosocial knowledge of each psychiatric syndrome.

### Medical Microbiology I – OMS 6261
Medical Microbiology I presents virology, bacteriology, mycology, and parasitology from a medical standpoint, emphasizing morphology, physiology, life history, pathogenicity, epidemiology, diagnosis, therapy and prevention.  A case history/problem-solving approach to infectious diseases is incorporated throughout the course and emphasizes such clinical aspects as etiology, patient management, specimen collection, laboratory tests, pathologic findings, and prognosis.

### Medical Pharmacology I – OMS 6271

Medical Pharmacology is the study of the nature and property of drugs, how drugs interact with living organisms, and the therapeutic (and also toxic) effects drugs have on the body. Content coverage includes basic pharmacological principles, basic mechanisms of action, therapeutic applications, adverse effect(s), and drug-drug interactions of prototypical drugs for each drug class.  When applicable, clinical case studies are utilized to illustrate and facilitate the learning of important pharmacological principles.  The rational use of drug therapy in the prevention, diagnosis, and treatment of disease is addressed in order to promote appropriate therapeutic decisions in patient management.

### Clinical Integration II – OMS 6292

This course will provide continued integration of foundational knowledge and skills for board preparation. Several teaching modalities will be utilized in this course with synchronous and asynchronous delivery. Students will complete board style question assignments, focus board review, practice exams and must complete and pass a secure formal practice board exam prior to being allowed to matriculate to the OMS 3 and OMS 4 years of the curriculum.

### Clinical Patient Care III – OMS 7273

Clinical Patient Care III places emphasis on the importance of the history and physical examination for detecting a healthy normal state as the basis for recognizing disease. An emphasis is placed on practical application of knowledge and skills, as well as COMLEX preparation. Content coverage includes diagnostic reasoning and foundations in clinical/community behavioral medicine, professionalism, ethics, and medical jurisprudence. Students participate in Objective Structured Clinical Examinations (OSCEs) and simulation experiences.  Students are assessed on knowledge and skills related to 1) interviewing and history-taking, 2) performing the physical examination, 3) integrating OP&P, and 4) making clinical judgments.  Clinical presentations are explored through in-class experiences, Objective Structured Clinical Examinations (OSCEs), and simulation training.

### Osteopathic Principles and Practice (OP&P) III – OMS 7253

OP&P III builds on the osteopathic principles of treatment and diagnosis emphasized during OP&P I and OP&P II.  Course topics include the history of osteopathic medicine, patient medical history, observation, and physical examination focused on observation, palpation, and motion testing. The course correlates human anatomy and physiology with the study of neuromusculoskeletal function and dysfunction.  Proficiency with previously taught principles and various treatment systems are emphasized to better develop students' osteopathic diagnostic and treatment capabilities and skills.  New systems of diagnosis and techniques are introduced in OP&P III to build on the student's existing osteopathic foundation, including Still Technique and Facilitated Positional Release (FPR), as well as assessing for Chapman's points. Case-based learning (CBL) comprises a portion of this course to further integrate traditional medicine with osteopathic medicine philosophies.  This type of learning allows the student to critically consider osteopathic correlations in various disease processes, including viscerosomatic/autonomic influences.

Spring Semester
In the spring semester, both Neural and Behavioral Science II, and Osteopathic Principles and Practice IV continue as extensions of the affiliated first semester courses.

Medical Microbiology II, Systemic Pathology II, Medical Pharmacology II, and Clinical Science II also continue in the spring semester with a fully integrated approach to delivery of course content linked to the endocrine, renal, reproductive, musculoskeletal, dermatological, and gastrointestinal systems.

### Systemic Pathology II – OMS 6223
Systemic Pathology focuses on the basic causes, mechanisms, and consequences of disease processes. Emphasis will be placed on the relevancy of these parameters to clinical medicine. The first portion of the course is devoted to a study of basic pathologic processes, which affect all systems of the body. The remainder of the course consists of a presentation of the disease processes, which affect specific organ systems of the body. The body's ability to self-regulate, self-heal, and maintain itself is stressed throughout the course.

### Neural and Behavioral Science II – OMS 6232
Neural and Behavioral Science II is designed to further develop the students' knowledge in advanced topics of nervous system structure and function, as well as relevant disease models and elements of neurology. The method of instruction is a series of lectures by a multidisciplinary team of basic and clinical science educators. The integrative aspect of the course introduces the students to the foundations of neurology and psychiatry as addressed in the highlighted disease conditions. Neural and Behavioral Science II will review and deepen the students' knowledge of the basic science of the nervous system while correlating the mechanistic aspects involved in disorders, all of which will facilitate COMLEX preparation, as well as the development of the students' diagnostic ability in community-based, clinical training environments in the third and fourth years of the curriculum.

### Medical Microbiology II – OMS 6262
Medical Microbiology II continues the systems-based approach to material as in Medical Microbiology I through coverage of virology, bacteriology, mycology, and parasitology from a medical standpoint, emphasizing morphology, physiology, life history, pathogenicity, epidemiology, diagnosis, therapy, and prevention.

### Medical Pharmacology II – OMS 6272
Medical Pharmacology II is a continuation of Medical Pharmacology I, both of which address the application of clinical therapeutics and each major drug class relevant to today's physician and the practice of medicine.

### Clinical Integration II – OMS 6292
This course will provide continued integration of foundational knowledge and skills for board preparation. Several teaching modalities will be utilized in this course with synchronous and asynchronous delivery.

***Clinical Patient Care IV – OMS 7274***
Clinical Patient Care IV is a continuation of OMS 7273, Clinical Patient Care III, and includes basic life support training, advanced cardiac life support training, pediatric advance life support training and COMLEX board review material.

***Osteopathic Principles and Practice IV – OMS 7254***
The OP&P IV curriculum continues the discussion of function and dysfunction of the body. Management of common clinical problems, which can be helped with osteopathic manipulative medicine, is presented. The laboratory will continue to develop osteopathic diagnosis and treatment skills using the systems presented in the prior three semesters Content coverage includes a thorough review of the entire body from a clinical perspective utilizing the different osteopathic manipulative treatment methods. An increasing amount of material is integrated into the analysis of how to address clinical problems through Osteopathic Clinical Application Modules (OCAMs) and Osteopathic manipulative treatment methods.

Electives
***Independent Study/Special Topics Electives***
In addition to the standard curriculum, medical students have the opportunity to participate in focused topic electives. Completion of these courses and projects will be posted on the official transcript with satisfactory/unsatisfactory credit.

**OMS 3 and OMS 4 Curriculum 2019-2020**
The clinical clerkship curriculum leading to the Doctor of Osteopathic Medicine (DO) degree is a 20-month program designed to educate and equip osteopathic physicians with skills necessary to enable them to enter graduate medical education programs. The curriculum is designed to support the WCUCOM mission and emphasizes primary care. In the OMS 3 and OMS 4 years of the curriculum, students learn patient care, develop clinical technical skills, and serve as members of a medical team. Students spend time with clinical faculty at regional hub sites throughout the Gulf South. A "hub site" must have at least one accredited full-service hospital and may contain critical access hospitals, public and private clinics, and individual practitioners. Travel time between facilities within a hub site is limited to 60 minutes to minimize the amount that travel time encroaches on student study time or contributes to student fatigue. Students are responsible for transportation to and from assigned rotation locations without the assistance of WCUCOM. Hub sites provide access to a library (virtual or real space), study space, sleeping space (if needed for call), computer access, and Internet access. The first 10 months of the clerkship experience occurs at a single hub site whenever possible. Basic procedures are demonstrated and practiced by students in each area of study. Students learn about the standard operating procedures of the hospital and office practice. Clerkship rotations provide increased continuity in training and offer students experience working with a variety of allied health professionals.

An OMS3 Student is defined as a student that has successfully completed all WCUCOM OMS1 and OMS2 curricular requirements, including score a 450+ on the school-administered COMSAE and sat for an initial attempt at COMLEX-USA Level 1.

The OMS 4 curriculum begins with an introductory course (*Advanced Clinical Integration—OMS 8000),* which prepares students for the increased responsibilities and expectations that they will encounter in their OMS 4 year. This experience incorporates on-campus, hands-on OMT review, clinical simulation and professional development sessions, as well as study and review for the COMLEX-USA Level 2-CE.

In the OMS 4 year, the primary purpose of instruction is to help students apply the didactic background and preliminary clinical training received in core rotations to more intensive clinical experiences.  Students are given greater patient-care responsibilities than in the OMS 3 year but remain under the direct supervision of a resident or attending physician.  During this year, they are allowed to select their own curriculum.  This allows the students to foster interests that have developed regarding a given specialty or to shore up areas of their knowledge that they would like to strengthen.  They select 36 total weeks on rotations, a minimum of 16 weeks of rotations in medical specialties, such as cardiology, endocrinology, gastroenterology, general internal medicine, geriatrics, hematology/oncology, infectious diseases, nephrology, neurology, pulmonology, research, and medical critical care.  Additionally, a minimum of 16 weeks of rotations must incorporate surgical specialties, such as orthopedics, ophthalmology, neurological surgery, urology, or trauma surgery.  Students may elect to perform these rotations in any area of the country.  As this curriculum remains unique to each individual student, course descriptions of the OMS 4 electives are not provided in the *WCUCOM Student Handbook and Catalog*.

**OMS 3 – OMS 4 Curriculum 2023-2024**

| OMS Year | Course Name | Specialty Number | How approved | No. (#) months | Course | Hours Credit |
|---|---|---|---|---|---|---|
| OMS 3 | Family Medicine 1 | 10 | Required and Assigned | 1 | 7311 | 8 |
| OMS 3 | Family Medicine 2 | 10 | Required and Assigned | 1 | 7312 | 8 |
| OMS 3 | ER Medicine | 20 | Required and Assigned | 1 | 7321 | 8 |
| OMS 3 | Internal Medicine 1 | 30 | Required and Assigned | 1 | 7331 | 8 |
| OMS 3 | Internal Medicine 2 | 30 | Required and Assigned | 1 | 7332 | 8 |
| OMS 3 | Pediatrics | 40 | Required and Assigned | 1 | 7341 | 8 |
| OMS 3 | General Surgery 1 | 50 | Required and Assigned | 1 | 7351 | 8 |
| OMS 3 | General Surgery 2 | 50 | Required and Assigned | 1 | 7352 | 8 |
| OMS 3 | OBGYN/Women's Health | 60 | Required and Assigned | 1 | 7361 | 8 |
| OMS 3 | Mental Health | 70 | Required and Assigned | 1 | 7371 | 8 |
| OMS 3 | Patient Care and OMT Competency | | Required and Assigned | | 7381 | 1 |
| OMS 3 | Advanced OP&P V | | Required and Assigned | | 7382 | 1 |
| OMS 3 | Advanced OP&P VI | | Required and Assigned | | 7383 | 1 |
| OMS 3 | Introduction to Clinical Scholarship | | Required and Assigned | | 7384 | 1 |
| OMS 4 | Advanced OP&P VII | | Required and Assigned | | 8082 | 1 |
| OMS 4 | Advanced Clinical Integration | | Required and Assigned | 1 | 8000 | 8 |
| OMS 4 | Elective I | 10 | Office of Clinical RotationsOffice of Clinical Rotations Approval | 1 | 8001 | 8 |
| OMS 4 | Elective II | 10 | Office of Clinical Rotations Approval | 1 | 8004 | 8 |
| OMS 4 | Elective III | 10 | Office of Clinical Rotations Approval | 1 | 8007 | 8 |
| OMS 4 | Elective IV | 10 | Office of Clinical Rotations Approval | 1 | 8010 | 8 |
| OMS 4 | Elective V | 20 | Office of Clinical Rotations Approval | 1 | 8013 | 8 |

| OMS 4 | Elective VI | 20 | Office of Clinical Rotations Approval | 1 | 8016 | 8 |
| OMS 4 | Elective VII | 20 | Office of Clinical Rotations Approval | 1 | 8019 | 8 |
| OMS 4 | Elective VIII | 20 | Office of Clinical Rotations Approval | 1 | 8022 | 8 |
| OMS 4 | Elective IX | 30 | Office of Clinical Rotations Approval | 1 | 8030 | 8 |
| Total | | | | 20 | | 161 |

**Integration of Osteopathic Principals and Practice during Clinical Rotations**
Integration and use of the principles and techniques learned in the OP&P lecture and laboratory settings in the first and second years is vital. Opportunities for didactic and on-campus training are provided as well as requirements for the integration of these principles and practices into patient care at the bedside with the precepting physician. See individual rotation syllabi for specific requirements.

**Course Descriptions OMS 3**

***Family Medicine 1 - OMS 7311***
Family medicine physicians provide first contact, ongoing, and preventive care to all patients regardless of age, gender, or culture.  They provide care in both office and hospital-based settings.  Family medicine is an essential component of the primary care infrastructure of the U.S. healthcare delivery system.  This rotation provides an introduction to the specialty, with an emphasis on continuity of care, coordination of care among health care providers, preventive medicine, and the impact of family and community dynamics on patients' health and well-being.  This rotation will emphasize the diagnosis and management of commonly encountered diseases as they present in patients with both acute and chronic phases.

***Family Medicine 2 - OMS 7312***
This rotation provides increased experience in family medicine, allowing the student to build upon skills developed on his/her first rotation. Students will gain increased exposure to the role of the family physician as the coordinator of care for their diverse patient population. There will be an increased focus on the role of family and the community on patients' health and healthcare decision-making.  There will also be an increased emphasis on preventive medicine and the role of health screening examinations.

***Emergency Medicine 1 - OMS 7321***
Emergency medicine provides the student with the unique opportunity to care for patients of all ages presenting with acute complaints.  Many of the patients encountered on this rotation will have life-threatening illnesses or injuries that require immediate stabilization.  Others will present with complaints that can be diagnosed and then treated in the outpatient setting. As such, this rotation will aid students in differentiating patients with unstable or acute illnesses that will require hospitalization from those patients who may be safely followed in the

community setting.  The volume of patients seen in this setting, along with the acuity of their presentation, is ideal for students to develop the ability to perform a history and physical examination that focuses on issues pertinent to the chief complaint.  This rotation also offers an opportunity to gain experience in a broad range of procedures while under the direct supervision of the preceptor.

### Internal Medicine 1 - OMS 7331
On this rotation, students will be exposed to a variety of patients, ranging from the young adult to the elderly, who present for both routine maintenance of chronic diseases, preventive care, or an acute disease process.  The student will have the opportunity to further 1) develop skills in his/her performance of a detailed medical history and physical examination, critical thinking, and the development of an appropriate differential diagnosis; 2) learn the indications for common diagnostic tests; and 3) become involved with all parameters of a patient's evaluation needed to reach a diagnosis and management plan.

### Internal Medicine 2 - OMS 7332
This rotation may involve general internal medicine or one of the medical subspecialties.  The student will have the opportunity to further develop his/her ability to diagnose and formulate an appropriate management plan.  Emphasis will be placed on the student's ability to appropriately interpret commonly ordered diagnostic tests.  There will also be an increased focus on preventive medicine.

### Pediatrics - OMS 7341
This rotation will be a formal introduction to the practice of pediatrics.  Prior experience with children is not a prerequisite to enjoying this exciting rotation.  In fact, the student will find that the practice of pediatrics itself is what draws students to the field, rather than the enjoyment of children solely.  Pediatrics is a broad field, which encompasses not only the health of patients but the patients' developmental, emotional, and social well-being.  The student should learn developmental milestones, as well as become proficient in performing psychosocial and developmental histories and physicals while on this rotation.  Focus on the whole patient, wellness, and preventive care are highly valued in this specialty.  The rotation will offer the student an opportunity to develop these skills.

### General Surgery 1 - OMS 7351
It is not the purpose of the surgical rotation to train medical students in the practice of surgery, but to provide the student with a broad experience in the general surgical disciplines. This experience is designed to emphasize direct patient contact, including all phases of evaluation, diagnosis, and treatment.  The rotation includes opportunities to apply the principles learned in the classroom and anatomy labs.  The rotation includes supervised experiences in both inpatient and ambulatory care settings with exposure to various surgical subspecialties. Emphasis is placed on data gathering, differential diagnosis, patient management, maintenance of medical records, performance of diagnostic and therapeutic skills, appropriate triage and referral, follow-up care, and the provision of health education and counseling.

### General Surgery 2 - OMS 7352

Surgery II is designed to further train the student in basic surgical skills, preoperative patient evaluations, operating room procedures, and postoperative patient care.  It may be done as a continuation of the General Surgery I rotation, an additional month of General Surgery with a different surgical service or as a sub-specialty surgical service.  During this rotation, the student will 1) continue to develop skills in his/her performance of a detailed pre-surgical history and physical examination, 2) learn the reasons for the selection of common pre-surgical tests, 3) become involved with all parameters of a patient's evaluation needed to reach a diagnosis, 4) learn the method of grading operative risks, 5) be exposed to the considerations employed in the selection of the anesthetic agents, and 6) become thoroughly familiar with operating room protocol.

### OB/GYN/Women's Health - OMS 7361

This is a one-month obstetrics and gynecology rotation designed to train students in both office and hospital settings.  Students will observe or participate in the management of pregnant patients, from initial diagnosis through delivery and post-partum care.  The student will encounter both routine and complicated pregnancies.  Students should develop a working knowledge of what constitutes a "high-risk" pregnancy.  Students will also learn the diagnosis and management of commonly encountered gynecologic conditions.  In addition, the student should learn the basics of preventive medicine and recommended health-screening examinations for this population.

### Mental Health - OMS 7371

While many students will not choose a career in psychiatry, mental health issues occur in a broad spectrum of patients, and physicians in any specialty will encounter patients with underlying psychiatric disorders.  This rotation provides the student with the opportunity to develop skills in eliciting a psychiatric history, creating a differential diagnosis for common presentations of psychiatric disease, and becoming familiar with commonly prescribed neuropsychiatric medications.

### The Patient Care and OMT Competency Course - OMS 7381

The Patient Care and OMT Competency Course is designed to integrate and emphasize the elements of the Patient Care and Osteopathic Principles and Practices Core Competencies.  There are two sections in the fall semester, and each includes sessions incorporating OSCE patient encounters alternating with small-group sessions reviewing the elements of the Patient Care Core Competency, and an Osteopathic Principles and Practice review session covering the basics of osteopathic diagnosis and osteopathic manipulative treatment when appropriate. The sessions will have a case-based learning section in which common musculoskeletal ailments will be discussed.  The course may also have some new techniques introduced to be used in the office setting when treating patients for musculoskeletal ailments.  There is one section in the spring semester, which includes a one-day OSCE with 12 patient encounters that are designed to simulate the COMLEX Level 2-PE.

### Advanced Osteopathic Principles and Practices V- OMS7382

The Advanced OPP course includes an OMM review and independent systems-based or specialty-based modules that will review anatomy, physiology, diagnosis, and treatment options, including osteopathic manipulative medicine (OMM) for each covered diagnosis. Individual modules may be completed in any order but are recommended to be completed during clinical rotations that include a high volume of clinical cases covered in the module.

### Advanced Osteopathic Principles and Practices VI- OMS7383

*Advanced Osteopathic* Principles and Practice (OPP) is a three-semester online course that runs during the third and fourth years of osteopathic medical school: Advanced OPP 5-7 (Semesters 5, 6, and 7). The curriculum is arranged by semester.

The Advanced OPP course includes an OMM review and independent systems-based or specialty-based modules that will review anatomy, physiology, diagnosis, and treatment options, including osteopathic manipulative medicine (OMM) for each covered diagnosis. Individual modules may be completed in any order but are recommended to be completed during clinical rotations that include a high volume of clinical cases covered in the module.

### Introduction to Clinical Scholarship—OMS 7384

*This year long* course is designed to introduce the student to foundational concepts necessary for their development as physician scholars. These concepts are delivered through a series of in-person and video presentations, project assignments, and online exercises, all culminating with a comprehensive examination.

### Clinical Skills Elective

In addition to the standard curriculum, an elective rotation focused on clinical skills development is also offered. Credits from the clinical skills elective may not be substituted for rotation requirements.

### Rotation Requirements

OMS 3 rotations are on a monthly basis, starting the first day of each calendar month and ending on the last day of the month, regardless of the number of days. Any time off from a rotation will be at the discretion of the Preceptor with the approval of the Associate Dean, Clinical Science. This includes holidays and weekends.

### Course Descriptions OMS 4

WCUCOM maintains a minimum of 120% of the maximum need of clinical rotations. This allows WCUCOM to assist OMS 4 students who do not wish to schedule their own elective rotations. The Office of Clinical Rotations will ensure that all clinical rotation requirements are completed.

### Advanced Clinical Integration—OMS 8000

This course prepares students for the increased responsibilities and expectations that they will encounter in their OMS 4 year. This on-campus experience incorporates hands-on OPP review,

clinical simulation and professional development sessions, and review for the COMLEX-USA
Level 2-CE.

### *Advanced Osteopathic Principles and Practices VII- OMS8082*
*Advanced* Osteopathic Principles and Practice (OPP) is a three-semester online course that runs
during the third and fourth years of osteopathic medical school: Advanced OPP 5-7 (Semesters
5, 6, and 7).  The curriculum is arranged by semester.

OPP, as defined by the American Association of Colleges of Osteopathic Medicine's Educational
Council on Osteopathic Principles, is a concept of health care supported by expanding scientific
knowledge that embraces the concept of the unity of the living organism's structure (anatomy)
and function (physiology). Osteopathic philosophy emphasizes the following principles: (1) The
human being is a dynamic unit of function; (2) The body possesses self-regulatory mechanisms
that are self-healing in nature; (3) Structure and function are interrelated at all levels; and (4)
Rational treatment is based on these principles (Glossary of Osteopathic Terminology, 2011).

### Elective Rotations (OMS 8001-OMS8030
Thirty-six weeks of elective rotations to be selected by the student and approved by the
WCUCOM Associate Dean, Clinical Sciences.  These elective rotations are restricted as follows:
- 16 weeks must be a medicine elective;
- 16 weeks must be a surgical elective;
- No more than 8 of the 16weeks may be scheduled in the same specialty/subspecialty; and
- 4 weeks may be used for clinical experiences in any specialty or in a nonclinical setting or applied to one specialty/subspecialty experience for a maximum of 12 weeks in a targeted clinical setting (e.g., Medical education, research, medicine, surgery, etc.).

Directed study electives may be selected when a student is mandated to take time off during
his/her academic program to work on independent study topics (for example, a student taking
time off from rotations to study for COMLEX).  During a directed study period, students are
actively enrolled at WCUCOM.  Credits from directed study may not be substituted for rotation
requirements.

Additionally, WCUCOM maintains the COCA-required excess of clinical rotations; therefore,
OMS 4 students who are having difficulty with scheduling of OMS 4 rotations may contact the
WCUCOM Office of Clinical Rotations for additional WCUCOM-affiliated OMS 4 rotation
options.

### STUDENT PARTICIPATION IN RESEARCH

### Purpose
The purpose of this policy is to establish guidelines and structure to support and promote
student engagement in research and research education. Definitions: For the purpose of this
policy the term "student" refers to any osteopathic medical student and "faculty" refers to
WCUCOM personnel with a faculty appointment.

**Procedures:**

Prior to any research activity:

- Research education will be provided to students in the preclinical years to promote understanding and awareness of responsible conduct, confidentiality, vulnerable subjects, research ethics, basic biostatistics, research design, case reports, etc.

- Students should consult with the Director of Student Research on the feasibility and design of the project as well as the resources needed.

- A written proposal signed by the student's research mentor must be submitted to and approved by the Associate Dean of Research. This should be no more than 1 page, briefly describing the project background, aims, and methods, and reference no more than two key publications. Students planning an OMS3 or OMS4 research elective should include this proposal with their approval form.

- Students participating in a faculty-initiated research project should have a clear agreement with their faculty mentor on mutual expectations, particularly in regard to time and effort required, authorship on presentations and publications, and confidentiality of data, research subjects, and other novel aspects of the research.

- All students and faculty involved in research must have completed all required research certification training appropriate for their research project. At a minimum the CITI training courses in Responsible Conduct of Research and one of the CITI Human Subjects courses must be completed. Additional courses in information security, privacy protection, biosafety, etc. may be required for specific projects.

- Research involving human subjects must be reviewed by the WCU IRB and have current IRB approval before beginning the project.

- Students may not be designated as primary investigators and must have a documented PI faculty mentor for the IRB application.
- If a student project is an extension of an already IRB approved research project, PI must correspond with the IRB chair concerning the appropriate protocol modifications.

At the completion of any research activity:

- If an ongoing project lasts longer than an academic year, students and faculty must provide a written summary update to the Associate Dean of Research. An IRB protocol extension may also be necessary.
- At the completion of a research project a written summary of the project must be provided. In cooperation with the faculty PI, students are strongly encouraged to

present their work in appropriate venues, including WCU Research Day, and to publish where appropriate.

**Funding for Student Research**

- Travel to national meetings:
  - Funding is available on a competitive basis for student travel.
  - The student must complete the application for the Dean's Student Travel Award and the appropriate documentation requests must be submitted.
  - Students must follow the student handbook policies, gain appropriate approvals and be in good academic and professional standing.
  - Poster preparation costs
  - WCUCOM will pay reasonable costs to reimburse the printing of all student research posters being prepared for a conference presentation.
- Publication costs
  - Any funding of publication costs is borne by the primary institution of the Principal Investigator. If the PI is a WCUCOM student or faculty member, they should consult with the Associate Dean of Research before selecting an appropriate journal for publication.
- Summer research support
  - OMS1 students are strongly encouraged to seek significant health-related summer research experiences of 6-8 weeks in duration. Students obtaining exceptional summer research opportunities but in need of financial assistance related to travel and subsistence should complete the WCUCOM Summer Research Fellowship application. Instructions and requirements are included in the application form.

**ADMISSIONS**

**General Process of Application for Admission**
WCUCOM participates with other osteopathic colleges in a centralized application processing service called the American Association of Colleges of Osteopathic Medicine Application Service (AACOMAS).   The first step in applying to WCUCOM is completing an AACOMAS application. Once AACOMAS has processed the application, they will send the individual's application to the designated colleges.  AACOMAS takes no part in the selection or rejection of applicants.

AACOMAS applications can be obtained at https://aacomas.liaisoncas.com/applicant-ux/#/loginor

AACOMAS Transcript Processing Center
P.O. Box 9137 Watertown, MA 02471 Telephone: 301.968.4100

WCUCOM uses a comprehensive, competitive approach to selection of students, considering all aspects of an applicant. Applicants will be sent a secondary application if general qualifications are met.

The WCUCOM Admissions Committee will review files only after all the following materials have been received:

- AACOMAS application;
- Completed WCUCOM secondary application;
- Letters of evaluation from the following:
  - A physician (preferably a DO who is a member of the American Osteopathic Association), and
  - Two letters from science (biology, chemistry, or physics) faculty members who have taught the applicant in a science course or a single letter from a pre-professional advisory committee.

Additional letters of recommendation in excess of the above requirements may be submitted. If the applicant has been out of school for at least five years, and his or her professors are no longer available, the applicant should contact the Admissions Office.

Recommendations should be uploaded to the AACOMAS application. They may also be mailed directly to WCUCOM, the Interfolio, or Virtual Evals admission services.  Letters of recommendation should not be older than two years.  This determination is made by the date of submission of the primary AACOMAS application.  For example, if the date of the primary application submission is October 12, 2014, letters should be dated no earlier than October 12, 2012.  Prospective students having difficulty meeting this requirement should contact the Office of the Associate Dean, Student Affairs at WCUCOM for guidance.

The WCUCOM Admissions Committee will consider applications from all qualified individuals; however, strong preference is given to students from Mississippi, other Gulf South regions, and rural, medically underserved areas of the country.  The Admissions Committee seeks those individuals who clearly identify with the WCUCOM mission statement.

**Dates for Filing**
The initial deadline for a complete (with official MCAT scores), verified AACOMAS application is March 15.  The initial deadline for receipt of secondary application materials is April 15.  It is understood that once the class is filled with a reasonable number of alternates selected, applications are closed and the remaining candidates are administratively rendered ineligible for admission. Additionally, it is understood that WCUCOM may reopen the application window at the discretion of administration.

**Personal Interview**
Following review of all application materials, selected applicants will be invited for an interview. The interview is important to both the applicant and the Admissions Committee.  It allows the applicant to see WCUCOM and talk with students and faculty.  The interview also allows the Admissions Committee to evaluate the applicant on important personal qualities for a potential osteopathic physician that cannot be measured by standardized tests.

**Academic Requirements for Admission**
The minimum academic requirements for admission are detailed below.
Students must take the Medical College of Admissions Test (MCAT) exam prior to matriculation. MCAT test scores are valid for three years from the original date. This determination is made by the date of submission of the primary AACOMAS application.

Applicant must show satisfactory completion with a final passing grade in each of the following college courses, including laboratory work where applicable as determined by WCUCOM:

- English Composition and Literature      6 Semester Hours;
- General Chemistry                                 8 Semester Hours;
- Organic Chemistry                                 8 Semester Hours;
- Physics                                                     8 Semester Hours; and
- Biological Sciences                               12 Semester Hours.

These basic requirements must be passed and taken for credit at an accredited college or university.  Courses designated as "writing intensive" are not acceptable to meet the English requirement.

Transcripts must be received from all colleges and universities attended.  They should be submitted with the AACOMAS application.  An official transcript sent directly to WCUCOM must document courses completed after submission of the AACOMAS application. These documents must be received prior to matriculation.

The minimum requirement for admission to a COM must be no less than 75 percent of the credits needed for a baccalaureate degree from a college or university accredited by an agency recognized by the United States Department of Education. The above minimum requirements may not necessarily be completed prior to application for admission. Approval of admission is tentative, pending satisfactory completion of minimum requirements and maintenance of a satisfactory academic record before the date of registration.

Credit by examination is not available at WCUCOM. "Online" or "distance learning" courses are not acceptable for credit at WCUCOM. Exceptions are those academic terms approved by the WCUCOM admissions committee due to the COVID-19 Pandemic.

The ability to use a computer is an essential skill that is required to complete WCUCOM course work. Therefore, it is strongly recommended that each entering student has a good working knowledge of computer use and applications. WCUCOM utilizes the latest in Microsoft and Windows applications. Computer specifications and PC Requirements are listed in the Examination Policies of this document.

**Minimal Technical Standards for Admission, Matriculation, and Promotion**
WCUCOM will attempt to develop creative ways of opening medical school admissions to individuals with disabilities. In doing so, however, the college must maintain curriculum requirements deemed essential to the education of an osteopathic physician. Unless stated to the contrary, the following policies apply to both prospective students who are candidates for admission and current students who are candidates for the DO degree, hereafter referred to as "candidates."

It is the policy of WCUCOM that no student shall be excluded from participating in, be denied the benefits of, or be subjected to discrimination in any program sponsored by WCUCOM. (See Nondiscrimination Policy and Diversity Statement.)

Regarding individuals with disabilities, WCUCOM does not discriminate against such individuals who are otherwise qualified. The COM does require candidates to meet minimal technical standards. These standards identify reasonable expectations of osteopathic medical students, and physicians, in performing common functions. With or without reasonable accommodation, candidates must meet these minimal technical standards.

A candidate for the DO degree must have multiple abilities and skills including general health, observation, communication, conceptual, integrative, quantitative, behavioral and social attributes, and transportability. Accommodations can be made for various disabilities, but a candidate must be able to perform in a reasonably independent manner. Those individuals who need accommodations and are otherwise qualified may request accommodation in writing to the Associate Dean, Student Affairs. He/she will talk with the individual, may request documentation, and may refer the student for individual assessment by qualified experts. Self-identified students will be referred to the Office of Disabilities at WCU for evaluation,

assessment, and recommendation for accommodation. (See Reasonable Accommodations and Documentation.)

The following are minimal technical requirement areas in which individuals with significant limitations would be unlikely to successfully complete the requirements for a DO degree:

- *Sensory* - Osteopathic candidates need exceptional sensory skills, and it is therefore, necessary to thoroughly evaluate individuals who are otherwise qualified but who have significant tactile sensory or proprioceptive disabilities. This would include individuals with significant previous burns, sensory-motor deficits, cicatrix formation, and many malformations of the upper extremities;
- *Intellectual, Conceptual, Integrative, and Quantitative Abilities* - The candidate must be able to measure, calculate, reason, analyze, and synthesize in a timely fashion. In addition, the candidate should be able to comprehend three-dimensional relationships and to understand the spatial relationships of structure;
- *Behavioral and Social Attributes* - Candidates must possess the emotional health required to fully utilize their intellectual abilities, to attend to the diagnosis and care of a patient responsibly and to develop mature, sensitive, and effective relationships with patients. Candidates must be able to tolerate physically taxing workloads and to function effectively under stress. They must be able to adapt to changing environments, to display flexibility, and to learn to function in the face of uncertainties inherent in the clinical problems of patients. Compassion, integrity, concern for others, interpersonal skills, interest, and motivation are all personal qualities that will be assessed during the admission and educational processes;
- *Immunizations* - The candidate must be able to comply with requirements for immunizations of all hospitals accredited by the Joint Commission on Accreditation of Healthcare (JCAHO)/Healthcare Facilities Accreditation Program (HFAP);
- Vision
  - Appropriate vision to observe materials in the learning process (e.g., written documents, microscopic examination of microorganisms, audiovisual presentations, diagnostic images, etc.)
  - Observe patients
    - (Requires examining the patient including small abrasions etc., listening to patient complaints and educating patients, ability to use osteopathic manipulative treatment, which requires diagnosing, and treating a patient partly through touch.)
- Communication
  - Candidates should be able to speak (patient history taking, educating patients on health), write (document patient appointments), hear (variety of patients who may be soft spoken), read (patient records), and use a keyboard
- Motor
  - Use palpation, auscultation, and percussion to elicit information from patients.

- o  Be able to move as required to give general medical care and emergency treatment, e.g., coordination of gross and fine motor movements, equilibrium, and sensation.
- Ability to attend scheduled lectures and lab hours on a weekly basis and engage with peers during these sessions.
- Work long hours (up to 80 hours per week) with on-duty periods of up to 30 hours at a time with no control over scheduling breaks (OMS3 and OMS4 years)
- Engage with patients and participate in patient care under the supervision of an approved WCUCOM preceptor. Failure to do so will results in failure of the program.
- Be able to multi-task—to set priorities quickly among many competing demands in high-risk situations, many of which are largely outside of the individual's control
- Respond to honest feedback regarding areas for improvement
- Develop progressively more independence in learning, identifying one's own weakness, and knowing the necessary learning plans to address
- Accountability to rotations sites: students must attend all aspects of a rotation
  - o  Arrive at the clinical site in time to pre-round and be ready for preceptor arrival;
  - o  Engage in empathetic patient care under the supervision of an approved WCUCOM preceptor;
  - o  Communicate with patients, nurses, and associated staff in a courteous and professional manner;
  - o  Present patient case to preceptor in a responsible manner including labs;
  - o  Participate in on-call opportunities and respond in a timely manner
  - o  Attend all patient encounters under the supervision of an approved WCUCOM preceptor in order to attain the needed reinforcement and repetition to develop appropriate skills
  - o  Participate in all didactic opportunities offered at the rotation site.
  - o  Be respectful in all interactions
  - o  Complete all required assessment in a professional and timely manner

These standards are the minimum standards required. Rotation sites may require additional standards that the student will be expected to meet in the OMS3 and OMS4 years. Please be sure to speak with your rotations counselor prior to accepting a rotation site.

**Pre-matriculation Course Work**
*Evaluation of College Records*
Assignment of credits and calculation of grade point averages will be made based on all courses attempted. Non-academic courses (e.g. physical education, military science, etc.), courses taken "on line," and courses taken in a professional program (e.g. nursing, medical technology, dentistry, etc.) will not be used for credit in meeting admissions requirements or in the calculation of the grade point average.

*Recommended Courses*
Advanced courses in biological sciences, such as cell and molecular biology, histology, comparative anatomy, biochemistry, genetics, microbiology, and physiology are strongly

recommended.  Courses in advanced mathematics, psychology, social studies, economics, speech, and philosophy are also desirable.

*Selection of Courses*
It is strongly recommended that those who wish to prepare themselves for the study of medicine should enroll in a degree curriculum in college.  While most applicants follow a program in biology or chemistry, those from other major disciplines can receive favorable consideration for admission to osteopathic medical school.  Care should be exercised in planning the course of study to be certain that the required subjects in chemistry, biology, physics, and English can be completed satisfactorily before the date of registration.

If a student does not enroll in a degree curriculum, it is considered important to follow a program that allows time to take several of the strongly recommended subjects and to complete more than the specified minimum number of required courses and credit hours.  Elective courses should be chosen in relation to the student's special interests and aptitude.  An understanding of social and community problems will be very helpful in meeting the responsibilities of the profession of osteopathic medicine.  In addition to a good technical education, it is desirable for the student to have a broad cultural background.

**International Student Admission**
The following admission guidelines apply to international students:
- International students must meet all general requirements for admission as stated in this catalog and admissions publications; and
- Proficiency in the English language, both written and spoken, is required.  TOEFL scores may be required.  For registration information for TOEFL, contact
  > TOEFL Services
  > Educational Testing Service
  > P.O. Box 615
  > Princeton, NJ 08541-6151, U.S.A.
  > 1.817.863.3546 or 609.771.7100
  > toet1@ets.org
  > http://www.ets.org/toefl
- All academic course requirements and minimum GPA requirements must be met.  All course work taken at the foreign institution must be evaluated for American institution equivalence by one of the following services:
  - American Association of Collegiate Registrars and Admissions Officers
    One Dupont Circle, N.W., Suite 520
    Washington, DC 20036-1135
    202.296.3359
    http://www.aacrao.org/home
  - Educational Credential Evaluators, Inc.
    P.O. Box 514070

    Milwaukee WI 53203-3470
    414.289.3400
    https://www.ece.org/
- International Education Research Foundation, Inc.
    P.O. Box 3665
    Culver City, CA 90231-3665
    310.258.9451
    http://www.ierf.org/
- Josef Silny and Associates, Inc.
    International Education Consultants
    7101 SW 102 Avenue
    Miami, FL 33173
    305.273.1616
    http://www.jsilny.com/
- World Education Services, Inc.
    P.O. Box 745
    Old Chelsea Station
    New York, NY 10113-0745
    212.966.6:311
    http://www.wes.org/

- Credit for advanced standing will not be given for any work completed in foreign graduate or medical schools.  All students must apply for first-year status (OMS 1);
- International students must have permanent residency status (green card) to be eligible to receive any type of federal financial assistance;
- International students not having permanent residency status must provide written proof of ability to finance their medical education prior to matriculation;
- International students seeking to enter a program of study at WCUCOM must obtain an appropriate visa issued by the U.S. government.  WCUCOM is approved to issue a U.S. Department of Homeland Security Form I-20.  Upon receiving the completed Form I-20 from WCUCOM, the prospective student will be able to apply for an F-1 (student) visa; and
- Specific consideration will be given to whether the international student's country of residence fully recognizes osteopathic physicians and, therefore, authorizes practice rights comparable to those of allopathic physicians.

**Review of Student Records, Interview, and Notification of Admission Status**
The major criteria for rating applicants are: academic excellence, commitment to osteopathic primary care, commitment to practice medicine in an underserved area, and personal characteristics.  Academic excellence is measured by various components of the application.

After the initial assessment, selected applicants are invited for a formal interview.  After the interview, the Admissions Committee reviews the applicants' files, and applicants are notified as soon as a final admission decision has been made.

A matriculation deposit is required from successful applicants.  Acceptance is conditional until all required documentation is received from schools attended.  Transcripts must be on file prior to matriculation.

WCUCOM is a private institution and encourages applications from all qualified students who are interested in pursuing a career in osteopathic medicine.  However, qualified applicants from Mississippi and the targeted regions of the Gulf South will be given preference for admission to WCUCOM.

*Note*:  Intentional misrepresentation or omission of information relative to scholastic records or test records will subject the student to dismissal.  The college reserves the right to deny admission to any applicant for any reason it deems sufficient.  Matriculation will be denied to applicants who have failed to maintain a good record of scholastic performance and personal conduct between the time of their acceptance and their matriculation at the college.

**Transfer and Waiver of Students for Admissions**
WCUCOM does not encourage transfers; however, in special circumstances transfers will be considered from American Osteopathic Association/Commission on College Accreditation (AOA/COCA)-accredited colleges or schools.  LCME transfers are not accepted (allopathic medical school).

In accordance with the AOA/COCA and Southern Association of Colleges and Schools (SACSCOC) standards, the transfer student must matriculate at WCUCOM for at least two academic years. The policy for acceptance of transfer students is as follows:
- Applicants for transfer must be in good standing at a college or school of osteopathic medicine approved by the AOA/COCA;
- Applicants must have notified the Dean of the college that they are transferring from and get a formal letter of release to submit to the WCUCOM Dean; and
- Each applicant will be reviewed by the Admissions Committee and interviewed prior to transfer approval.

WCUCOM retains the right to require additional courses be taken or rotations added if deemed necessary to ensure that the potential graduate will be of the highest quality and contribute to WCUCOM successfully meeting its mission.

**WCUCOM GENERAL POLICIES**

**Americans with Disabilities Act**
Students with disabilities who are protected by the Americans with Disabilities Act of 1990 and require special accommodations should contact the WCU Office of Disability Services 601.318.6211 or disabilityservices@wmcarey.edu

**Reasonable Accommodations and Documentation**
Every reasonable effort will be made to meet the special needs of students who qualify under Section 504 and ADA disability criteria.  Eligibility for special accommodations will be available to students who are officially enrolled at WCUCOM, and who meet the definition of disability as defined by the Rehabilitation Act of 1973 and the Americans with Disabilities Act.  The definition of disability includes any person who ". . . has a physical, emotional, or mental impairment which substantially limits one or more of life' s major activities, has a record of a disability, or is regarded as having a disability" (P. L. 101-336).  The Office of Disability Services (601.318.6211) Disability Policy and Procedures | William Carey University (wmcarey.edu) can provide more information and some service for testing for students requiring accommodations.  A student who qualifies for and requires any accommodation must make it known to the WCUCOM administration at a reasonable amount of time before the accommodation is needed. This must not be less than ten (10) business days before such accommodation is needed.

Once accepted for admission, a student must take responsibility for providing appropriate documentation of his/her new or existing disability and requested accommodations.  The documentation must clearly identify the disability and provide specific information on the manifestations of the disability and any accommodations needed.  WCUCOM reserves the right to ask for specific types of documentation in order to ascertain the nature and scope of any disability and associated accommodation.

Refer to the WCU policy to request accommodations.  Also, refer to the Minimal Technical Standards in this document.

**Privacy of Student Records (FERPA)**
Under the "Family Educational Rights and Privacy Act (FERPA) of 1974 As Amended," William Carey University (WCU) accords all rights to students who are declared independent.  No one outside the institution (other than those exceptions permitted under the Act) shall have access to, nor will the institution disclose any information from, students' education records without the written consent of students.  Students wishing to give their parents or a third party access to their academic and financial records should complete the disclosure form located in the Registrar's Office, the Business Office, or on the WCU website.  This release will remain in effect until rescinded by the student.

At its discretion, WCUCOM will release "directory information" in accordance with the provisions of the Act.  This information includes name, address, email address, telephone

number, date and place of birth, fields of study, dates of attendance, academic level, degrees and awards received (including dates), most recent educational institution(s) attended, participation in officially recognized activities and sports, full-time/part-time status, and photographs. Students may withhold directory information by notifying the Registrar's Office in writing on or before the first day of classes. Forms for this purpose are available in the Registrar's Office. In the event a refusal is not filed, WCUCOM assumes that a student does not object to the release of the directory information designated.

The law provides students the right to inspect and review information contained in their education records. Students have the right to seek to have corrected any parts of the education record believed to be inaccurate, misleading, or a violation of their rights. This right includes the right to a hearing to present evidence that the record should be changed if this institution decides not to alter the education records according to the request. Students have the right to file a complaint with the FERPA Office, U.S. Department of Education, and 400 Maryland Avenue, SW, Washington, DC 20202.

Students have the right to obtain a copy of the written institutional policy adopted by this institution in compliance with FERPA. A copy may be obtained in person or by mail from the Registrar, William Carey University, WCU Box 4, and 710 William Carey Parkway, Hattiesburg, MS 39401.

*Note*: Student health and personal information obtained by WCUCOM are stored in a separate and secure area from academic records in the Office of the WCUCOM Associate Dean, Student Affairs.

**Personal Space and Privacy**
During the course of study, clinical faculty members and fellow students, while learning examination and treatment techniques, will touch students. This may occur in, but may not be limited to, Clinical Sciences, Osteopathic Principles and Practice (OP&P) courses, Clinical Patient Care, and practical exams associated with these courses. Such contact is part of the learning process. The procedures are meant to be an educational experience and will be done in a supervised environment.

The WCUCOM guidelines concerning these matters are as follows:
- In the context of learning basic clinical skills, osteopathic medical students must be asked specifically to consent to procedures being performed by fellow students. The stringency of standards for ensuring the explicit and non-coerced informed consent increases as the invasiveness and intimacy of the procedure increases; and
- Instructors should explain to students how the procedures would be performed, making certain that students are not placed in situations that violate their privacy or sense of propriety. The confidentiality, consequences, and appropriate management of a diagnostic finding should also be discussed.

WCUCOM supports the right of every student to feel safe and comfortable as it relates to his/her personal space and personal privacy.  If a student feels personally or sexually threatened by the degree of disrobing suggested or by the prescribed procedures, let an instructor know.  To accomplish this goal, WCUCOM has instituted a "yellow light" system by which any student may, without consequence discuss concerns with the instructor prior to the event.  The personal "yellow light" is available to any student at any time.  If special concerns or questions exist about these matters, please feel free to contact the Associate Dean, Student Affairs.

**Academic Freedom of Students**
WCUCOM recognizes the concept and practice of academic freedom. As such, students should be free to take reasoned exception to the data or views offered in any course of study and to reserve judgment about matters of opinion.

Students will be graded solely based on their reasoned answers and appropriate knowledge of the subjects and disciplines they study and not based on their political or religious beliefs.

**FINANCIAL AID, TUITION, AND FEES**

**Tuition**
Tuition and fees are due and payable in full at registration unless special arrangements have been made with the Associate Dean, Student Affairs. Increases to the schedule of tuition and fees may be necessary to ensure financial stability and continued quality of WCUCOM students' osteopathic medical education. Therefore, with approval from the WCU President and Board of Trustees, WCUCOM reserves the right to increase or modify fees without prior notice. Such changes may be applicable to present, as well as future WCUCOM students.

Additionally, other supplies will be required. Examples include the following, which is not an all-inclusive list:
- All WCUCOM students are required to possess a laptop computer with specifications allowing them to wirelessly access the Internet, interface with WCU servers, and run the software necessary for ExamSoftand other technologies used in their education.  They must obtain this instrument prior to their matriculation since certain activities during the registration and orientation processes require such technology.  Please refer to **Examination Policies** for system requirements and specifications; and
- WCUCOM students start their clinical training early in the curriculum.  Therefore, it is necessary for them to obtain a basic set of high-quality medical instruments.  These items include the following: stethoscope, ophthalmoscope, otoscope, and sphygmometer.  Other instruments may be added as necessary.

. Tuition includes dues for membership in the Mississippi Osteopathic Medical Association (MOMA).

**Terms of Payment of Tuition**

Tuition is due before the beginning of the academic year; sources of financial aid will make two disbursements. Half of the tuition is due for the fall term, and half is due starting in January. Tuition is divided into two equal parts even though some WCUCOM courses cross over fall and spring terms. Registration obligates students for payment of all tuition and fees. If tuition is not paid by the due date, students will be assessed a $50 late fee and be liable for any other reasonable collection costs and charges.

**Tuition Deposit**

A nonrefundable fee of $1,000 is payable after a student has been accepted to the WCUCOM. Those accepted on or after October 15 will have until December 14 (or 30 days after they have received an offer of admission, whichever date is later) to submit payment. Those accepted on or after December 15 will have 30 days to submit payment those accepted on or after January 15 will have 14 days to submit payment and those accepted on or after June 15 may be asked for an immediate deposit. Payment is credited toward the tuition fee upon matriculation.

No course, clerkship, or rotation will be credited toward promotion, graduation, or subsequent credit if a student has not paid the required tuition and fees.

All inquiries concerning the above policies and all requests for refunds should be directed to the WCUCOM Office of Student Services or the WCU Business Office.

**Withdrawal and Drop/Add Refund Policy**

Students desiring to withdraw from the WCUCOM for whatever reason must do so formally in order to avoid academic and financial penalties. These students should contact the Office of the Associate Dean, Student Affairs of the WCUCOM for the proper procedure for withdrawal. No part of the tuition fee will be refunded to a student who withdraws for any reason after the third week from the first day of the academic schedule for OMS 1, 2, 3, and 4 years, respectively.

Any student who fails to attend all scheduled class meetings, for all registered courses, during the first three weeks of the term will be considered a "no show." Any student who is determined to be a "no show" will be administratively withdrawn for the term.

A request for a tuition fee refund requires written notification to the Associate Dean, Student Affairs and must be received before the close of business during the week in which the refund is requested. The request for a tuition fee refund requires prior written notification of withdrawal from the college.

**Student Credit Balance Refund Policy**

The tuition fee refund for the WCUCOM shall be pro-rated as follows:
- 75 percent during the first week;
- 50 percent during the second week; and
- 25 percent during the third week.

*Refund checks will not be available for pick-up on campus.* Refunds for students with credit balances are issued through Higher One Bank. Financial aid, payments, or adjustments must be received in the Hattiesburg Business Office by the cut-off date to be considered for refunds the following week. Refunds for amounts under $10 will be issued only on request. Student refunds for credit balances will be disbursed each semester. The first disbursement will be in August, and the second disbursement will be in January. Refunds take at least one week to process; therefore, after the first refund date, refunds will be disbursed every Friday for financial aid or payments that have been received in the Hattiesburg Business Office by the previous Friday.

*Please Note*: If a student does not enroll in one of the options below two weeks before a refund is due, that student will receive a paper check via Sallie Mae Services. Students' checks will be mailed on the due date and may take 10 or more business days to reach a physical address. Please sign up for one of the options below in order to avoid a delay in receiving refund(s):

Login to the Indigo Portal (http://indigo.wmcarey.edu) to enroll in one of the refund options below:
- Sallie Mae No Fee Student Checking Account with Debit MasterCard; or
- Direct Deposit into Checking or Savings Account.

**Application Fee for Graduation**
All candidates for May graduation are required to file applications for their degree by January 15. The fee for the degree application is $150.00. Degree applications received after January 15th will assess a late fee of $200.00. The late and final deadline for all applications to be received is January 29th. The fee must accompany the degree application at the time it is turned in. Graduation Fees are assessed, collected, and mandated through the WCU Registrar and are subject to change in compliance with WCU requirements; therefore, for further / up-to-date information see: http://wmcarey.edu/degree-applications.

**Financial Aid, Tuition, and Satisfactory Academic Progress**
The WCUCOM Office of Financial Aid is the primary agent providing qualified students assistance with filling out the necessary forms and obtaining loans, scholarships, grants, and other forms of financial assistance.

**Office of Financial Aid**
The WCUCOM Office of Financial Aid is under the direction of the Associate Dean, Student Affairs. Staff members are available to provide additional information regarding the financial aid program of WCUCOM as required by the Student Information Requirements as stated in Title I of the Education Amendments of 1976. For further assistance, please call 601.318.6009. WCU participates in all programs of the Veterans Administration. Information and assistance with applications may be secured from the Veterans Administration certifying officials located in the Business Office or the Registrar's Office.

All WCUCOM students are required to meet with a representative of this office during the first four weeks of each semester of the OMS 1 and 2 academic years and at least semi-annually during the OMS 3 and 4 years.

The Financial Aid Office at WCUCOM provides counseling and assistance to students regarding securing funding for their osteopathic medical education.  Although the WCUCOM Financial Aid Office assists students with funding, it is the student's primary responsibility to secure financing.  This means that such things as supplying personal documentation, supplying family documentation, ensuring that he/she qualifies for loans by having a favorable credit report, and providing money for prior commitments are the student's obligations.  All documents requested must be received before financial assistance will be processed.

Medical education is expensive.  The average osteopathic physician is approximately $206,000 in debt by the time he/she graduates from a college or school of osteopathic medicine. During schooling, most students are required to live at a modest level.  The primary obligation for financing a medical education lies with the student, the student's parents, or the student's spouse. The federal and private agencies that make funds available for borrowing do so with the understanding that a student must sacrifice in order to achieve a medical degree.

Every student that has been accepted by WCUCOM must file the Free Application for Federal Aid (FAFSA) with the appropriate federal processor to assess aid eligibility. www.fafsa.gov The needs analysis system set by the federal government ensures equity of treatment among all applicants.  WCUCOM uses this needs analysis system to determine the amount of need-based financial assistance, loan amounts, and scholarship awards for which a student is eligible. Every student must also file a WCUCOM Financial Aid Form. Students may file loan applications and check the status of those loans with help from the Financial Aid Office.

Financial aid as awarded or borrowed under the federal or private programs cannot exceed the WCUCOM standardized budget.  There is money available for a student's direct educational cost, and there is money available to support a student while he or she receives an education, but the student must be frugal and a good money manager to make it work comfortably. Students must carefully monitor their budgets.

**General Policies on Financial Aid:**
- Financial aid applicants must be accepted for admission to WCU before financial assistance can be awarded;
- OMS 3 and OMS 4 students not on rotations the first day of each semester will not receive financial aid until they have returned. OMS 3 and OMS 4 students who are on a Leave of Absence are required to meet with the WCUCOM Financial Aid Office to determine the impact the leave will have on their aid;
- Students receiving financial aid from sources other than WCUCOM must advise the Student Financial Aid Officer of the amount and source of such aid; and
- An application for financial aid must be completed annually. Financial aid is NOT automatically renewed.

WCUCOM follows Title VI of the Civil Rights Act of 1964 and Title IX of the Educational Amendments of 1972 and does not discriminate in admission or in the administration of its education policies, programs, and activities (see Nondiscrimination Policy and Diversity Statement).

Federal law requires that all students receiving financial assistance from Title IV and Title VII funds maintain satisfactory academic progress.  WCUCOM policy follows the academic standards that apply to all students receiving financial aid.
The academic progress of each student in individual courses is monitored and evaluated. (See Academic Policies.)

A student failing to meet one or more of the standards of progress may be placed on academic probation.  (See Academic Policies.) While on probation, the student may receive financial aid for one enrollment period.  At the end of that period, the student must be in good academic standing, or financial aid eligibility will be denied.  Good academic standing for the purposes of financial aid is defined as successfully passing, including by remediation, all failed courses before moving to the next academic level in the WCUCOM.

OMS 3 and OMS 4 students not on a rotation or independent study on the first day of a semester will not be eligible for Financial Aid until returning to an approved rotation or independent study.

Financial aid may also be withdrawn from students who are penalized by WCUCOM for serious breaches of discipline.  The Financial Aid Office reserves the right to withhold further assistance at the time it becomes evident that a student has abused or is abusing the financial aid programs.

**SCHOLARSHIPS**
Scholarships, grants, and other forms of financial assistance are available to aid student education in osteopathic medicine.  Assistance is available from federal institutions, individual states, local medical societies, and a variety of special interest groups.

The following list of financial aid sources is meant only as a preliminary guideline.  Note also, that particular Internet links, contact information, and the availability of the different forms of aid will likely change from year to year.  The Office of Student Affairs will be able to provide information regarding scholarship and grant opportunities and whether updated information is available.

**Karen J. Nichols, DO, LEAD Scholar Award to Recognize Outstanding Student Leaders**
"As the first female President in the history of the American Osteopathic Association (AOA), an accomplished educator and as someone who has served in multiple leadership positions for the osteopathic profession, including as a board member for the AOF, Dr. Nichols leads by example.

So, it is only fitting that we name an award for outstanding leaders in her name," said Stephen S. Downey, CAE, Executive Director, AOF.
The $1,000 annual award will be given to a student who demonstrates the Nichols LEAD Scholar Award criteria: Leadership, Excellence, Achievement and Dedication.  The recipient can be male or female and must be enrolled in an osteopathic medical school.

The award, which was endowed by friends and family of Dr. Nichols, came as a surprise to her when it was announced at the 2011 AOA House of Delegates.  "I was truly very honored and humbled.  I was really blown away when they announced it—it was wonderful," said Dr. Nichols, Dean and Professor of internal medicine at the Chicago College of Osteopathic Medicine at Midwestern University.

Dr. Nichols, a former President of the AOA and its first female President, was in private practice for 17 years at Mesa General Hospital in Arizona, where she was one of two women on the 185-doctor medical staff.  "I was often asked what it was like to be a woman doctor to which I would reply, 'I'm not sure because I've never been a man doctor, so I have nothing to compare to.'  I just focused on being a good doctor, and that opened a lot of leadership opportunities for me," she recalls.

She believes that people no longer look at physicians automatically as leaders, as they once did. "The profession needs to take a purposeful approach to leadership and encourage women and men to get the training needed to lead," she said.  She hopes the award plays a role in promoting that approach.

Dr. Nichols served the precursor to the AOF—the National Osteopathic Foundation (NOF)--as chairman of the Student Loan Fund Committee for 10 years and was on the transition team to oversee the NOF becoming the AOF in 1998.  She served on the AOF Board of Directors from 1996 to 2002 and was vice-chair for one year, chair of the Program Administration Committee for four years, and a member of the Grants and Awards Committee for nine.  Dr. Nichols also helped organize the AOF's first Golden Gala ball as its chair in 2000, which is now known as Honors—the biggest recognition event for the osteopathic profession.

Of her many years of service, she says simply, "I owe everything to the profession.  I don't know what I'd be doing if I wasn't an osteopathic physician.  How could I not pay it forward?" Honored by the profession for her many achievements, she has been the Educator, Mentor and Physician of the Year for local, state, and national organizations and celebrated for her accomplishments with the AOA Great Pioneer Award in 2011.  She also is active in the community, serving the Community Health Clinic in Chicago since 2006 as a Board member, the Sisters of St. Francis Health Systems as a regional Board member since 2004, and the Rotary Club, Hinsdale-Oakbrook Chapter as Treasurer.

**J. Randolph and Brenda Ross Award for Excellence in Anatomy**
Dr. and Mrs. Randy Ross of Hattiesburg have established the J. Randolph and Brenda Ross Award to reward the freshman student from Mississippi who maintains the highest-grade point average in anatomy during his/her first year of medical school. A stipend which accompanies the award will be credited to the student's second year of tuition. Preference will be given to the student who has made a commitment to practice within the State of Mississippi.

**Asbury Foundation Award**
In 2011 the Asbury Foundation established the Asbury Award, which is given to the freshman student from the area(s) served by the Foundation who achieves the highest overall grade point average during his/her freshman year. Preference is given to a student who has made a commitment to practice in the State of Mississippi. The stipend which accompanies the award will be credited to the second-year medical expense.

**Mississippi Rural Physician Scholarship**
In 2007 the Mississippi Legislature authorized the Mississippi Rural Physicians Scholarship Program (MRPSP), creating a unique longitudinal program that identifies rural college students who aspire to return to their roots to practice medicine. Academic enrichment and faculty and physician mentoring, plus solid medical school financial support through the Mississippi Rural Physicians Scholarship Program, will enable capable young Mississippians to address the challenge of Mississippi's healthcare crisis.

**Sherry R. Arnstein Minority Student Scholarship**
This award, named after former AACOM Executive Director, Sherry R. Arnstein, recognizes two osteopathic underrepresented minority students at AACOM's member colleges of osteopathic medicine (one newly accepted student and one continuing student). To be eligible, an applicant must be an underrepresented minority (African-American, Native American, Alaska Native, Native Hawaiian, mainland Puerto Rican, or Hispanic) student in good academic standing and currently enrolled in his or her first, second, or third year at an AACOM member college of osteopathic medicine, or an underrepresented minority student who has been accepted and is planning to matriculate at one of the AACOM member colleges. Scholarships of $2,500 are awarded to selected minority students who demonstrate a commitment to promoting the benefits of osteopathic medicine among minority populations. Deadline: Entries must be postmarked by March 31.

In addition to the Arnstein awards, the AACOM provides other substantial forms of financial assistance, including Student Loan Repayment Programs, AACOM Application Fee Waivers, and links to other websites providing listings of monetary awards available for students of osteopathic medicine. Detailed information on all of these potential sources of assistance is available on the AACOM website at www.aacom.org.

**Ben Carson Scholarship**
Awarded in honor of Dr. Ben Carson's contributions to the field of medicine. This scholarship is awarded annually to an OMS2 student. The student is an underrepresented minority with the highest Class Ranking at the time of selection.


**Student Osteopathic Surgical Association Scholarship**
The student division of the American College of Osteopathic Surgeons sponsors multiple scholarship awards for students pursuing degrees in osteopathic surgery.  Award amounts vary as do individual eligibility requirements.  Details are available through the American College of Osteopathic Surgeons at www.facos.org.

**American Osteopathic Association Research Grants and Fellowships**
The American Osteopathic Association (AOA) sponsors a research fellowship for osteopathic medical students.  Awards of $5,000 are granted to selected students who plan to conduct scientific research related to some aspect of osteopathic medicine.  Applicants must be enrolled at an AOA-approved institution and plan to conduct their research in collaboration with a sponsor.  Details are available from the AOA, Division of Research Development at https://osteopathic.org/life-career/osteopathic-research/research-grants/grant-opportunities/#:~:text=Funding%20is%20available%20for%20researchers,and%20efficacy%20of%20osteopathic%20medicine.

**American Osteopathic Foundation Scholarships and Grants**
The American Osteopathic Foundation (AOF) administers nine scholarships and grant programs for students enrolled in osteopathic medicine degree programs.  Awards are available for several purposes, including tuition, travel, and research.  Eligibility criteria and award amounts vary.  Details are available from the AOF at aof.org.

**SOMA Foundation Scholarships and Grants**
Student members of the AOA are eligible for a variety of assistance sources through the auspices of the SOMA Foundation, including the following:

*Humanism in Medicine Scholarship*:  $1,000 awarded to an OMS 3 or OMS 4 student
*Marvin H. and Kathleen G. Teget Leadership Scholarships*:  These two $500 awards are available for students exhibiting leadership in a field of specialty.

*Andrew Taylor Still Memorial Scholarships*:  $500 stipends are available to eight third- and fourth-year students who utilize OMT in clinical practice.  Eligible applicants will have completed a clinical rotation, under the supervision of an Osteopathic Physician that included an emphasis on the application of OMT.

*SOMA International Health Program Scholarships*:  Up to $500 is available for students electing to follow a clinical rotation related to international medicine outside of the United States in Years 3 or 4 of their education

*International Medical Relief/ Medical Mission Scholarship*:  Awards of up to $250 are available for students participating in international medical relief efforts or medical missions. Completion of such a trip may occur at any time during the four years of undergraduate medical education

*SOMA New Member Scholarships*:  Five $500 scholarships are available to new student enrollees in SOMA.  Awards are based on the results of an essay contest, and applicants must have enrolled during the fall semester SOMA registration drive.
*Ed and Melissa Loniewski Medically Underserved Scholarship*:  Awards of up to $1,000 are available to cover expenses while doing an elective rotation in a medically underserved location during their third or fourth years of study.

*Community and Preventive Medicine Scholarship*:  The Student Doctor Network (SDN) provides a $1,000 scholarship to a SOMA member demonstrating a commitment to community medicine by virtue of past experience and future career plans.

*SOMA Award for Commitment to Diversity in Medical Education*:  Two awards of $500 are available for applicants demonstrating initiatives in the development of programs and events targeting awareness of multiculturalism and diversity regarding medical education.

*Pre-SOMA DO Day on the Hill Scholarship Award*:  Pre-SOMA members are eligible for funds to defray expenses entailed with participation in the DO Day on the Hill occurring each spring. Details regarding all of the above listed SOMA scholarships and grants are available from the SOMA website at www.somafoundation.org.  Note that this website also provides helpful links to other important sources of scholarships and grants relating to students of osteopathic medicine.

**National Health Service Corps Scholarships (NHSC)**
The federal government should not be overlooked as a potential source of scholarship and grant funds for osteopathic medical education.  In particular, the NHSC program provides scholarships covering tuition, required fees, and other education costs, tax-free, for up to four years.  Applicants must commit to one year of service for each year of scholarship support providing healthcare to underserved populations located in selected Health Professional Shortage Areas (HPSAs) identified by the Secretary of the U.S. Department of Health and Human Services.  In 2010, this program provided 211 scholarships, 105 of which were awarded to medical students, with additional awards being made to students in dentistry, family nurse practitioners, physician assistants, and similar professions.  Of the 105 medical student awardees, 42 of the scholarships were granted to students of osteopathic medicine.  Details regarding scholarships provided by the Federal NHSC program may be accessed at http://nhsc.hrsa.gov/scholarship.

**Other Federal Sources**

*Indian Health Service (IHS)*:  Administered by this agency of the Department of Health and Human Services, American Indian and Alaskan Native students enrolled in the health professions may be eligible to apply for either the IHS Health Professional Scholarship Program or the associated Loan Repayment Program.  Access at http://www.ihs.gov/or http://www.ihs.gov/loanrepayment/.

*Health Resources and Services Administration (HRSA)*:  Scholarship, loan, and loan repayment programs are available for students in the health professions. A complete list of these programs and eligibility requirements may be found at http://www.hrsa.gov/loanscholarships/index.html.

The U.S. government also provides financial assistance via mechanisms other than the NHSC program.  Information on these additional avenues of support is available at https://studentaid.gov/help-center/answers/landing.

**Individual State Scholarship Sources**

Many states provide residents with potential sources of funds with which to finance medical education, including the study of osteopathic medicine.  Information relating to such financial aid sources may be accessed via the individual, representative state government websites or via "clearinghouse"-type websites providing collated databanks listing scholarship and grant sources.  Two examples of these latter sites are http://www.collegescholarships.org/states and http://www.moneymatters101.com/, but many additional such websites may be easily located.

**Local, Private Interest, and Special Interest Scholarship Sources**

Many diverse opportunities for scholarships to help fund the study of osteopathic medicine may be identified from local interest groups, private foundations, and organizations fostering any number of special interest populations.  An extensive listing of scholarships directed at students of osteopathic medicine may be accessed at http://www.fastweb.com/.

**Special Interest Groups**

Students belonging to identified special interest groups should seek possible funding from organizations involved with the support of such populations.  Examples include the following:

*Chinese American Medical Society*:  Three to five scholarships are awarded per year to medical and/or dental students.  Applicants must be enrolled in an accredited U.S. institution.  Details are available at http://chineseamericanmedicalsociety.cloverpad.org/ ; and

*Vietnamese American Medical Association (VAMA)*:  This scholarship program is available for third-year students interested in serving the Vietnamese American community.  Additional eligibility requirements may be found at www.vamausa.org/scholarship.

*Note:*  Many additional funding sources exist.  Please note, however, that the listed sources and their provided contact information may change periodically.  Contact the WCUCOM Office of Student Affairs for further information and assistance.

**LOANS**

As a medical student, certain special loan programs are available, the primary sources being the Stafford Loan Programs. Borrowing limits are as follows:

- Federal Graduate PLUS Loan for students: Cost of education less any other estimated financial assistance; and
- Private Medical Loan: Depends on the lender.

A student may not be eligible for the full amount based on his/her federal needs analysis and the WCUCOM standardized budget. The amount a student can borrow is based on the cost of his/her education and potential personal contributions, not on the student's desire for capital. The unsubsidized Stafford accrues interest from the disbursement date. Borrowers must consider repayment implications and avoid excessive borrowing. WCUCOM has a federally mandated obligation to keep a student's indebtedness to a minimum. All students receive counseling through the Office of Financial Aid at least semiannually while in school. This counseling includes debt management, debt implications, and projected payment schedule.

Borrowing money from these programs is a privilege, not a right; regulations controlling these programs change periodically. Students must remember that a loan is not a gift or grant; it must be repaid. Student loans are only to be used for related educational expenses and personal living expenses.

Default is the failure of a borrower to make an installment payment when due or to meet other terms of the promissory note. If this happens, it is reasonable to conclude that the borrower no longer intends to honor the obligation to repay. Defaulted loans are reported to national credit agencies, thus affecting credit ratings and future ability to borrow money. Over-borrowing can cause defaulting on a student loan. This is one reason educational debt management and financial aid counseling is essential.

WCUCOM encourages students to learn some basic budgeting techniques, to learn to cut costs, and possibly to learn to live with less. To this end, periodic educational programs are presented to students organized by the Financial Aid Office. If a student's loan goes into default, the university, the organization that holds the loan, the state, and the federal government can all take action to recover the money. The federal government and the loan agencies can deny a school's participation in the student loan programs or charge a school or its students a higher origination fee if the school's default rate is too high. WCUCOM will withhold the transcript of any individual if that individual is in arrears or in default under any loan or loan program, where such arrears or default adversely affects WCUCOM in any way.

**STUDENT EMPLOYMENT**

The curriculum content and time required for completion of the osteopathic medical program is such that any outside employment by the student is virtually impossible and strongly discouraged.

**STUDENT HEALTH ISSUES**

**Health Insurance**
The requirements detailed below apply to all WCUCOM osteopathic medical students.

Applicants accepted for admission are required to submit their medical history and physical examination information on a form that has been completed and signed by a licensed physician prior to matriculation.

WCUCOM, federal law, and osteopathic medical school accreditation standards require health insurance.

In accordance with COCA accreditation standards, WCUCOM requires proof of insurance at the beginning of each Fall semester. In order to best serve our students, WCUCOM collaborated with United Health Care (UHC) to provide students with an affordable, reliable healthcare plan. In order to provide an affordable option, WCUCOM requires enrollment in the UHC plan with the following exemptions, which are considered, on a case-by-case basis:
- Student is enrolled in parent/spousal insurance; or
- Student is enrolled in Medicaid, military, or a similar governmental insurance.

Students are automatically enrolled in the healthcare plan at the beginning of the academic year (the "Open Enrollment Period") and all student accounts are charged for six (6) months of insurance each semester. In order to waive the insurance policy and have the charge removed; students must submit the approved insurance waiver form, provided by the WCUCOM Office of Assessment, and a letter of credible coverage from the insurance company.

Waivers and deadlines are emailed to the students prior to the beginning of the semester by a member of the WCUCOM Office of Student Affairs. Deadlines are strictly adhered to and students will be charged the total amount of insurance if waivers are not submitted in a timely manner. This fee will be charged in the Spring semester in the event that a waiver is not submitted by the deadline, even though the "Open Enrollment Period" is not active and the student cannot receive insurance benefits without a qualifying event.

Questions concerning the WCUCOM insurance guidelines can be directed to the Office of Student Affairs at 601.318.6316.

An explanation of benefits for the WCUCOM policy and the WCUCOM waiver form can be found at https://www.wmcarey.edu/page/student-health-insurance-osteopathic-medicine

State Continuation Coverage
In accordance with federal regulations, WCUCOM offers participants access to state continuation coverage after separating from the University. WCUCOM defines separation as:
- Graduation;
- Dismissal; and

- Withdrawal.

Students who are dismissed are allowed to continue at WCUCOM until the appeal process is over; therefore, actual student separation dates for the purpose of state continuation coverage differ from the dated dismissal letter, which is backdated to the previous semester to avoid student fees.

Additionally, students who finish rotations in the middle of a semester are still considered part of the University group until their graduation at the end of the semester.

In the event of any injury or illness, a student should receive immediate care at the nearest appropriate local health care facility.  (See Physician Services below.)

Any illness or injuries occurring at any time during the student's enrollment in WCUCOM that results in interruption of the student's educational process must be reported as soon as the student's immediate health care needs have been addressed.  Such instances must be reported to the Office of the WCUCOM Associate Dean, Student Affairs. (See Leave of Absence Policy.) Any illness or injuries occurring at any time while on clinical rotations that results in interruption of the student's educational process must be reported as soon as the student's immediate healthcare needs have been addressed.  Such instances must be reported to the Office of the WCUCOM Associate Dean, Clinical Sciences and the Office of the WCUCOM Associate Dean, Student Affairs.  (See Leave of Absence Policy and Attendance Policy for OMS 3 and OMS 4.)

Students are solely responsible for their medical bills.  WCUCOM assumes no responsibility to seek reductions or waivers.

**Immunizations**
WCUCOM, in conjunction with requirements of all hospitals accredited by the Joint Commission on Accreditation of Healthcare (JCAHO)/Healthcare Facilities Accreditation Program (HFAP), requires the following immunizations:
- Current TB skin test (must be repeated as requested by WCUCOM and may be as frequent as every 6-12 months throughout medical school);
  - Chest radiography (if the TB skin test is considered positive, to be repeated every three years);
- Influenza vaccination is required annually;
- Polio series (a minimum of three administrations of a Polio immunization must be documented);
- Hepatitis B immunization (established by three reported dates of immunization or by documented testing of antibody titer);
- Tetanus toxoid immunization (Tdap or T/D injection within the last 10 years);
- Rubella immunity (established by two reported dates of vaccination or documented antibody titer);

- Documented month/day/year of at least 2 MMR injections or documentation of childhood diseases or other evidence of immunity; and
- Varicella immunization (established by two reported dates of immunization or by documented testing of antibody titer, reporting disease occurrence will not be accepted) Please note: Many Clinical Hubsites require the COVID-19 vaccine. It is highly encouraged that students receive this vaccine.

All immunization documentation is to be reported to the Office of the WCUCOM Associate Dean, Student Affairs. The Associate Dean, Clinical Sciences and course directors, as required, will receive verification of health requirements from the Associate Dean, Student Affairs prior to students participating in clinical activities.

Failure to provide completed documentation, including updated immunization information, will prevent the student from enrolling/reenrolling/participating in any clinical rotations/experiences.

**Student Liability Insurance**
Medical liability insurance will be provided by the school.  It will cover the student only on WCUCOM-approved clinical rotations, functions, facilities, or activities for which the student has received WCUCOM approval for participation or attendance.

A student is covered under the WCUCOM student liability policy only if the student's participation in the rotation has been officially approved in writing by the WCUCOM Office of the Office of Clinical Rotations.  Rotations must be accomplished under the direct supervision of WCUCOM academically credentialed and approved faculty.  Students who participate in unapproved rotations are not covered by this policy and will be subject to disciplinary action up to and including dismissal. This applies to required, selective, and elective rotations in the continental U.S.A., Hawaii, and Alaska.  No student liability coverage is provided outside of these designated areas or while a student is on an international rotation. (See Rules Governing Clinical Rotation Scheduling for details about the Scheduling of International Rotations)

If a student is aware of a potential legal liability situation, the Office of Clinical Rotations must be notified immediately.  Progression of any legal liability action is to be detailed in writing by the student and regularly sent to the Office of the WCUCOM Associate Dean, Clinical Sciences.


**INFECTIOUS AND ENVIRONMENTAL HAZARDS**
(Blood borne pathogens are covered under a separate topic in this handbook)

The purpose of this policy is to effectively mitigate faculty, staff, and student exposure to infectious and environmental hazards, provide education on prevention of such exposures, and address procedures for care and treatment after such exposures.

Within WCUCOM sound infection control policies are rooted in the development of good standards of hygiene. This is the most effective way to interrupt the spread of infections

commonly encountered in situations where a large number of people are in close contact.  The spread of infection can be reduced by:

- Immunization of susceptible people;
- Immunization of students, staff, and faculty
  - o If all potential targets for infection were made resistant by immunization then the infectious chain would be broken,
  - o This policy includes the recommendations and schedules of the Centers for Disease Control and website address below,
  - o Per the CDC:

    **What Vaccines Are Recommended for You?**

    Immunizations are not just for children. Protection from some childhood vaccines can wear off over time. You may also be at risk for vaccine-preventable disease due to your age, job, lifestyle, travel, or health conditions.
    **All adults need immunizations to help them prevent getting and spreading serious diseases that could result in poor health, missed work, medical bills, and not being able to care for their family.**

    All adults need a seasonal flu vaccine every year. The flu vaccine is especially important for people with chronic health conditions, pregnant women, and older adults.
    https://www.cdc.gov/vaccines/vpd/flu/index.html
    **Every adult should get the Tdap vaccine once if they did not receive it as an adolescent to protect against pertussis (whooping cough) (https://www.cdc.gov/vaccines/vpd/pertussis/index.html), and then TD (tetanus, diphtheria https://www.cdc.gov/vaccines/vpd/tetanus/index.html) booster shot every 10 years. In addition, women should get the Tdap vaccine each time they are pregnant, preferably at 27 through 36 weeks.**
    To Learn About Serious Diseases that Can Be Prevented by Vaccines go to **https://www.cdc.gov/vaccines/adults/vpd.html**;
- Exclusion of the infectious source
  - o Many infectious diseases are most transmissible as symptoms develop. It is important that members of the WCUCOM family be attuned to early symptoms. All staff and faculty have sick days with pay in order to accommodate for these instances. All courses have allowances for time away from the classroom for such occurrences. All lectures are recorded and all syllabi have a means to make up any missed required class or assignments (refer to Attendance Policy above), and
  - o All employees have the WCU insurance available to them and this policy covers the treatment and diagnosis of communicable diseases. All students are required to have health insurance. The WCU policy includes not only treatment and diagnosis but has a plan for reduced cost telemedicine that is ideal for minor illnesses;
- Implementation of Standard Precautions and basic good hygiene practices

91

- o Placing reliance on the identification of all potentially infectious individuals will not effectively control the spread of infection in educational settings. Thus, prevention of the spread of disease should be the primary controlling tool employed in situations where people are in close contact. These tools include standard precautions and good hygiene practices, and
- o Standard precautions are work practices that were designed based on the assumption that all blood and all body fluids are potentially infectious. (See Blood Borne Pathogen section);

- Good Hygiene practices
  - o Hand washing
    Hand washing is the single most effective way to prevent the spread of infection; its purpose is to remove or destroy infectious agents transmitted by person-to-person contact,
  - o Recommendations for hand hygiene products
    - · Liquid soap
      Recommended since used bar soap can harbor bacteria.  Regular liquid soap is effective in removing soil and germs. Soap and water are necessary if hands are visibly soiled.  When using liquid soap dispensers, avoid touching the tip of the squirt spout with hands,
    - · Antimicrobial soaps
      In the non-clinical setting, these products are not recommended by the CDC. There exists concern that the routine use of these products can result in the emergence of strains of resistant bacteria,
    - · Alcohol-based hand rubs
      Clorox brand hand sanitizers are available in all areas of WCUCOM. These contain no bleach. These products are not a replacement for good and frequent handwashing. Should these dispensers need refilling, please notify the Office of the Dean.
      Advantages of alcohol-based hand rubs are that they require less time, act quickly to kill germs on hands, are more easily accessible, reduced bacterial counts on hands while not promoting bacterial resistance. These products are less irritating to skin than soap and water (product contains moisturizers). However, these products do not eliminate all infectious agents equally;
- Other ways to prevent spread of infection
  - o Covering your cough
    Covering your cough is important because it reduces the spread of germs. Respiratory illnesses such as the common cold and flu are spread when you sneeze and cough or when you touch your face and then touch other objects. Covering your mouth when you cough or sneeze with your elbow or a tissue will greatly reduce the number of germs that are able to spread to people and objects around you,
  - o Gloving
    - · The following information is provided as general recommendations.  Always follow the glove use policies established by your facility.