- · Gloves are NOT a substitute for handwashing.
- · Immediately dispose of single-use gloves after each use and before leaving the room or area.
- · Hands must be washed after removing gloves.
- · It is highly recommended that you use non-latex gloves when touching people or food whenever possible.
- · Gloves should fit well and not be ripped or torn during use.

Environmental Hazards
Weather, natural disasters, and other emergencies are covered under a separate section of the handbook

- • Chemical Spills
  - o A hazardous chemical spill is very unlikely to occur at WCUCOM. Policies relating to the research laboratory are available through the Office of the Associate Dean, Research and should be reviewed by all members of WCUCOM before entering this area,
  - o Should a chemical spill occur, all personal are advised to follow the below plan:
    - · Notify all people in the immediate area of the spill and need to evacuate the area,
    - · Assist anyone who is unable to evacuate on his or her own power,
    - · Close doors to the affected area and otherwise isolate the spill if possible,
    - · Notify any faculty, staff, or administrator of the incident as soon as possible. These persons should contact WCU Security at **601-318-6610**, and
    - · MSDS information is available in the research and anatomy laboratories, through the Associate Dean, Research, and through WCU Facilities;
  - o Do not attempt to clean a hazardous material spill unless you have received specific training and are so authorized by WCU facilities;
- • Radiation exposure
  WCUCOM does not, at the time of the writing of this document, operate any diagnostic, treatment, or research radiation producing equipment; therefore, radiation exposure is of no greater risk at WCUCOM than in your private dwelling; and
- • Laser exposure
  WCUCOM does not at the time of the writing of this document operate any diagnostic, treatment, or research laser or laser gas producing equipment.

**Treatment and Care**
In the case of a chemical spill or exposure, follow the MSDS guidelines for care after establishing immediate safety and notifying any WCUCOM faculty, staff, administrator, or calling campus security.

Call or have a bystander call 911 for serious emergencies.

93


**EXHIBIT A**

For infectious diseases, contact your healthcare provider as outlined elsewhere in this handbook.

**Blood-borne Pathogen Exposure and Post-Exposure Prophylaxis Policy**
The goals of this policy are to ensure the immediate cleansing of the exposure site, reporting of the incident, immediate appropriate post-exposure prophylactic treatment, when indicated, using Center for Disease Control and Prevention (CDC&P) guidelines within two hours of the exposure or less, appropriate laboratory work-up, counseling, and appropriate follow-up.  The Associate Dean, Clinical Sciences shall be a point of contact for any problem that may arise.
The Blood-borne Pathogen (BBP) policy includes three components:

- *Blood-borne Pathogen Education*
  All WCUCOM students will attend:
  - An annual two-hour block of instruction on HIV, and
  - A one-hour block on Universal Precautions that will address the following:
    - CDC&P current relevant universal exposure precautions
    - The post-exposure reporting process
    - Prophylactic treatment of BBP/transmitted diseases as indicated;
- *BBP/HIV Exposure*
  Immediate post-mishap evaluation of exposure risk, as outlined by current CDC&P guidance and recommendations, is required.  All students with medical education-related BBP/HIV exposure through another person's blood or body fluids – by sharps injury or exposure to mucous membranes/skin – will immediately take the following steps:
  - Perform basic first aid:  Immediately cleanse the wound and skin with soap and running water.  Flush any mucous membranes or eyes with copious amounts of water or normal saline for several minutes.  Blood should be allowed to flow freely from the wound.   Blood should not be squeezed or "milked" from the wound,
  - Immediately notify the Preceptor or Attending Physician:  Any WCUCOM student with medical education-related BBP/HIV exposure will be immediately released from his/her preceptorship/rotation to go to the nearest affiliated hospital Emergency Room (ER).  If no affiliated hospital is in the area, go to the nearest hospital with an ER,
  - Report to the ER:  The student will report to the ER for BBP/HIV exposure in order to 1) help the student assess whether the exposure is low- or high-risk using the most current CDC&P guidelines; 2) start post-exposure prophylactic medication within two hours if the incident is a high risk, and
  - Notify the Associate Dean, Clinical Sciences of the incident; and
- *Appropriate follow-up*
  The student must report for follow-up to the previously identified physician who is the designated site clinical contact for BBP/HIV exposure.  This individual will be designated by the Chief of Staff or Director of Medical Education at each of the core areas and be identified to the student prior to starting the preceptorship/rotation. This physician will prescribe appropriate medications, laboratory evaluation, and counseling as recommended by the CDC.

In the event the exposure occurs on a rotation that is not conducted at a WCUCOM hub site, the student shall contact the Office of the WCUCOM Associate Dean, Clinical Sciences to coordinate the appropriate follow-up after initial treatment.

**MENTAL HEALTH AND WELLNESS AND FATIGUE MITIGATION**

The following policies relate to student mental health, wellness, and fatigue mitigation. These policies were developed by students, faculty, and administration and approved by the WCUCOM Curriculum Council.

**Background / rationale**

Stress and fatigue is a common experience in medical school. The longitudinal curriculum is expansive in volume, depth and students are required to assimilate, integrate and apply material in increasingly complex labs, simulations, cases and written cognitive examinations. This along with the competitive environment of academic standing and future medical residency training places steady stress on students.  When this continual stress is combined with a lack of sleep, poor unhealthy eating habits, demands for attention from family, lack of physical activity, and poor time management it can result in physical as well as emotional exhaustion and can have negative impact on academic performance, health and well-being. The intent of this policy is to be proactive in providing education and resources to prevent and mitigate stress and fatigue, as well as to promote strategies for lifelong approaches to health and wellness as a component of professional responsibility.

**Purpose**

WCUCOM is committed to promoting medical education, safety and well-being in a supportive educational environment and ensuring students appear appropriately rested and appear mentally and physically fit for educational responsibilities. This policy provides guidance on methods available to provide education and provide available resources regarding:

- Recognizing the signs of fatigue and sleep deprivation;
- Understanding strategies for alertness management, protect against fatigue and strategies to mitigate fatigue; and
- Learning about mental health and available resources for stress management and strategies for overall life balance.

**Definitions**

**Medical Student:** Any medical student enrolled in the WCUCOM undergraduate medical education program, including preclinical and clinical training years.

**Fatigue:** The policy addresses Fatigue at a level causing cognitive and/or motor impairment. Fatigue is defined as weariness or exhaustion from exertion and stress and it can manifest in physical and/or mental symptoms causing impairment in functioning. The symptoms of fatigue

are extremely varied, including but not limited to: lack of energy/motivation, difficulty concentrating, impaired reasoning, anxiety, or mood swings.

Physical abnormalities can also contribute to fatigue. These include, but are not limited to, the following: sleep apnea, depression, anemia, impaired cardiopulmonary health, thyroid malfunction, and diabetes. Prescription and over-the-counter medications, including those used in treating the aforementioned diseases, can also increase the symptoms of fatigue.

**Procedure**

Students are responsible for completing the curriculum on fatigue, health and wellness. Any concerns regarding fatigue, health, and wellness, including perceived symptoms (stress, anxiety, depression, exhaustion, etc.) of self or others, may be reported to administration (COM Dean, Associate Dean of Student Affairs, Associate Dean Academic Affairs, or Associate Dean Clinical Sciences). Appropriate steps will be taken to investigate the concern confidentially and identify appropriate strategies to address the concern.

**Steps**

The following steps will be required to address Fatigue Mitigation that causes impairment and inability to continue with required academic or professional duties:

- Individuals are strongly advised to seek medical attention from a physician to ensure that there are no other acute health concerns that might require medical attention;
- If a student will miss an exam, the steps of the WCUCOM the exam policy must be followed;
- If a student will miss a required activity (lab/lecture) etc., the student must provide a physician's signed note documenting that the absence is "due to fatigue" and provide a duration and date that the student will be "fit to return to class";

**Strategies for Education**

WCUCOM will provide annual education available for all faculty members, students and staff on recognizing the signs of fatigue and sleep deprivation, and information on alertness management as well as self-care and life balance.

Resource: LIFE Curriculum http://med.stanford.edu/gme/duke_life/
https://sites.duke.edu/thelifecurriculum/2014/05/08/the-life-curriculum/

**Strategies for Fatigue Mitigation and Health and Wellness:**

- The attendance policy allows students to miss up to 20% of a class. This provides flexibility to students who are fatigued to take the time to rest within the academic year;
- The preclinical curriculum allows for flexible time for study, life balance and rest if needed. This also allows flexible time for faculty and staff to balance various responsibilities with the goal of reducing stress and fatigue; and
- The Office of Clinical Rotations will utilize the fatigue mitigation policies and procedures available at each affiliate site.

WCUCOM provides a limited number of free confidential counseling services each year for students. WCU also provides confidential counseling services on-campus. They can be contacted at (601) 318-6808. Appointments can also be scheduled on the website at Student Counseling Center | William Carey University (wmcarey.edu)Services are provided by outside mental health providers and are completely anonymous to WCUCOM. To schedule a confidential appointment on the Hattiesburg campus, contact the office of the vice president for student affairs at (601) 318-6188.

In order to provide access and equity of mental health services for all students throughout the continuum of preclinical and clinical education, WCUCOM students have access to ProtoCall at 601-318-6062. This unique telehealth access has been provided to enable access to mental health services regardless of location and allows 24-hour access.

The following are local mental health services that students may access confidential services during business hours:

- **Wesley Behavioral Health Services-** 239 Methodist Boulevard, Hattiesburg, Mississippi 39401 **601.268.5026**;
- **March Holistic Christian Therapy,** -M-F 8:00-5:00PM; S 9:00-12:00PM 805 W Pine Street, Hattiesburg MS 39401 **601.268.8796**;
- Pine Belt Mental Health; or
- Forrest General Hospital.

To supplement these services, another confidential telephone hotline is available to WCUCOM students from 5 p.m. until 8 a.m. on weekdays and 24-hours a day on weekends and holidays. This telephone hotline is a confidential service and may be accessed by calling 601.318.6211. The primary function of this service is to provide WCUCOM students the opportunity for stabilization and intervention options outside of regular office hours.

WCUCOM also provides access to Curalinc, a no-cost resource that helps you deal with life's challenges and the demands that come with balancing home and work. It can be accessed at https://wcucom.mysupportportal.com/ or 1-888-893-5462.

The program provides confidential services for a wide array of personal and work-related concerns, such as:

- Anxiety
- Anger Management
- Depression
- Family Counseling
- Grief
- Job Stress
- Marital Concerns
- Stress Management
- Substance Abuse
- Work-Life Balance

These providers accept all major insurances including the policy offered by WCUCOM. For a complete listing of providers offered on the WCUCOM insurance plan, please visit https://www.uhc.com/find-a-physician

If there are significant concerns due to fatigue or life balance (e.g. resulting from health issues, life events or others), Leave of Absence (LOA) is available for students to take a break from academic requirements and return when issues have been addressed. LOA's can be requested through The Office of Student Affairs.   +
In addition, the National Suicide Prevention Lifeline is available 24 hours a day, seven  days a week.  This service is not owned or operated by WCU or WCUCOM, and  the provider ensures confidentiality.  This service may be accessed by calling  **1.800.273.8255**.

**All WCUCOM students must maintain health insurance**.

Since fatigue may be related to physical abnormalities, students experiencing continued fatigue are encouraged to seek medical advice from their healthcare provider.

**Physician Services**
Students are encouraged to engage a family physician or other primary care provider as the optimal source of healthcare while at WCUCOM.  Please see the Clinical Education Manual for a complete list of hubsite clinics. Students with health care needs who do not have a provider will be referred to The Family Practice/After-Hours Clinic (110 Millsaps Drive, Hattiesburg, MS 39402; 601.261.5710; http://familypracticeafterhoursclinic.com).

For emergencies, students should call 911 or go to the nearest emergency department.

In Hattiesburg, Forrest General Hospital and Wesley Medical Center are the local hospitals with emergency departments:
- Forrest General Hospital
  6051 U.S. Highway 49
  P.O. Box 16389
  Hattiesburg, MS 39404-6389
  General Information/Main Number: 601.288.7000
  www.forresthealth.org
- Merit Health Wesley
  5001 Hardy Street
  Hattiesburg, MS 39402
  General Information/Main Number: 601.268.8000
  www.merithealthwesley.com
- The WCUCOM Office of Student Affairs and WCU Office of Student Services should be notified of any changes in a student's health that may impact his or her studies; and
- The Office of Clinical Rotations maintains a list of willing providers for WCUCOM students in each of our hubsite locations and each list can be found on the WCUCOM

98

website under the current student tab, https://www.wmcarey.edu/page/com/hubsite-willing-provider-list.

**Note: Any health professional providing health services, via a therapeutic relationship, must recuse him/herself from the academic assessment or promotion of the student receiving those services. Failure to adhere to this policy will result in referral to the Faculty Ethics and Grievance Committee.**

**Drug-Free Workplace**

In compliance with the Drug-Free Workplace Act of 1988, WCUCOM has a commitment to providing a safe, quality-oriented, and productive learning and work environment consistent with the standards of the community in which we operate.  Alcohol and drug use pose a threat to the health and safety of WCUCOM students and employees and to the security of our equipment and facilities.  It is recommended that all WCUCOM students read and be familiar with all portions of the current *Translation* Student Handbook.

WCUCOM complies with the Drug-Free Workplace Act of 1988 and the Drug-Free Schools and Communities Act Amendments of 1989 and subsequent amendments.

**CRIMINAL BACKGROUND CHECK (CBCk)**

In compliance with the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) and other requirements, WCUCOM requires approved criminal background checks for all students prior to matriculating to WCUCOM and prior to the beginning of OMS 3 clinical rotations.  Students are responsible for the expenses involved with this evaluation.  The Associate Dean, Student Affairs and Associate Dean, Clinical Sciences, will determine the mechanism.  Any positive history will be referred to the Student Affairs Committee for evaluation and recommendation of a course of action to the WCUCOM Dean.

If the criminal background checks or fingerprints reveal the individual has arrested, charged, or convicted a felony or other serious crime, he/she may not be allowed to progress in the program of study.  In order to prevent someone from going through medical school to the point of clinical rotations and then being denied the opportunity to finish, WCUCOM performs this process prior to beginning the program.  It is possible these procedures will be rerun at times during the program if required by a specific hospital or other authority.

The following policy applies to all WCUCOM students:

- WCUCOM requires that prior to admission, all students undergo a criminal background check (CBCk).  The student will assume the cost of the CBCk prior to admission.  No student will be allowed to participate in any classroom activities without proof of a CBCk given to the Office of Student Affairs;
- WCUCOM requires that all students will undergo a second CBCk prior to the commencement of the OMS 3 clinical rotations.  The student will assume the cost of the CBCk prior to the OMS 3 matriculation.  The CBCk will be performed at least three months prior to commencement of the clinical rotation with the CBCk record on file with the Office of Student Affairs; and

- An entity, which is approved and licensed to perform background checks, will be selected at the sole discretion of WCUCOM.

The CBCk search may include, but may not be limited to, sources such as the following:

*County/Parish Criminal Record Search:* Seven years from addresses disclosed on the ID Search Plus;

*Fingerprint:* Students will be required to submit to a fingerprint-aided background investigation. Miss. Code Ann. §37-29-232 requires schools for healthcare professionals (i.e., medicine) to obtain criminal history record checks and fingerprints on students before they begin any clinical rotations. The fingerprints are forwarded to the FBI, Department of Public Safety, Department of Health, and any other agency designated by the FBI;
*ID Search Plus:* Verifies and checks for contradictory application information by matching a consumer's name and address/social security number against TransUnion's credit-reporting database. ID Search Plus delivers current/previous addresses, SSN, birth dates, and aliases;

*Fraud and Abuse Control Information System (FACIS) Level 3:* FACIS is a database search of records containing adverse actions of individuals and entities in the healthcare field. This includes information on disciplinary actions ranging from exclusion and debarments to letters of reprimand and probation. Level 3 searches all state and federal sources included in the FACIS database, including the Office of Inspector General (OIG), General Services Administration (GSA), and other federal sources, plus 50 states (800+ sources). This search exceeds minimum federal requirements;

*Sex Offender Database:* A database search for individuals registered as sex offenders in the selected state or jurisdiction. Information and offender level retrieved varies by location;
*State Abuse Registry:* State requirements within Mississippi and federal regulations require the maintenance of a registry of persons who have abused, neglected, or misappropriated personal property;

*Licensure Verification*
A student whose CBCk reveals historical findings or information including, but not limited to, the following will be referred to the WCUCOM Office of Student Affairs and may have his/her acceptance rescinded, or may not be allowed to participate in clinical rotations authorized and accredited by WCUCOM:
- A history of any felony conviction;
- A history of one or more class "A" (or equivalent) misdemeanor convictions within the last seven years;
- A history of one or more class "B" (or equivalent) misdemeanor convictions within the last seven years; and / or
- A listing on the registry maintained by the Department of Health pursuant to sex offenders.

*Note*: WCUCOM's curriculum encompasses affiliated teaching sites in several states.

WCUCOM will comply with the laws of each state as applicable.  This may necessitate and additional or expanded CBCk before a student is allowed to participate in an education program in any given state. Some clinical rotation sites require additional background checks.

A listing on any of the following registries:

HHS/OIG list of excluded individuals;
GSA List of Parties Excluded from Federal Programs;
U.S. Treasury;
Office of Foreign Assets Control (OFAC);
List of Specialty Designated Nationals (SDN); or
an encumbered license (current or prior).

The background check vendor will provide a summary report of the above eligibility screens to the WCUCOM Office of Student Affairs.

**CBCk Process**
WCUCOM will notify all newly admitted students of the requirement that they must have an approved Criminal Background Check prior to matriculation.  The Admissions Committee will review any positive results, and their recommendation will be forwarded to the WCUCOM Dean for final decision.

A student who is challenging any part of the CBCk may enroll if he/she acknowledges that the challenge must be cleared prior to registration.

Students are sent an "authorization for background check and terms of enrollment" form with their pre-matriculation materials.  The returned form is forwarded to Pro-Tech Investigations, who then perform the background check by searching the jurisdiction in which the student resides. They fax the report to WCUCOM.

Any questionable or adverse information provided through the CBCk will be referred to the P&M Committee for further evaluation and recommendation to the WCUCOM Dean.  An adverse or questionable report may result in the denial of admission or dismissal from WCUCOM.

*A student who is arrested or charged with a misdemeanor or felony during her/his tenure as a WCUCOM student is obligated to report this event to the Associate Dean, Student Affairs. Depending on the nature of the event, action by the Student Affairs Committee may be merited.*

**Challenge of CBCk Results**
Students who question the accuracy of the report must, within five business days of notification, send a brief written statement regarding the area they believe to be incorrect to

the entity that performed the CBCk.  All disputes pertaining to the CBCk findings must be communicated in writing directly to the entity that conducted the CBCk.

Re-verification will be made if the entity determines that reasonable grounds exist, and the request is not frivolous or irrelevant.  If parts of the report are deleted or changed because of re-verification, WCUCOM and the student will receive a corrected report.

If the student does not challenge the questionable or adverse information from the entity that conducted the CBCk, and when the CBCk findings are such that the student does not meet the healthcare site's CBCk requirement, the student will be referred to the Student Affairs Committee by the Associate Dean, Student Affairs for further evaluation.  Any adverse recommendation by the Student Affairs Committee may have a final appeal through the WCUCOM Dean.

Notification from WCUCOM that a prospective student is denied enrollment, or a currently enrolled student is denied participation in clinical rotations due to CBCk findings, will be notified by the Associate Dean, Student Affairs, explaining why the student cannot matriculate or continue in the program.

**DRUG TESTING POLICY**

It is the policy of WCU and WCUCOM to conduct drug testing prior to matriculation, before beginning OMS 3 rotations, and may be required randomly during a student's enrollment at WCUCOM.  In part, this policy is intended to meet the requirements of agencies receiving WCU and/or WCUCOM students in clinical settings, practicals, internships, athletics, performing and competitive groups, and other such activities. WCU / WCUCOM administration is also authorized to conduct additional testing of students who represent WCU / WCUCOM in any official capacity.  All drug-testing procedures will receive the approval of legal counsel before implementation.

**WCUCOM Policy of Drug Screening**

In compliance with the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) and other requirements, prior to matriculation and prior to starting clinical rotations with a contracted/affiliated hospital or healthcare facility, students are required to undergo a drug screen.  This test is conducted on urine, saliva, or blood (serum) at the discretion of WCUCOM. *Hair Follicle Analysis:* WCU / WCUCOM may conduct hair-follicle-based drug testing if, in their discretion, any of the above analysis does not provide definitive results.

A positive drug test is one in which any illegal substance is detected.  For the purposes of this policy, "illegal substance" is defined as a substance whose use or possession is controlled by federal law, but that is not being properly used, or possessed, under the supervision of a licensed health care professional. (Controlled substances are listed in Schedules I-V of 21 C.F.R. Part 1308). This would include use of a prescription medication in a way not intended by the prescribing authority.

WCUCOM requires that all students prior to matriculation undergo drug screening. WCUCOM will notify all newly admitted students of the requirement that they must have a drug screen performed by a WCUCOM-approved laboratory prior to matriculation.  The student will assume the cost of the drug screen prior to matriculation.  No student will be allowed to participate in any classroom activities without the submission of a drug screen to the Associate Dean, Student Affairs.  A detailed copy of the test results will be provided to the student that the challenge must be cleared prior to being allowed to enter classes.

WCUCOM requires that all students undergo a second drug screen. The results will be on file in the Office of the Associate Dean, Clinical Sciences prior to the commencement of the OMS 3 clinical rotations.  The drug screen will be conducted by a WCUCOM-approved laboratory on a day, randomly selected by the WCUCOM Dean.  The drug screen will be performed at least three months prior to the commencement of the clinical rotation.  The student will assume the cost of the drug screen prior to the OMS 3 matriculation.

Any questionable or adverse findings may be referred to the Student Affairs Committee for recommendation of action to the WCUCOM Dean.  An adverse or questionable drug screen finding may result in the denial of admission, denial to begin clinical experiences, or the dismissal from WCUCOM.

**Challenge of Drug Screen Results**
Students who question the accuracy of the drug screens must, within five business days of notification, send a brief written statement regarding the area they believe to be incorrect to the private company that performed the drug screens.  All disputes pertaining to the drug screens findings must be communicated in writing directly to the private company that conducted the drug screens.

Re-verification will be made if the company determines that reasonable grounds exist and that the request is not frivolous or irrelevant.  If parts of the report are deleted or changed because of re-verification, WCUCOM and the student will receive a corrected drug screen report.

**STUDENT SUPPORT**

**Student Services**
Student Services, under the direction of the Associate Dean, Student Affairs, is responsible for oversight of non-academic approved campus activities at WCUCOM, including, but not limited to, professionalism and student records.

**Student Advising**
WCUCOM maintains an open-door policy with regard to student advising.  All faculty, administrators, and academic support staff are available for advice and counsel to the students. The input and opinion of the student is important.

**Faculty Advising**
At the beginning of OMS 1, all students are assigned a faculty advisor who provides assistance, advice, and counsel as needed and who serves as a liaison between the student and the academic and administrative communities.  Based upon students' needs and requests, faculty advisors monitor academic achievement and provide guidance and assistance in meeting academic requirements, serve as mentors to students, assist students with study and coping skills, write letters of recommendation, and inform appropriate departments of student concerns.  OMS 1 and OMS 2 students are required to meet with their faculty advisors once per year.  In addition to the regular meetings with the faculty advisor, students may meet with their advisors on an ad hoc basis, as needed.  Appointments are recommended.

The Office of Assessment and Academic Affairs coordinates the faculty advisor assignment process.  Students may switch advisors after the first semester if they choose.  Permission to change advisors must be approved by the Director of Academic Success.  At the end of each semester, all advisors will provide a list of their meetings to the Office of Assessment and Academic Affairs.

**OMS 1 and OMS 2 Academic Advising**
The Office of Assessment and Academic Affairs assists in providing students with academic guidance during the first two years of medical school.  One important role of advising is to encourage students to devote sufficient time to their studies and to consider involvement in a peer study group.  Students in good academic standing may meet with an academic advisor as often as requested.

Students on academic probation are required to meet for advising and participate in an individualized remediation program designed with the academic counselor.  Students on academic probation meet with the Assistant Dean, Assessment and Curricular Affairs and/or Associate Dean, Preclinical Sciences to develop a plan for success. Faculty Advisor involvement in this process is welcomed and encouraged.  This plan may be discussed with the P&M Committee, if requested.

**OMS 3 and OMS 4 Academic Advising**
Academic advisors for the clinical rotations are assigned through the Office of Clinical Rotations. The advisor may be faculty or members of the Office of Clinical Rotations, as deemed appropriate by the Office of Clinical Rotations Leadership.  Students are not required to meet with their advisor unless required by the Office of Clinical Rotations; however, students should meet with their Clinical Rotations Counselor two or more times during the OMS 3 year and twice during the OMS 4 year, either in person or electronically.  Additionally, all students must meet with an assigned advisor(s) to receive appropriate information and counseling regarding specialty selection and how to navigate the GME selection process successfully.

**STUDENT ORGANIZATIONS AND ACTIVITIES**
The organizations described here provide excellent examples of the breadth and variety of student activities at WCUCOM.  Student organizations must abide by the rules and regulations

104

outlined in the Translation. Students must have a minimum GPA of 2.5 to be eligible to run for or hold any office and must maintain GPA of at least 2.5 at the end of each semester. All student officers are expected to maintain academic and non-academic good standing throughout their terms.  The Associate Deans, Student Affairs and Assessment and Curricular Affairs will verify in writing whether students are eligible to hold office.  This written verification is required for a student to run for any position.  It is the student's responsibility to obtain this written verification of eligibility prior to running for or holding any organization or association position.  Any student holding an organization or association position who is on Academic Warning will be monitored by the P&M Committee and the WCUCOM Office of Assessment and Curricular Affairs, and may not be allowed to continue to perform official position duties. Students on Academic Probation, Non-Academic Warning, or Non-Academic Probation will not be allowed to maintain the office, and will be administratively removed from the position. Contact the Office of WCUCOM Student Affairs for additional information.

**WCUCOM Student Government Association (SGA)**
The Student Government Association is the official voice for all students.  Both WCUCOM and WCU have a student government.  The organizations are open to all students and welcome proposals and participation from the entire student body.  The responsibilities of the WCUCOM SGA include: collecting and expressing student opinion, dispensing funds for student activities, acting as a liaison for the student body, promoting osteopathic medicine, supporting club and class activities, and working to improve the quality of life for all students at WCUCOM.  The Office of Student Affairs serves as the liaison between the administration and student government.  The Associate Dean, Student Affairs will be responsible for making sure that students are represented and have input regarding their osteopathic medical education. He/she will also serve as the advisor to the SGA.

The President of the WCUCOM SGA will, along with the President of the Student Osteopathic Medical Association (SOMA), represent WCUCOM at the AOA House of Delegates.  Additionally, he or she will be sponsored by WCUCOM to represent the school and its students nationally.

**Student Clubs and Organizations**
In consultation with the Associate Dean, Student Affairs, the SGA has developed bylaws, which include the process for organizing other student organizations and guidelines for securing approval through the administration.  All recognized COM student organizations must have a faculty sponsor whose faculty appointment is one-half time or greater.  Clinical organizations must have a DO or MD faculty sponsor.

ACOEP (American College of Osteopathic Emergency Physicians)
> The purpose of the WCUCOM student chapter of ACOEP is to promote the field of emergency medicine, promote the education and knowledge of emergency medicine, and instill in its members a desire to become emergency medicine physicians.

ACOFP (American College of Osteopathic Family Physicians)

The WCUCOM student organization of ACOFP will serve as the student focus group to promote and cultivate family medicine development to help create new family medicine physicians.  ACOFP will provide education on family medicine and residency programs. It will also provide opportunities for mentorship, networking, community outreach, and leadership development.

ACOI (American College of Osteopathic Internists)

The student organization of ACOI will serve as the student focus group to promote the field of internal medicine.  ACOI will provide education on internal medicine and residency programs and will also provide opportunities for mentorship, networking, community outreach, and leadership development.

ACOOG (American College of Osteopathic Obstetricians and Gynecologists)

The WCUCOM OB/GYN club aims to develop awareness and interest in the medical specialty of obstetrics/gynecology, increase awareness of women's health issues, educate students about sub-specialties in obstetrics and gynecology, and coordinate community-service opportunities.

ACOP (American College of Osteopathic Pediatricians)

The purpose of the student chapter of ACOP is to foster and stimulate interest among osteopathic medical students in the practice of pediatric medicine; cooperate with other organizations having like purposes; and maintain the dignity of the American College of Osteopathic Pediatricians, as well as the osteopathic medical profession.

AOCA (American Osteopathic College of Anesthesiologists)

The mission of the AOCA anesthesiology student interest group is to form a bridge between anesthesiology and osteopathic medicine in order to create a functioning system that provides all members with the education and opportunity to positively shape the future of anesthesiology in conjunction with osteopathic medicine.

ACS (American College of Surgeons)

The American College of Surgeons (ACS) is a scientific and educational association of surgeons that was founded in 1913 to improve the quality of care for the surgical patient by setting high standards for surgical education and practice.

American Osteopathic Academy of Sports Medicine (AOASM)

The AOASM was formed in 1976 to fulfill the mission of a branch of the healing arts profession which utilizes a holistic, comprehensive approach to the prevention, diagnosis, and management of sport and exercise-related injuries, disorders, dysfunctions and disease processes.  The founders, pioneers and expert sports medicine specialists, realized that while there were several physician organizations that support sports medicine, there was not a forum specific for Osteopathic sports medicine physicians.

Asian Pacific American Medical Student Association

The Asian Pacific American Medical Student Association, founded in 1995, is the nation's largest organization representing Asian Pacific Islander American medical students. APAMSA is a student-governed and national organization that promotes awareness and advocacy of issues affecting the APIA community.

### Association of Women's Surgeons (AWS)

The Association of Women Surgeons (AWS) is committed to supporting women surgeons at various stages in their career – from medical school through retirement.

### Astronomy Club

A hobbyist club to learn about our natural world. Those interested expressed interest in being outside and taking their minds off medicine.

### Cardiology Interest Group (CIG)

The Cardiology Interest Group is a student organization dedicated to the field of cardiology. The goal of the group is to enable WCUCOM students with an outlet to gain more exposure and a deeper understanding of the field in all its facets.

### Clinical Bytes

Clinical Bytes will focus on case-based learning through the lens of clinical anatomy. Our goal is to host monthly meetings that cover various clinical scenarios that align with current and/or very relevant anatomy curriculum.

### COM-Unity Garden

The WCUCOM community garden is a sustainable urban farming project started and maintained by WCUCOM students to provide socialization and stress relief.

### CMDA (Christian Medical and Dental Associations)

The purpose of the WCUCOM chapter of the CMDA is to glorify God by motivating, educating, and equipping Christian doctors and students to serve with professional excellence as witnesses of Christ's love and compassion. This organization will promote biblical principles within healthcare, the Church, and society at large.

### Dermatology Interest Group (DIG)

The Dermatology Interest Group Association (DIGA) is a national student-run organization committed to providing volunteering, networking, and research opportunities to medical students interested in a career in dermatology.

### Latin Medical Student Association (LMSA)

LMSA exists to unite and empower current and future physicians through service, mentorship, and education to advocate for the improved health of the Hispanic & Latina/o/x community in the United States.

Muslim Student Doctor Association
>   The Muslim Medical Students Association will provide educational events for all
>   students with a focus on the relationship between Islam and medicine, as well as
>   interfaith activities with other spiritual organizations.

Oncology Interest Group
>   This is an organized group of medical students who share a common interest in the field
>   of oncology and meet regularly to learn more about cancer, patient care, and pursuing a
>   career in oncology

Ophthalmology & Otolaryngology Interest Group (OOIG)
>   To promote interest in the fields of Ophthalmology & Otolaryngology, connect students
>   with residents and faculty, and provide research and service opportunities.

Philanthropy Club
>   We inspire, engage and bring together like-minded individuals to drive strategy,
>   effectiveness, peer learning, collaboration and innovation in philanthropy, to create
>   bigger impact.

Red Cross Club (RC)
>   Along with training and leadership development opportunities, you can choose mission-
>   related activities in your community, while delivering lifesaving services of the Red
>   Cross.

Research Education, Training, and Opportunities (RETO)
>   RETO provides professional development to, and fosters the exchange of information
>   and ideas among the students, faculty, and administrative leaders of osteopathic
>   medicine.

SAAO (Student American Academy of Osteopathy)
>   The purpose of the WCUCOM chapter of SAAO is to help osteopathic medical students
>   acquire a better understanding of osteopathic principles, theories, and practice while
>   also improving public awareness of osteopathic medicine.

SAMOPS (Student Association of Military Osteopathic Physicians and Surgeons)
>   The mission of SAMOPS is to assist its members in acquiring an understanding of their
>   role in military medicine as a commissioned officer and healthcare provider.  SAMOPS
>   will provide support and guidance to its members with respect to military customs and
>   training during their medical school tenure.

SAOASM (Student American Osteopathic Academy of Sports Medicine)
>   The purpose of the WCUCOM student chapter of AOASM is to educate and expose
>   students to all aspects of the medical specialty of sports medicine, serve the school and

community in a way to promote sports medicine, and promote health and wellness education in the community.

Student Osteopathic Association of Radiology (SOAR)
To increase medical student interest and awareness of radiology. The group serves as the liaison for students that want to learn more about radiology and build a relationship with the department. We help medical students get their questions answered about radiology specialties, discuss the benefits of the department, and connect students with current radiology residents and faculty.

SOMA (Student Osteopathic Medical Association)
The mission of WCUCOM SOMA shall be to offer students a legitimate voice in shaping the future of their chosen profession, improve the quality of healthcare delivery to the American people with special focus on the Gulf South region, contribute to the welfare and education of osteopathic medical students, familiarize its members with the purpose and ideals of osteopathic medicine, establish lines of communication with other health science students and organizations, and prepare its members to meet social, moral, and ethical obligations of the osteopathic profession.

SOSA (Student Osteopathic Surgical Association)
The purpose of the WCUCOM chapter of the Student Osteopathic Surgical Association is to provide a means for student members to participate in the activities and governance of the American College of Osteopathic Surgeons while also working to promote and educate future osteopathic surgeons.

SAA (Student Advocate Association)
The objectives of the SAA shall be to prepare its members for their future as spouses/significant others of osteopathic physicians while promoting projects, which will benefit the WCUCOM, the local community, and the osteopathic profession.  This organization will provide a support system for the spouses/significant others of osteopathic medical students, as well as the medical students themselves.  The WCUCOM SAA shall function as an affiliate to the Advocates for the American Osteopathic Association.

Additional clubs and organizations currently at WCUCOM, include the following:

ANIG (Academic and Nonclinical Interest Group)

SNMA (Student National Medical Association)
The Student National Medical Association (SNMA) is the oldest and largest student-run organization focused on the needs and concerns of medical students of color. Membership includes more than 6,000 medical students, pre-medical students, residents and physicians. Established in 1964 by medical students from Howard

University and Meharry medical schools, the SNMA boasts over 40 years of advocacy and service to underserved communities and medical students.

IMMC (International Medical Missions Club)

AMWA (American Medical Women's Association)
The American Medical Women's Association is an organization, which functions at the local, national, and international levels to advance women in medicine and improve women's health. We achieve this by providing and developing leadership, advocacy, education, expertise, mentoring, and strategic alliances.

PM&R (Physical Medicine and Rehabilitation Interest Group)

AMSA (American Medical Student Association)
AMSA is a student-governed, national organization committed to representing the concerns of physicians-in-training.  AMSA members are medical students, pre-medical students, interns, residents, and practicing physicians.  Founded in 1950, AMSA continues its commitment to improving medical training and the nation's health.

ANC/ACNOP (American College of Osteopathic Neurologists and Psychiatrists)

Sigma Sigma Phi
Sigma Sigma Phi is an Honorary Osteopathic Service Fraternity. It's objectives and purposes are as follows:  To further the science of osteopathic medicine and its standards of practice, to improve the scholastic standing and promote a higher degree of fellowship among its students, to bring about a closer relationship and understanding between the student bodies and the officials and members of the faculties of our colleges, and to foster allegiance to the American Osteopathic Association and to perpetuate these principles and the teachings through the maintenance and development of this organization.

Wilderness Medicine Interest Group (WMIG)
To improve management of remote and improvised care of patients with routine or exotic illness/trauma with limited resources and delayed evacuation to definitive care.

Other student organizations related to medical specialties may be formed by students under the guidelines of the SGA.

**Registration and Requirements of Student Organizations**
Osteopathic medical students are encouraged to develop and participate in student organizations.  The SGA has been authorized to determine the process for registration of student organizations.

The following rules apply to all student organizations:

- All registered student organizations must have a WCUCOM-approved faculty advisor;
- A list of officers must be on file with the WCUCOM Office of the Associate Dean, Student Affairs;
- Every student organization must have a yearly service project that supports the local community; and
- On or before October 1 of each year, all student organizations must submit a letter to the Associate Dean, Student Affairs.  This letter must include the name of the organization, the names of all officers, and a summary of the previous year's activities, and accomplishments, including a summary of the yearly service project and how this project supported the community.


Privileges of formally registered organizations include the following:

- Use of campus duplication and printing services (charged to the organization);
- Use of campus bulletin boards.  All material MUST be stamped and on file in the Office of Student Affairs;
- Use of inter-campus mail services;
- Solicitation of membership on campus under the organization's name;
- Solicitation of funds on campus under the organization's name;
- Use of WCUCOM facilities for meetings or activities after the WCUCOM's academic needs are met. Requests for space may be submitted at the Office of Student Affairs;
- Receipt of relevant publications and inclusions in mailings by the Office of Student Affairs; and
- Those student groups, e.g., SGA Officers, with the need to travel, are to work with the Director of Operations to request funding through the current approved processes.

**Mississippi Osteopathic Medical Association**

WCUCOM is a proud partner with the Mississippi Osteopathic Medical Association (MOMA). All WCUCOM student doctors are automatically paid members of MOMA through WCUCOM.  MOMA was founded in 1980 and has a long history of supporting and promoting osteopathic medicine in the state of Mississippi.  MOMA sponsors many events annually for WCUCOM student doctors, including a new student welcome reception, student educational track and travel stipend for MOMA CME conferences, COM Prom, graduation awards, scholarships, mentorships, advocacy involvement, and much more.  To learn more about MOMA and to get involved, visit www.moma-net.org.

**Outside Organizations**

Outside organizations must have explicit prior approval of the university administration in order to utilize any WCU property or facilities, including WCUCOM.  Organizations that have the potential for disrupting the educational process or organizations promoting a philosophy or agenda that distracts students from the primary objective of receiving an education are strictly prohibited.

111

**Student-sponsored Events**

Any on-campus or off-campus event conducted by either a student club or the SGA must receive prior approval.  Organization officers must receive an Activities Form from the Office of Assessment and Curricular Affairs.  The form must be completed and returned no later than 30 days in advance of the event. The form must contain, at a minimum, the name of the organization(s) sponsoring the event, the proposed budget, faculty advisor approval, time and place of the event, and a description of the proposed activity.  The activity must then be vetted and approved by the Associate Dean, Student Affairs, the WCUCOM facilities resource coordinator, and the WCUCOM Dean to ensure that the event does not conflict with the mission or educational goals of WCUCOM.  Only then may the student-sponsored event occur. This includes, but is not limited to, all presentations, seminars, exhibits, fundraisers, workshops, other vendors, and courses.

All student-sponsored fundraising activities must be approved as stated above.
Any use of WCUCOM facilities by any group or individual student not mentioned above must receive prior written approval by completing an Activities Form received from the Office of the Associate Dean, Student Affairs. This includes, but is not limited to, all presentations, seminars, exhibits, fundraisers, workshops, other vendors, and courses. These must be received at a minimum of 30 days in advance of the event.

Failure to follow the above procedure may cause conflicts with other activities and could result in administrative cancellation of the event and/or referral to the Student Affairs Committee for review of unprofessional behavior.

Any activity deemed by administration to conflict with the educational activities or the mission or standards of WCUCOM may be denied approval.

All student-sponsored events requiring direct patient contact must:
- Have an approved plan of action for adverse findings;
- Have a physician supervisor(s) who will be present during the entire event;
- Physician supervisor(s) must be pre-approved in writing by the Associate Dean, Student Affairs; and
- Physician(s) who will be supervising must, at a minimum, be licensed to practice medicine in the state where the event is physically occurring.

**Student Use of WCUCOM Facilities**
- WCUCOM buildings are accessible to WCUCOM students 24 hours a day. Student identification badges will allow access during the hours of 7 p.m. to 7 a.m.
- Anatomy laboratory after-hours student use:
  - There must be at least two students in the anatomy laboratory during times when the lab is not normally in use,
  - Use of a "buddy" system is required for student safety, and
  - Rules for independent dissections are defined by the anatomy course director;

- Student meeting areas:
  - Various spaces in the COM may be reserved for class activities and club activities for up to two-hour increments for each group by contacting the Administrative Assistant for Administration
  - Prescribed class activities (e.g., instructor-led class activities) have priority in all cases, regardless of time, and
- Student study areas
  - When otherwise not in use, the classrooms, lobby cubicles, breakout rooms, and lobbies/waiting areas in the Academic Building and the Turner Medical Arts Building may be used for student study. Respect for reservations is expected;
  - The ILC, including medical examination rooms in the Turner Medical Arts Building *shall not be used* as student study areas apart from those times when formal instruction or examination is occurring under the direction of an instructor;
  - There is no student study area located in the Asbury Administration Building; and
  - The OMT lab is for practicing OMT techniques; it is not to be used as a rest area or a general study area. There are OMT tables available for practice during non-class hours in the COM 1 and COM 3 study atriums;

- Common spaces:  General appearance, condition, and use
  - When leaving for the day all areas utilized must be cleared of personal items before leaving.  Personal items must be taken to the owner's vehicle / dorm room. No personal items are to be left in common spaces, including the classrooms and study areas;
  - The coffee / kitchenette area shall be kept neat and clean at all times.  You should clean behind yourself;
  - Student organization-sponsored food events must be cleaned up within two hours of the last hour of class for that day;
  - Student pantry and refrigerator(s):
    - The student pantry and refrigerator shall be day-use only.  There will be no long-term storage of frozen or other food items by individuals in this area;
    - All food in the pantry and refrigerator must have the name of the person to whom it belongs and date it was placed on the container;
    - Any item not labeled or out of current date as noted will be discarded;
    - Students are not allowed to put their own refrigerators, coffee makers, and microwaves, or other cooking devices in WCUCOM facilities;
  - Personal storage bins, refrigerators, heaters, or similar equipment are not permitted;
  - Students shall not leave items to reserve a study space while on their way to class. There will be no territoriality or homesteading in spaces; and
  - Use of recreational items (e.g., footballs, Frisbees, RC toys, etc.) within the buildings is not permitted.

*All areas used by students for non-class activities should be returned to the condition and set-up, which was established prior to student use.

**Student Publications**

Student publications can be helpful in establishing and maintaining an atmosphere of free and responsible discussion and an intellectual environment on campus.  They provide an opportunity for student interests to come to the attention of students, faculty, and administration, and an opportunity to formulate student opinion on various issues.  Student publications may be circulated in the WCUCOM buildings subject to the approval of the Associate Dean, Student Affairs, but the contents of such publications are the responsibility of the editor, must adhere to the canons of responsible journalism, and are subject to the laws of libel, slander, and decency.  A complete description of the policy governing student publications is available in the Office of Student Life.

**STUDENT CONDUCT, PROFESSIONALISM, AND CLASSROOM ETIQUETTE**

Instances in which a student violates or is perceived to violate any of the regulations under this heading will be referred to and reviewed by the Associate Dean, Student Affairs, and may result in further referral to the WCUCOM Student Affairs Committee.

**Student Title**
In compliance with the standardized nomenclature of the American Osteopathic Association (AOA), matriculates receive the designation Osteopathic Medical Student (OMS) followed by the current year in the program. A first-year student is designated OMS 1 and so on.
All WCUCOM/WCU personnel and hospital personnel will treat students as professionals at all times.  Students will extend similar and appropriate courtesy to all WCUCOM/WCU personnel and hospital personnel at all times.  Medical students may not be identified by the title of "Doctor" on their identification tag while in training nor otherwise identify themselves as such. Students are to be referred to as "Student Doctor (last name)."  This title will be used whenever WCUCOM/WCU faculty, WCUCOM/WCU staff, and hospital personnel and whenever a student introduces himself/herself refer to a student.

**Physician (Job) Shadowing**
Students who perform physician shadowing that is not part of the approved WCUCOM curriculum are not covered by the WCUCOM professional liability policy.  Permission must be obtained prior to these extracurricular activities.  The "Job Shadowing Form," obtainable from the Office of Clinical Rotations, must be completed as approval for Shadowing.  The student must not be on probation or other sanction from the WCUCOM.  No credit will be given for any student shadowing experience that is not part of the curriculum.  Failure to follow proper procedure in documenting requests to shadow, in advance of the shadowing experience, violates WCUCOM policy.  As such, this may result in the student being referred to the Student Affairs Committee for unprofessional behavior.

**Cell Phone Usage**
Cell phones must be turned off during class lectures, exams, clinical experiences, and patient care or at any other time that their use would be disruptive.  Exceptions to this policy include potential emergencies, such as a family illness, for which explicit permission must be granted by the presenter prior to the beginning of any presentation.

The use of recording devices, including cell phone cameras, is also prohibited during class without prior written permission of the presenter. Cellphones are not allowed in testing areas or exam review areas. This violation is subject to disciplinary action (see Professional Standards) and referral to the Student Affairs Committee.

**Telephone Etiquette**
Proper telephone protocol is mandatory when answering business phones.  This includes identifying the department and your name (Student Doctor _____).  Students working in patient areas must also identify themselves.  When answering the telephone, always ask to

help the caller ("May I help you?"), and always remember that the tone of voice relays messages as well as words.  Be helpful, courteous, and sincere at all times when answering the telephone.

Hospital and preceptor telephones are to be used to conduct business only.  Students must not use business phones for personal purposes.

**Student Code of Ethics**
The WCUCOM seeks to create and maintain an environment that encourages continued growth of moral and ethical values, which include personal honesty, mutual trust, professionalism, patient safety, cultural competency, and interprofessional collaborative practice. WCUCOM places a high value on academic integrity and regards any act of academic dishonesty as a serious offense.  Dishonesty is considered a direct violation of WCUCOM's academic and professional standards.  Students must adhere to the Osteopathic Oath and to the Ethical Standards established by the American Osteopathic Association as they pertain to physicians-in-training.

WCUCOM recognizes that any code of ethics/professional conduct cannot include or predict all potential examples of unprofessional or unethical conduct that may arise during the course of medical student education.  Moreover, WCUCOM understands that judgments pertaining to potential violations of an ethical code may be perceived as subjective, thus preventing any all-encompassing written ethics code.  However, certain fundamental principles of ethical behavior and of professional conduct do exist and must be adhered to by all students of WCUCOM.  Examples of fundamental principles of ethical behavior include, but are not limited to:
- Honesty;
- Trust;
- Fairness;
- Respect; and
- Personal accountability.

Examples of fundamental principles of professional conduct include, but are not limited to:
- The safety and welfare of patients;
- Competence in knowledge and skills;
- Responsibility for the consequences of one's actions and decisions;
- Professional communication;
- Confidentiality; and
- Commitment to lifelong learning.
- Adherence to HIPPA

Any actions, deeds, or behaviors contrary to these examples, implied or otherwise, are considered unethical and unprofessional behaviors.

In addition, students in medical education should possess particular characteristics, and medical education requires particular attributes relevant to scholastic, interpersonal, and

116

behavioral expectations.  Included in consideration of such characteristics are the knowledge, competence, demeanor, attitude, appearance, mannerisms, integrity, and morals displayed by a student toward any member of the WCU community.  This community explicitly includes administration, faculty, staff, and students, and is not limited to members solely affiliated with WCUCOM.

Medical students must be aware of, and adhere to, the pertaining principles of academic honesty and scholastic behavior as presented in this document.  Students at WCUCOM must also apply any and all of these relevant principles when interacting, in whatever fashion, with patients, peers, faculty, administration, and staff in other academic/clinical institutions and in all other healthcare professions and locations.

WCUCOM students are ambassadors to the world at large, and as members of the profession, will be held to standards of professionalism.

The American Osteopathic Association (AOA) Code of Ethics is a document that applies to all physicians who practice osteopathically throughout the continuum of their careers, from enrollment in osteopathic medical college/school through postgraduate training and the practice of osteopathic medicine. It embodies principles that serve as a guide to the prudent physician. It seeks to transcend the economic, political, and religious biases, when dealing with patients, fellow physicians, and society. It is flexible in nature in order to permit the AOA to consider all circumstances, both anticipated and unanticipated. The physician/patient relationship and the professionalism of the physician are the basis for this document.

**AOA Code of Ethics**

The AOA has formulated this Code to guide its member physicians in their professional lives. The standards presented are designed to address the osteopathic and allopathic physician's ethical and professional responsibilities to patients, to society, to the AOA, to others involved in health care and to self.

Further, the AOA has adopted the position that physicians should play a major role in the development and instruction of medical ethics.

**Section 1.** The physician shall keep in confidence whatever she/he may learn about a patient in the discharge of professional duties. The physician shall divulge information when required by law or when authorized by the patient.
**Section 2.** The physician shall give a candid account of the patient's condition to the patient or to those responsible for the patient's care.
**Section 3**. A physician-patient relationship must be founded on mutual trust, cooperation, and respect. The patient, therefore, must have complete freedom to choose her/his physician. The physician must have complete freedom to choose patients whom she/he will serve. However, the physician should not refuse to accept patients for reasons of discrimination, including, but

117

not limited to, the patient's race, creed, color, sex, national origin, sexual orientation, gender identity, or disability. In emergencies, a physician should make her/his services available.

**Section 4.** A physician is never justified in abandoning a patient. The physician shall give due notice to a patient or to those responsible for the patient's care when she/he withdraws from the case so that another physician may be engaged.

**Section 5.** A physician should make a reasonable effort to partner with patients to promote their health and shall practice in accordance with the body of systematized and scientific knowledge related to the healing arts. A physician shall maintain competence in such systematized and scientific knowledge through study and clinical applications.

**Section 6.** The osteopathic medical profession has an obligation to society to maintain its high standards and, therefore, to continuously regulate itself. A substantial part of such regulation is due to the efforts and influence of the recognized local, state and national associations representing the osteopathic medical profession. A physician should maintain membership in and actively support such associations and abide by their rules and regulations.

**Section 7.** Under the law a physician may advertise, but no physician shall advertise or solicit patients directly or indirectly through the use of matters or activities which are false or misleading.

**Section 8.** A physician shall not hold forth or indicate possession of any degree recognized as the basis for licensure to practice the healing arts unless she/he is actually licensed on the basis of that degree in the state or other jurisdiction in which she/he practices. A physician shall designate her/his osteopathic or allopathic credentials in all professional uses of her/his name. Indications of specialty practice, membership in professional societies, and related matters shall be governed by rules promulgated by the American Osteopathic Association. **View further interpretation**.

**Section 9.** A physician should not hesitate to seek consultation whenever she/he believes it is in the best interest of the patient.

**Section 10.** In any dispute between or among physicians involving ethical or organizational matters, the matter in controversy should first be referred to the appropriate arbitrating bodies of the profession.

**Section 11.** In any dispute between or among physicians regarding the diagnosis and treatment of a patient, the attending physician has the responsibility for final decisions, consistent with any applicable hospital rules or regulations.

**Section 12.** Any fee charged by a physician shall compensate the physician for services actually rendered. There shall be no division of professional fees for referrals of patients.

**Section 13.** A physician shall respect the law. When necessary a physician shall attempt to help to formulate the law by all proper means in order to improve patient care and public health.

**Section 14.** In addition to adhering to the foregoing ethical standards, a physician shall recognize a responsibility to participate in community activities and services.

**Section 15.** It is considered sexual misconduct for a physician to have sexual contact with any patient with whom a physician-patient relationship currently exists.

**Section 16**. Sexual harassment by a physician is considered unethical. Sexual harassment is defined as physical or verbal intimation of a sexual nature involving a colleague or subordinate in the workplace or academic setting, when such conduct creates an unreasonable, intimidating, hostile or offensive workplace or academic setting.

**Section 17**. From time to time, industry may provide some AOA members with gifts as an inducement to use their products or services. Members who use these products and services as a result of these gifts, rather than simply for the betterment of their patients and the improvement of the care rendered in their practices, shall be considered to have acted in an unethical manner.

**SECTION 18**. A physician shall not intentionally misrepresent himself/herself or his/her research work in any way.

**SECTION 19.** When participating in research, a physician shall follow the current laws, regulations and standards of the United States or, if the research is conducted outside the United States, the laws, regulations and standards applicable to research in the nation where the research is conducted. This standard shall apply for physician involvement in research at any level and degree of responsibility, including, but not limited to, research, design, funding, participation either as examining and/or treating provider, supervision of other staff in their research, analysis of data and publication of results in any form for any purpose.

**Performing Patient Care Activities**

Student involvement in patient care is permitted when authorized by the College and a licensed clinical faculty member. Supervision by a physician or authorized medical professional (e.g. PA, APN) who are under the supervision of the faculty physician is required. In certain cases, (such as medication counseling), a pharmacist is an appropriate supervisor. The student's supervising faculty/preceptor is the faculty member that is responsible for the patient's care. Students may not perform any medical treatment or procedures without appropriate supervision and that is not appropriate for his or her level of training. The faculty member/preceptor generally should be present for any treatment, procedure, or invasive exam. Students are not to take the place of qualified staff. Students may not write patient care orders independently, all such orders must be reviewed and approved by the faculty member/preceptor. Students may not accept payment or remuneration for services.

**Assurance of Students Health Prior to Involvement in Patient Care**

Upon admission, students are required to obtain and to provide the required documentation indicating that they do not have conditions that would endanger the health and well-being of patients. The documentation includes immunizations and titers for immunity, verification from a physician who has performed a medical history and physical examination as to the health of the student and background checks for legal history. Students must also sign a document that they are free from contagious disease prior to caring for the patient. When this is in question, the student and college must follow CDC guidelines. The presence of a communicable disease may limit a student's participation in clinical care. If a student has a communicable disease this must be shared with the appropriate personnel at the clinical site and the clinical site has the final determination in the student's ability to participate in certain areas of clinical training. A student must be able to demonstrate that his or her health and abilities will enable them to meet the technical standards of the program. A copy of all immunizations and laboratory tests will be obtained and shared with the clinical site

**Supervision of Students**

A student (including those on clinical rotations) must be supervised in patient care situations. Supervision involves a responsible, licensed physician to:

- Be physically located in the facility where patient treatment is rendered;
- Grant authorization of services provided by the student doctor;
- Examine all patients seen by the student doctor;
- Be physically present during an invasive procedure or exam;
- Assure other clinical staff are present during any invasive or sexual organ examinations; and
- Assure that the documentation in the patient's medical record is appropriate

**Examples of Academic Dishonesty**

Academic dishonesty consists of any deliberate or intended attempt to falsify, fabricate, or otherwise tamper with data, information, records, or any other material that is relevant to a student's participation in any course, laboratory, or other academic exercise or function.  This includes the following list of offenses, actions, or attempted actions.  This list includes many, but not all, potential instances and examples of cheating, plagiarism, or academic dishonesty. Faculty and administrators may identify other acts of student misconduct. Examples include, but are not limited to:

- Cheating on examinations or course work;
- Utilizing (disseminating or receiving) any answers, data, or other information by any means other than those expressly permitted by the faculty as part of any academic exercise;
- Utilizing (disseminating or receiving) any information on an examination that was obtained from another individual and that is not authorized by appropriate faculty instructors;
- Allowing another individual to take an examination and then presenting that examination as resulting from his/her own efforts;
- Copying answers, data, or other information (or allowing others to do so) during an examination, quiz, laboratory, or any other academic exercise in which the student is not expressly permitted to work jointly with others. This includes photographic images of computerized examinations regardless of exam venue;
- Obtaining any form of assistance not approved by appropriate faculty instructors;
- Submitting the same work, without approval, for assignments in different courses; and
- Assuming another individual's identity or allowing another person to do so on one's own behalf for the purpose of fulfilling any academic requirement.
- Taking photos during exams or quizzes, or during exam or quiz reviews.

*Plagiarism*

Submitting an assignment as one's original effort or deliberately presenting work, words, ideas, theories, etc., derived in whole or in part from a source external to the student as though they

are the student's own efforts.  Examples of plagiarism include, but are not limited to the following:

- Failing to use proper citations as acknowledgment of the true source of information found in an academic exercise;
- Knowingly representing the ideas or work completed in whole or in part by any individual or group other than the student as one's own in any academic exercise; and
- Purchasing, offering to purchase, selling, offering to sell, bartering, or in any fashion obtaining or distributing material to be used fraudulently as part of any academic exercise.

*Technology on any academic assignment*
Using any device, implement, or other forms of study aid during an examination, quiz, laboratory experiment, or any other academic exercise without the faculty member's permission will not be allowed.

*Fabrication*
Inventing or falsifying information or data used in an academic exercise will not be allowed.

*Misrepresentation*
- Falsifying, or attempting to falsify, or providing false or misleading information regarding class absences, missed examinations, or late completion of class assignments;
- Inventing, fabricating, or falsifying data as part of the completion of any academic exercise; and / or
- Intentionally providing false, misleading, or omission of information on official WCUCOM or general WCU documents, such as admission applications, financial aid forms, or requests for academic accommodation because of a learning disability.

*Unauthorized access*
- Unauthorized access to or alteration of any academic or class record, such as grade records, examinations, or assignment materials;
- Unauthorized access to or alteration of any official WCUCOM or WCU document, such as transcripts, admissions files, financial aid records, or records maintained regarding student conduct; and/ or
- Unauthorized intentional access to any records in violation of FERPA regulations.

*Willful obstruction*
Any attempt to destroy, to prevent access to, or to alter any academic materials required by another person for the completion of academic or professional duties. Such materials could include library holdings, laboratory equipment or contents, hospital/clinic equipment or contents, patient records, or materials submitted or being prepared for submission for academic credit by another person(s).

*Unauthorized dissemination of course materials*

Without written permission, students must not record, disseminate, post, or otherwise share, electronically or in any other form, any material associated with a course. These include, but are not limited to, materials provided by instructors that may be deemed the intellectual property of the faculty, e.g., PowerPoint presentations, lecture handouts, etc.

*Facilitation*
Intentionally assisting another individual in the commission of any act of academic/professional dishonesty

**Professional Standards**
Professionalism is one of the American Osteopathic Association's and WCUCOM's core values. It is also the basis of medicine's contract with society. It demands placing the interests of patients above those of the physician, setting and maintaining standards of competence and integrity, and providing expert advice to society on matters of health. The principles and responsibilities of medical professionalism must be clearly understood by both the profession and society.

Each Osteopathic Medical Student is to display professionalism at all times in and out of the classroom. As mentors and role models for other WCUCOM students, each student is expected to do the following:
- Dress in a professional manner;
- Attend scheduled classes, on time;
- Communicate using professional and respectful language when interacting with any and all individuals, including all written communications and responses, e.g., course evaluations, faculty evaluations, e-mails, social media postings, blogs, etc.;
- Adhere to all WCUCOM equal opportunity, harassment, and substance abuse policies;
- Commit to lifelong learning of scientific knowledge;
- Participate in WCUCOM activities and functions;
- Be committed to professional competence;
- Maintain the highest level of integrity and honesty;
- Comply with patient confidentiality;
- Maintain professional relations and boundaries with patients, including, but not limited to physical contact not standard in physical exam procedures, behaviors, both verbal and nonverbal, that could be considered favoritism, friendship, socializing, gifts, dating, intimacy, disclosure, coercion, or failing to engage in culturally competent behaviors;
- Seek to improve the quality of care;
- Seek to improve access to care;
- Be committed to a just distribution of finite resources;
- Maintain trust by managing conflicts of interest; and
- Embrace professional responsibilities.

As members of a profession, physicians and osteopathic medical students should be respectful of one another. Thus, all members of the profession are expected to participate in the processes of self-regulation, including remediation and discipline, of members who have failed

to meet professional standards.  These obligations include engaging in internal assessment and accepting external scrutiny of all aspects of professional performance.  Examples of student conduct that violate professional standards and will lead to disciplinary action by WCUCOM include, but are not limited to, the following:

- Intentionally interfering with classes, research, administration, patient care, movement of other people, or school functions;
- Showing a lack of respect through verbal or non-verbal actions toward other individuals, including faculty and staff;
- Violation of the Academic Dishonesty Policy listed above;
- Intentionally providing false information to the school or officers of the school or altering records;
- Intentionally damaging or stealing school property or property of any school employee or visitor;
- Intentionally practicing or appearing to practice medicine without a license (such as engaging in clinical activity without the direct supervision of a licensed physician) or accepting any form of reimbursement, payment, or gift for the performance of clinical duties;
- Intentionally harassing any other student, employee, or visitor to the school sexually or otherwise;
- Using, distributing, selling, or possessing illicit drugs or non-prescribed substances;
- Participating in academic or clinical activities at its affiliated institutions while under the influence of alcohol, a controlled substance, or illicit drugs;
- Using the WCU or WCUCOM's logo or name on a poster, stationery, clothing, etc., without written permission;
- Violating local, state, or federal law or being indicted by a local, state, or federal court system for a felony;
- Failure to appear before WCU or WCUCOM when called to offer testimony or failure to testify fully and truthfully during any such appearances;
- Behavior on or off-campus that provokes a lack of respect and confidence on behalf of the public, faculty, or colleagues;
- Failure to abide by a written or oral directive from faculty, staff, security, or administration;
- Having food or events with food in non-designated areas;
- Posting unapproved material or posting approved material in an inappropriate area;
- Inappropriate, unprofessional, or disrespectful postings on social media;
- Parking in reserved / unauthorized / unapproved spots;
- Sharing of student PINs and passwords;
- Improperly using online learning tools, including, but not limited to, the Internet, email, chat rooms, news groups, forums, and list serves;
- Tampering with any fire alarm or equipment;
- Possessing any firearm or weapon, including fireworks, air pistols, or air rifles on campus (See WCU Policies - Firearms and Weapons);
- Misusing computer hardware, software, or supplies;

- Scheduling or changing a rotation without following WCUCOM protocol; and /or
- Attempting to disable or tampering with security features of any WCUCOM/WCU computer, program, or software.

**Dress Code**

All students at WCUCOM must project a highly professional image in their dress and appearance.  All articles of clothing must be neat, clean, and properly laundered.  They must not appear worn, tattered, or wrinkled.  Personal cleanliness and grooming must be in keeping with a professional image.  Jewelry should be minimal, non-distracting, and unobtrusive.  Facial piercing jewelry, such as the nose, eyebrow, lip, tongue, etc., shall not be worn.  Personal fragrances should be avoided.

Certain courses (Gross Anatomy, OP&P, Clinical Patient Care, Clinical Sciences, etc.) may require specific or alternative dress.  Those guidelines will be addressed in course syllabi.  All students must conform to the approved dress code while on campus during regular school hours whether they are in class, laboratory, or clinic.

T-shirts may be worn under the scrub shirts. Off campus, clinic jackets should only be worn during university-sponsored events.  Names are to be embroidered on all scrub shirts, clinic jackets, and lab coats.  No hats or any additional head wear, are to be worn indoors unless of a recognized religious nature.

Male students must wear the assigned color scrub shirt, or a shirt with collar, with slacks or scrub pants (no cargo pants, jeans, or shorts), shoes, and socks.  Shoes may be dress shoes or clean, neat athletic shoes.

Female students must wear the assigned color scrub shirt, or a shirt with collar, with slacks or scrub pants (no cargo pants, jeans, shorts, or capri pants), shoes, and socks or stockings.  Skirts may be worn instead of slacks as long as the skirts are of an appropriate length and material for a professional school.   Appropriate length is defined as no more than two inches above the knee.  Shoes may be flat dress shoes or clean, neat athletic-type shoes.

Items specifically prohibited include:
- denim pants or shorts;
- athletic wear unless specifically required per course syllabus;
- Open-toed shoes, canvas shoes, sandals, or flip-flops;
- Midriff tops, T-shirts, halter tops, translucent or transparent tops, shirts or tops with plunging necklines, tank tops, or sweatshirts; and
- Buttons or large pins that could interfere with work function, transmit disease, or be grabbed by a patient.

Any faculty member may require a student to leave the assigned teaching area if a student is in violation of this dress code.  All classes missed due to improper dress will count as unexcused absences.

**Dress Code - Clinical Rotations and Innovative Learning Center**

At all times, WCUCOM students shall consider themselves to be a representative of the school and the osteopathic profession.  They will be attentive to personal hygiene and cleanliness. Clothing should be clean, professionally styled, and in good repair.  Women must wear skirts of two inches above the knee or longer or tailored slacks.  Men must wear tailored slacks and a dress shirt.  Shoes must be comfortable, clean, and in good repair.  Shoes must be worn with socks or hose.  Shoes must have closed toes.  Fingernails must be clean and of short to medium length.   Muted tones of nail polish are appropriate.  Artificial nails are not permitted in clinical areas.  Keep jewelry to a minimum to limit the potential for cross-infection of patients.  The following are permitted:  a watch, up to four finger rings, small earrings, academic pins, badges, or insignias, modest bracelets, and necklace chains.  An appropriate holiday pin during the specific holiday is suitable.

Short white lab coats with WCUCOM identification are to be worn unless specifically instructed not to do so by the hospital or Preceptor.  Scrubs are to be worn in specific patient care areas only, i.e., emergency departments, operating rooms, intensive or cardiac care units, or as required by the hospital or Preceptor.  If they are property of the hospital, they are not to be defaced, altered, or removed from the hospital premises.  If  scrubs must be worn outside of clinical areas, they must be clean and then covered with a clean, white lab coat.  Shoe covers, masks, and hair covers must be removed before leaving the clinical area.  Stained or soiled scrub suits must be changed as soon as possible.

At all times, the student must be clearly identified as a WCUCOM student.  Appropriate means of identification include a lab coat with your name and the name of the college on it, a clearly visible nametag with the above information, or a hospital assigned identification badge with your name, proper training status, and college affiliation.  All identification must be clearly visible and worn above the waist.  Failure to display proper identification may result in termination of the clinical rotation.

While in lectures or other activities that do not involve patient care, students must wear neat, clean, and professional attire as described above.  ID badges must be worn at all times while on assignment.

Proper personal hygiene is to be maintained at all times.  This includes regular bathing, use of deodorants/antiperspirants, and regular dental hygiene.  Avoid perfumes or colognes since they may precipitate allergies or sensitivities.

Hair should be neat, clean, and of a natural human color.  Hair should be styled off the face and out of the eyes.  Hair at or longer than shoulder-length must be secured to avoid interference with patients and work.  Avoid scarves or ribbons (unless culturally appropriate).

These items are *specifically prohibited* in any hospital or clinical facility/location):
- Blue jeans (regardless of color) or pants of a blue jean / denim style;

125

- Shorts of any material;
- Open-toed shoes, high-heeled, or canvas shoes, flip-flops;
- Midriff tops, T-shirts, halter tops, translucent or transparent tops, shirts or tops with plunging necklines, tank tops, or sweatshirts;
- Buttons or large pins that could interfere with work function, transmit disease, or be grabbed by a patient;
- Visible body tattoos or visible body piercing (other than small earrings), unless exemptions are given for religious reasons; and
- Any item that is generally accepted as offensive to religious, ethnic, cultural groups, or of a sexual nature.

It is WCUCOM policy that the Preceptor, clinical faculty, program director, or hospital administration may at any time prohibit a student from participating at any location based on inappropriate and unprofessional dress. The student to the Office of the Associate Dean, Clinical Sciences, must report such instances immediately. A student may be required to remediate the time missed.

**ATTENDANCE POLICY**
(*Note*:  See Missed Exams Policy.)

Medical education is not limited to information transfer from faculty member to student, but is greatly enhanced by the cross-pollination of learning among cohort peers who bring different levels of knowledge and expertise to the educational experience.  In order to achieve this level of learning, it is each student's responsibility to attend class and participate in all educational opportunities.

**OMS 1 and OMS 2 Attendance Policies**
Attendance is required at all scheduled WCUCOM laboratories (including small-group sessions), and clerkships.  As professionals-in-training, students are expected to adhere to this attendance policy with diligence.  Any student having excessive absences from class, laboratories, or clerkships will be in violation of this policy and will be referred to the P&M Committee as with all course failures.  P&M Committee recommendations could result in disciplinary actions, including recommendation for review by the Student Affairs Committee for unprofessional behavior, or other recommendations up to and including dismissal from WCUCOM. *Students are responsible for knowing their individual record of attendance.*

***Attendance policies for each course are dictated in individual course syllabi and are approved by the WCUCOM Curriculum Committee.***
Except in the case of an approved absence to attend professional osteopathic meetings, which is limited to those individuals serving in specific SGA and student organization roles and students granted permission because of invitation to present at a function, there are no excused absences.

An individual Course Director may, after consultation with the Curriculum Council, recommend to the WCUCOM Dean that a particular class, or lab portion of a course, have an altered attendance policy. This altered policy recommendation may require up to 100% attendance. If any course is approved to have a more stringent attendance policy, Course Directors must ensure that opportunities to remediate any missed time/assignments are made available to the student in a manner as to be reasonably accommodating to both the student and the individual who will administer the remediation. Only if a student fails to remediate any missed time/assignments, after reasonable accommodations have been made, may points be deducted from the student's final grade.

Each Course Director must ensure that the attendance policy is clearly published in the course syllabus.

Students are responsible for knowing, understanding, and complying with syllabi from all courses in which they are enrolled. The faculty member responsible for reporting final grades will also be responsible for reporting attendance. Attendance for each and every course will be reported.

Attendance may be taken daily by one of the following practices, as determined by individual Course Directors:
- Students will have assigned seats
  - WCUCOM students must select seats in the lecture hall or classrooms by the end of the first week of each semester. Any student absent on the day of selection, or who fails to make a selection, will be assigned a seat. Students are expected to use only the assigned seat throughout the semester. Reassignments may occur at the beginning of each semester, and
  - A seating chart will be used to determine attendance randomly during each day of class. The Course Director (or a designee) will be responsible for checking attendance. Any student who arrives after attendance is taken will be marked as absent;
- Students will sign in on sheets distributed during class; or
- Electronic identification by:
  - Any approved audience response systems,
  - WCU/WCUCOM identification badge recognition system,
  - Video or still photography recording, and/or
  - Other systems as approved by the WCUCOM Dean.

*WCUCOM Administration reserves the right to alter this attendance policy at any time with WCUBOT approval.

**Falsifying Attendance Records**
Falsifying or attempting to falsify attendance by any means is considered an act of unprofessional behavior. Such behavior will result in student referral to the Student Affairs

Committee, and recommendations that may result in disciplinary actions up to and including dismissal from WCUCOM.

**Attendance Policy for Professional Conferences (OMS 1 and OMS 2)**
An approved absence is one in which a class officer, SGA officer, or the SOMA president has been requested by the WCUCOM Dean to officially represent WCUCOM at a professional osteopathic meeting.  Written permission must be obtained from the Associate Dean, Student Affairs.  The Associate Dean, Student Affairs will notify all affected Course Directors, the Assistant Dean, Assessment and Curricular Affairs, and the WCUCOM Dean of the approved absence.  Approved absences as defined in this paragraph does not count against the students 20% of absences allowed, nor will a student with an approved absence have points deducted from his/her numerical course average due to time spent away from class during the approved absence.

Students with an approved absence will be accountable for any exam(s)/quiz(s) or any assignment(s).  If an exam/quiz or any assignment is to be missed during the approved absence, it is the student's responsibility to make arrangements with the Course Director <u>before</u> they attend the meeting to make up the missed exam/quiz or any assignment.  Course Directors are under no obligation, other than as outlined in the section OMS 1 and 2 Attendance Policies (above), to make special arrangements for students who are not class officers, SGA officers, or SOMA president but choose to attend meetings that occur on class days.

**OMS 3 and OMS 4 Attendance Policies**
Students will report to their rotation sites on time and on the first day of the calendar month (OMS 3) or first scheduled date of their rotation (OMS 4) unless otherwise instructed by their preceptor, or WCUCOM personnel. A student must be aware of and comply with the policies of the institution sponsoring the rotation. It is the responsibility of the student to contact his/her supervising physician, unless otherwise notified in writing by the Office of Clinical Rotations, one week in advance of a new rotation to clarify time and location to meet for the first day of duty.  Students are expected to be punctual and to attend all office hours, rounds, deliveries, conferences, and any other duties assigned by their Preceptor throughout the duration of their rotation.  Students are responsible for immediately notifying the Office of Clinical Rotations of any instance in which a Clinical Preceptor is not present for more than a three (3) day period.

A maximum of three (3) days absence for any reason is permitted on any rotation.  The student must notify his/her preceptor, as well as the Office of Clinical Rotations, of any absences. Absence in excess of the three-day standard may result in an "incomplete" for this rotation until such time as the activity requirements are satisfied.

Persistent tardiness or unexcused absences may constitute a failure on a rotation and will be reflected in the students' evaluation.

**Departure from Rotation**

Students are required to remain at their rotation until the time designated by the Office of Clinical Rotations and the supervising physician.  The student will not leave the current rotation site prior to the last scheduled day of the rotation without the consent of the on-site Director of Medical Education/supervising physician.  The Office of Clinical Rotations must also approve any early departures from an assigned rotation.  Any unapproved early departure may result in a failing grade for the rotation.

**Unexcused Absence While on Rotation**

Absence from any rotation without approval will be regarded as an unexcused absence.  In the event of an unexcused absence, a written explanation from the student must be sent to the Office of Clinical Rotations.  The consequences of such an absence will be considered on a case-by-case basis.

**Illness Absence While on Rotation**

Should a student experience illness during the course of a clinical rotation, he/she should immediately notify the appropriate supervising physician of the intended absence.  Should the illness necessitate an absence of more than three days, the supervising physician and the Office of Clinical Rotations must be notified immediately.  Additionally, for an absence of more than three days, the student must be seen by a physician for documentation and clearance to return to work.  This documentation must be received before the student can return to work.  If the Office of Clinical Rotations does not receive such documentation, the student may be placed on administrative leave and may fail the rotation.  A student should not, for any reason, hesitate to report any illness.  The welfare of both the student and his/her contacts is the major consideration.

**Temporary Absence While on Rotation**

A temporary absence is defined as a brief period of time spent away from rotation activities.  Such leave is intended to allow the student to attend to daily matters that may arise in the course of the year.  In order to be approved for a temporary leave, permission must be obtained from the supervising Preceptor IN ADVANCE of the date the student is absent.  It is intended that the student and supervising physician alike employ reason pertaining to this matter.  Remember, a student is not allowed to miss more than three days of any given rotation.

**Attendance Policy for Professional Conferences (OMS 3 and OMS 4)**

WCUCOM is committed to providing quality medical education for our students.  This experience includes excellence in academic and clinical medicine, research, and community service.  In order to maximize this process, it is felt that participation in professional meetings can greatly enhance a student's professional and personal growth.

Only one professional conference will be allowed per student per year of clinical rotations.  Any deviation from this policy must be approved by the Office of Clinical Rotations on an individual basis.

Students on clinical rotations wishing to attend a professional conference must submit a completed student travel request to the Office of Clinical Rotations at least 30 days prior to the meeting.  The submission must include the approval of the clinical preceptor for which the student will be absent, the name and location of the professional meeting, sponsoring agency, and dates of prospective absence. A student travel request will be denied if the student is on probation, has an un-remediated failure, has a failing grade at the time of the request, or at the discretion of the WCUCOM Dean.

**RULES GOVERNING CLINICAL ROTATION SCHEDULING**
*Core Clinical Rotations Scheduling*
The clinical rotation hub sites will be established by the Office of Clinical Rotations.  The Osteopathic Postgraduate Training Institute (OPTI) associated with WCUCOM may assist with establishment, maintenance, and management of clinical rotations when appropriate.

*Changes in Core Clinical Rotations*
Changes in core clinical rotations are only permitted for compelling reasons.  If a student wishes to change a scheduled core rotation in the OMS 3 year, he/she must complete a change of rotation request form which is available in the Office of Clinical Rotations.  Once this request is submitted, it will be reviewed by the Office of Clinical Rotations. The student will be notified once the change is either approved or denied.  Should a student change a rotation without following proper procedure, that student will not receive credit for the rotation and will be referred to the Student Affairs Committee for unprofessional behavior.

*Scheduling of OMS 4 Clinical Rotations*
The curriculum has been designed to allow every student the opportunity to participate in audition rotations and explore areas of interest.  All rotations must be scheduled through the OMS 4 Clinical Rotations Counselor.  The scheduling procedure is as follows:

A Rotation Request Form should be completed and submitted to the OMS 4 Rotations Counselor.

The rotation request will be considered for approval by the Office of Clinical Rotations.

The counselor will assist the student in obtaining appropriate documentation, letters of agreement, etc., to allow for the rotation to take place.

Students must notify the OMS 4 Rotations Counselor as soon as they receive verification from the rotation site that they have been accepted to rotate.

All rotations should be requested and approved at least 60 days prior to the first day of the rotation.  It is the students' responsibility to decide on a rotation schedule for their OMS 4 year.  However, should students have difficulty with scheduling a particular rotation, they may be assigned a rotation by the Office of Clinical Rotations.  Examples of such difficulty

might include cancellation of a rotation by a hospital or preceptor less than 60 days in advance of the rotation start date.

At least one rotation during the OMS 4 year must be completed with an osteopathic physician.

The Office of Clinical Rotations will, at the request of a student, assist him/her in finding rotations for OMS 4 year.  The student should provide the OMS 4 Rotations Counselor with the dates of the desired rotation and the specialty that he/she wishes to study during that time frame.  The counselor will provide the student with a list of potential Preceptors for that specialty.  It will be the responsibility of the student to contact the Preceptor or appropriate contact person and finalize arrangements.

Failure to submit a request in the allotted time and to obtain approval for the elective rotation may jeopardize the elective.  Failure to follow the appropriate procedures may disrupt/lengthen the student's academic schedule.

*Changes in Elective Clinical Rotations*
Changes in OMS 4 year clinical rotations may be allowed only once per clinical rotation after the rotation has been approved.  Rotations may not be changed less than sixty (60) days prior to the start date.  All changes will require that an additional rotation request form be submitted to the OMS 4 Clinical Counselor for approval of the Associate Dean, Clinical Sciences.

*Rules for International Rotations*
Elective international rotations are considered a privilege and will be considered by the Associate Dean, Clinical Sciences; recommendations for approval or denial as appropriate will be made to the WCUCOM Dean.  All eligible students are encouraged to seek out these opportunities depending on the individual student's interest and financial ability.  An international rotation may be from two weeks up to four weeks in length.  The maximum number of international rotation weeks eligible for graduation credit is four weeks.  The supervising physician can be a member of the WCUCOM faculty or a healthcare provider approved by the WCUCOM Dean and must follow all rules and requirements for appointment as adjunct clinical faculty.

Only students who are in good standing at the time of the application, and remain in good standing until the start of the rotation, will be considered for international rotations.  Students must have taken and passed COMLEX-USA Level 1 before application and are strongly encouraged to have taken and passed COMLEX-USA Level 2-CE prior to departure.

Students must understand that any international rotations are substituted for other required electives, and as such are part of the curriculum and will be graded.  Further, students acknowledge that all costs of the international rotation are incumbent upon the student and neither WCUCOM nor WCU assumes any liability for such cost.

*Scheduling of International Rotations*

Students should consider the potential dangers of any site outside the United States. Given the potential for physical danger, WCUCOM requires students to complete waivers (listed below) and submit verification of having done so to the Office of Clinical Rotations. Request forms and required documentation for international rotations must be submitted 180 days in advance to the start of the rotation. Cancelling an international rotation will not be allowed within 30 days of the start of the rotation without written permission of the Associate Dean, Clinical Science.

*Checklist for International Rotations and Travel*
This checklist is provided as a portion of the preparations required for any international rotation. Note that a number of these actions and recommendations are not required by WCUCOM or by law but are listed as reminders.

- Contact the Office of Clinical Rotations about this rotation at least six months in advance of the beginning of the rotation. Keep in mind that an international rotation must be approved by the WCUCOM Dean no later than three months before the start of the rotation;
- For WCUCOM "non-sponsored" sites, students must provide the following before a rotation request will be considered:
  - o Demographics from the hospital, practice, or clinic that will serve as the supervising body,
  - o Curriculum vitae of the supervising physician, proof of licensure in the area where they practice, and proof of required malpractice insurance. Before any rotation will be approved, usual and customary practices for approval of the physician as an adjunct clinical faculty member must be followed. This may include a background check, and
  - o Letter of acceptance from the supervising physician;
- Proof of current immunizations for the region to be visited must be submitted to the Office of Clinical Rotations (http://wwwnc.cdc.gov/travel). Generally, vaccinations should be obtained at least three weeks prior to travel, if not sooner;
- Verification of medical insurance for the region or countries to be visited. If medical insurance does not cover overseas travel, please visit http://www.traveldocs.com/index.php?page=travel-insurance to purchase a policy;
- Provision of family or next of kin with contact information while out of the country;
- Complete waiver of liability forms (International Travel Waiver, Release and Indemnification Agreement and Requirements for International Rotations forms). See the Student Liability Insurance section of this document;
- Complete requirements for international rotations form;
- Students understand that each day on their rotations, they will need to record procedures performed on a paper document and provide that information to the Office of Clinical Rotations when the rotation is complete as is customary for all rotations;
- Register with the state department (https://step.state.gov/step/); and
- Current mailing address and phone number.
- *After International Rotation is Complete*
  - a. Student evaluations must be submitted to the Office of Clinical Rotations. Any course requirements must be completed. All logs and procedures must be

documented and submitted to the Office of Clinical Rotations.  On their return, students may be expected to provide oral presentations on and off campus as deemed appropriate by the WCUCOM Dean.

## EXAMINATION POLICIES

### WCUCOM ExamSoft Information and Procedures

WCUCOM recognizes that institutions and organizations are increasingly integrating technology into testing.  The National Board of Osteopathic Medical Examiners (NBOME) employs the use of computer testing.  WCUCOM requires students to take exams using their laptop computer.. As a result, WCUCOM requires students to utilize the current computer technology available with ExamSoft.  Familiarity with computer-delivered exams should eliminate the uncertainty of utilizing this modality during the COMLEX-USA Level 1 and Level 2 - Cognitive Evaluation.

*What is Examplify from ExamSoft?*
Examplify is an exam delivery module licensed by ExamSoft Worldwide Inc.  The program serves as a simplified word processor that enables students to take an examination on a laptop computer.  In an effort to avoid the vulnerabilities of most computer-based testing solutions, Examplify provides instructors the ability to lock down all Windows applications, thereby providing exam security and reducing the risk of violations of the Student Code of Conduct.

*Will Examplify work on my computer?*
*Neither WCU nor WCUCOM supplies computers for any student activities; therefore, it is the student's responsibility to procure a computer which is compatible with the systems supplied and to maintain that computer in working order. Students are required to ensure that their computers have this capacity prior to examinations.*

WCUCOM is primarily a Microsoft Windows environment. Incoming students are strongly encouraged to buy a new Windows-based laptop computer that exceeds the minimum specifications listed below. Should you decide to purchase Macintosh hardware, be aware that the closest service centers are located approximately two hours away.  Due to our use of ExamSoft's Examplify software for testing, tablets other than the Microsoft Surface are not supported. Required system guidelines for all options are listed below.

The WCUCOM Lecture Halls run on the latest WIFI 6 frequency. Older devices made before 2016 may not be able to connect to the network. It is the student's responsibility to ensure their computer meets technical standards.

### System Requirements: Windows computer

• Recent model preferably designed within the last two years, no later than three years old.

133

- Operating System: 32-bit and 64-bit versions of Windows 10 and Windows 11

- At least 8GB of RAM. *(Examplify requires at least 4 but Windows 10 and 11 do not perform well on less than 8)*

- Processors 2020 i5 – i9 and newer or AMD Ryzen 5-7 or higher.

- At least 256 GB of internal storage.

- Supported Microsoft Surface Brands: Surface Pro 7 and newer with at least 256gb or higher of internal storage Surface Go is not recommended.

- Surface RT devices not supported.

- **Alternate versions of Windows 10, such as Windows RT and Windows 10 S, are <u>NOT</u> supported at this time.**

- The versions of Windows certified for use are Windows 10 22H2, Windows 11 21H2, and Windows 11 22H2.

- Must have a genuine 64-bit copy of Windows 10 or 11.

- Screen Resolution must be 1024x768 or higher; and

- Administrator-level account permissions.

- For technical troubleshooting, account passwords including BitLocker keys, may be required.

- Internet connection for download, registration, exam download, upload, and some exam features.

- Examplify cannot be run within virtualized environments or environments that require persistent network (local or otherwise) connections during secure exams. This includes, but is not limited to, VMWare, Parallels, Citrix workspace, virtual disks, streamed images, etc.

- Screen resolution should be at least 1024 x 768.

The following requirements apply for exams with ExamID or ExamMonitor enabled:

- Examplify version 2.5 or greater

- Hard drive: 256GB or higher available space

- RAM: 8GB or higher recommended; 4GB required

- Webcam: Integrated camera or external USB camera supported by your operating system. Virtual cameras are not supported.

- Microphone (no headphones, no virtual mics)

- Internet: 2.5 Mpbs upload speed

Please note: You may not use any virtual camera or audio software with ExamID or ExamMonitor.

Some Windows devices utilize a technology called "Intel Smart Sound Technology Microphone Array", which is not supported by ExamID and ExamMonitor. This technology is most commonly found in Lenovo devices. Users with these devices will be unable to select their internal microphone and begin their exam.

Impacted exam-takers must utilize an external microphone. This can be a standalone microphone, or built into an external camera, however headphones with built-in microphones are not supported.

*Due to our use of ExamSoft's Examplify software for testing,* **tablets other than the Microsoft Surface are not supported.**

**Apple Macintosh:**

- 2016 or newer MacBook Pro or 2019 or newer MacBook Air Model preferred.

- Supported Operating Systems - Big Sur, Monterey, and Ventura

 (Note: When new versions of the Mac operating system release students are informed when they become supported. Do not update until given permission from WCUCOM or you may not be able to take exams on your device.)

- CPU: Intel, M1, or M2 processor. Devices using Apple's M1 and M2 processor and Apple Rosetta 2 are supported.

- Only genuine copies of OS10 or OS11 are supported.

- Administrator level account permissions.

- Server version of Mac OS X is not supported.

- This software cannot be used on virtual operating systems such as Microsoft's Virtual Machine, Parallels, VMware, VMware Fusion, or any other virtual environments.

- Internet connection for download, registration, exam download and upload.

- Administrator-level account permissions (Instructions).

- Examplify cannot operate within virtualized environments or environments that require persistent network (local or otherwise) connections during secure exams. This includes, but is not limited to, VMWare, Parallels, Citrix workspace, virtual disks, streamed images, etc.

135

The following requirements apply for exams with ExamID or ExamMonitor enabled

•     Examplify version 2.5 or greater

•     Hard drive: 256GB or higher available space

•     RAM: 8GB or higher recommended; 4GB required

•     Webcam: Integrated camera or external USB camera supported by your operating system. Virtual cameras and Microsoft Lifecam Series cameras are not supported.

•     Microphone (no headphones, no virtual mics)

•     Internet: 2.5 Mpbs upload speed

Please note: You may not use any virtual camera or audio software with ExamID or ExamMonitor.

**Unsupported devices and software for testing:**

•     Linux.

•     Android.

•     Chromebook.

•     Tablets; and

•     Phones


**Software Guidelines:**

•     Absolutely no Torrent software is allowed on campus. If security detects Torrent software or open proxies, your device will be blocked from the network.

•     The following programs must be downloaded and installed into order take tests and quizzes:

o     Examplify,

o     Respondus Lockdown Browser

o     Latest copy of Acrobat Adobe Reader.

•     Must always have enough available storage on device to allow downloading test and other educational material.

•     All VPN's must be turned off before attempting to test or quiz.

- All other software other than the testing or quiz software must be closed prior to opening any test or quiz.

- Keep Examplify and Respondus Lockdown Browser up to date.

- Avoid malicious software and any site or download that may contain such.

- Avoid sites the contain content contrary to WCU's mission Statement; and

- Some security softwares have built in proxies and will be blocked on our network.

Please refrain from using them. Example- Avast.

**Computer and Loaner Policies**

If a computer malfunctions on the morning of the test, support staff will attempt to troubleshoot your issue or recommend one of our Surface Loaners for the duration of the test. Loaner Laptops are loaned out to a student only if the student's computer is malfunctioning to the point it cannot be made usable for testing by the 15-minute mark of an exam. If a loaner is needed days before an exam, an email must be sent at least 72 hours prior to the exam day stating why the loaner computer is required. If approved, see Jermaine Glover to procure and set-up a loaner. Loaners can only be used by students during an exam and must be returned as soon as the exam is over. Failure to return a loaner computer may result in a replacement charge on your student account and referral to the WCUCOM Student Affairs Committee.

At any point, if a machine is continually having issues or is in an unsuitable condition, we can recommend that the machine be repaired or replaced.

If you have issues for 3 tests in a row that result in borrowing a loaner laptop, you will be asked to have your computer repaired or replaced.

If suitable actions are taken, but your computer is away for repair or a replacement on the day of a test, WCUCOM will extend support and access to loaners for up to 4 more weeks. This can be extended or suspended depending on circumstance. Students must provide documentation that actions were taken. A receipt or confirmation email will do, please submit within 24 hours of the test.

If no suitable action is taken after it was recommended that you have your computer repaired or replaced, we reserve the right to discontinue support of your devices and bar access to the loaner machines until such actions are taken.

Computers must be well maintained. If tests are inhibited by user actions or errors, we reserve the right to deny support of the device, and the student is responsible for getting the issue

resolved. A loaner will only be provided for one test if it is concluded that the user is responsible for the malfunction of his/her device.

You are responsible for having your charger with you on test day.

Internet connection is required for both downloading and uploading exams; do not install anything that may cause that connection to be blocked.

Examplify is the software we use for testing, and it will completely lockdown your computer once it is Activated for the duration of the test. Once it has locked down a device, no changes can be made. Please make sure any external peripherals including keyboards, mice, trackpads, and headphones are attached and working before the test starts. Also, make sure the computer volume is set to a reasonable level. Once again, once Examplify locks the machine down there is nothing that can be done by yourself or support staff, so please take time to check this before the tests start. Failure to do so can negatively impact your grade.

**For details about specifications, visit http://support.examsoft.com/h/i/258193614-minimum-system-requirements-for-pc-devices .**

Examplify Registration Process
The student will complete the registration process by registering with ExamSoft at the ExamSoft Custom Home Page located at
https://www.examsoft.com/dotnet/Default.aspx?f=wmcareyosteo.

*Step 1: Log in* – (30 seconds) Enter Student ID# and password.  This is the student's WCUCOM password.  The student may also wish to open a helpdesk ticket at
https://indigo.wmcarey.edu/help.

*Step 2: Download Examplify* – Downloading Examplify takes minutes on high-speed Internet connections and 30-60 minutes on dial-up connections.

*Step 3: Reboot Examplify* – (one minute) Once registered, the student will be notified on-screen that the process has been completed.  Confirmation will be received via email at the address provided in Step 1.  Note that the student must register Examplify by the deadline provided by WCUCOM.  For questions or issues with registration, contact ExamSoft technical support at
support@examsoft.com or call toll-free 866.429.8889.

*Step 4: Mock Exam* – (five to 10 minutes) To be familiar with the software prior to exam day, a mock exam is provided.  The student will be responsible for downloading exams.  Downloading must be accomplished before the scheduled exam date.  The student is charged with keeping up with scheduled downloads and changes in the exam schedules.

Frequently Asked Questions
*What student ID number is used in Step 1?*

Sign up with ExamSoft in Step 1 using the official WCUCOM student ID number.  This is the student WCUCOM password.  If problems occur, students may open a helpdesk ticket at https://indigo.wmcarey.edu/help

*Can a student practice using Examplify before the exam?*
Yes. After registering Examplify, launch the program by double-clicking the Examplify icon on the Windows Desktop.  Click the "LAUNCH EXAMPLIFY" button.  On the Examplify Start Window, select the "Practice Exam" button.  Click "Yes" to take the practice exam and then "Yes" again to take it in secure mode.  This enables the student to familiarize him/herself with the Examplify exam environment.  Students' may use the practice exam as many times as they wish. Note that the practice exam *cannot* be saved, cannot be used until Examplify is registered, but can be printed *during* the exam.

*How do students prepare prior to exam day?*
Register Examplify prior to the date(s) of exam(s).  Note that it is permissible to re-download Examplify on additional computers for use as backups; however, typically exam files can be downloaded only once, so it is recommended that Examplify be loaded only on the computer you intend to use on exam day.

Ensure 1) that the intended PC meets the specifications listed above, 2) that there is plenty of free hard-drive space, 3) that the PC is virus-free, and 4) that the PC is free of disk errors by running SCANDISK (click Start Button, Programs, Accessories, System Tools, Scandisk *or* Disk Cleanup). Once installation and registration are complete for Examplify, familiarization occurs by utilizing the built-in practice exam feature.

Examplify's opening screen asks for an ID#.  Be sure to acquire this number prior to exam day.  Locate A/C – battery power indicator light on the laptop to determine which light indicates the computer is running on A/C power (i.e., power from a wall outlet).
Ensure that the battery is charged prior to the exam in the event there is a temporary power outage.

On exam day, please be aware of the following:
- Bring the power cord and battery (in the event of power loss);
- Arrive at the exam room at least 15 minutes early, plug the computer into a power outlet, turn on the computer, and follow the instructions provided;
- Students should not uninstall Examplify until receiving all exam scores at the end of the academic year;
- Immediately before Examplify launches the exam, a warning screen with RED STOP SIGNS will indicate that the exam should not begin until instructed to do so. Heed this warning;
- Exams will not be delayed or suspended due to computer problems; and
- During the exam, use care when highlighting and deleting.

Once the exam is complete, the student will save and exit the exam, his/her computer will automatically reboot, and it will then take 90 seconds for his/her exam to automatically upload. This is to ensure the student's wireless connectivity is enabled first.  If there is no wireless connection within 90 seconds, it will prompt the student to select the upload button.  Do not leave the exam room until you have uploaded your exam and you receive a message saying, "Your exam has been successfully uploaded."  *Failure to upload an exam before leaving the exam room may result in the exam not being graded.*

*Important Notices*
Use of ExamSoft falls within the rules, regulations, and academic policies that govern students at the WCUCOM.  Any attempt to disable or tamper with Examplify's security features will be considered a violation of the Professional Standards: Academic Dishonesty.  Commencement of the exam will not be delayed due to a hardware problem with a laptop.  While the proctors would like to resolve a computer or software problem during the exam, they are unfortunately prohibited from assisting the student.  If a computer or software problem occurs, then the student will be required to complete the exam on another computer. Any technical issues during the exam must be reported prior to the scoring of the examination.  All students are responsible for bringing all required testing materials, i.e., charging cords, to the examination room.  There will be no exiting the examination room to obtain any necessary testing materials once the examination has begun.

*Campus Technology Related to Student Grading*
WCU provides a variety of technology resources to support student learning.  These resources include the Indigo Student Self Service Portal, the Canvas learning management system, student email accounts, remote access to library database resources, and "Carey Air," a university-wide unified wireless network.  The Indigo Portal allows students to access their campus information including course registration, course offerings, unofficial transcripts, job searches, billing information, schedules, financial aid information, and grades.  The portal also allows students to pay tuition and fees online.  WCU does not mail individual grade reports. Many courses incorporate information technology both within the classroom and remotely through the Internet.  The university uses Canvas for communicating vital course information to students, including course content, assignments, discussions, and more.  Students are required to access their WCU email and Canvas accounts as quickly as possible so that faculty and administrative offices will have a reliable means of communication with the student.  A student technology guide is available for download at http://indigo.wmcarey.edu/help/guide.  This guide is constantly updated to reflect any changes since the Office of Information Technology is constantly working to bring new and improved services.

**Exam Administration and Proctoring – OMS 1 and OMS 2**
This procedure will be in effect during all examinations.
- No delayed exam will be offered to anyone who has not appropriately charged his/her computer and downloaded the ExamSoft software prior to the exam time;

- All examinations are timed.  Time per question will meet or exceed time allotted on the COMLEX-USA Examinations through the National Board of Osteopathic Medical Examiners.  Time periods allotted for students to complete exams are noted on the class schedule and are not changed unless a specific announcement is made prior to or at the time of the examination;

- All student examinations are to be submitted within the time period specified for the examination.  Students must be aware that if any examination is started late, the timer on the computerized test will not reflect the official end of exam time. Examinations will end at the scheduled and announced time, even if the computerized exam indicates otherwise. The proctors will be the only keeper of official start and end times

- Any student requesting a testing accommodation is required to arrange this in advance through the WCUCOM Director of Assessment and the Course Director. All ADA accommodations are provided by the WCU Office of Disability Services.  Following written approval for accommodation, students are required to provide a copy to the Office of the Associate Dean, Student Affairs, the Office of Academic Affairs, and appropriate course director(s). All documentation must be received in these offices a minimum of ten (10) business days prior to any exam where accommodations are needed.  All rules for test administration apply to students seeking testing accommodations. (*Note*: Being granted accommodation by WCU does not guarantee an accommodation by the National Board of Osteopathic Medical Examiners - NBOME);

- Only answers entered electronically by the student taking the examination will be accepted for credit.  No other person may transfer or alter a student's answers for an examination.  Another person's alteration of student answers in any way will not be counted as answers submitted for examination credit;

- Exam proctors will only answer student questions during the exam administration time that are relevant to clarifying the testing procedure or addressing issues related to the exam instrument;

- All personal belongings, including, but not limited to, book bags, purses, hats, and electronic equipment (cell phones, pagers, and headsets) are not permitted in the exam room.  The WCUCOM will provide single-use ear plugs at the entrance to the room.  Students who possess a cell phone, pager, or any device with internet or communication capability in the examination room will be subject to disciplinary action and receive a zero for the examination;

- Students *cannot* bring food or beverages into the examination room;

- Any student requesting to bring essential medical supplies into the exam room is required to arrange this special circumstance with the Associate Dean, Student Affairs a minimum of ten days in advance of any test. Emergencies should be addressed with the Associate Dean, Student Affairs or the Director of Strategic Planning and Assessment as soon as safely possible, and prior to the beginning of any test.  Proctors will be provided with a list of students who have been authorized to bring in specifically listed medical supplies.  No additional authorization will be granted by the proctor at the time of the administration of the exam to the class.  Proctors have the right to inspect items brought into the exam room;

141

- All students are expected to begin examinations on time.  If, because of an emergency or unforeseen event, they are late to the exam administration site, they may be required to sit for the remainder of the exam or given the option of a make-up exam as determined by the Course Director(s). The amount of time they are late will be subtracted from the time they have to complete the make-up exam.   Students who are repeatedly late for exams will be subject to disciplinary action (See Missed Exam Policy);
- Following exam completion, students must leave the immediate area where the exam is being administered, including the hallway area outside the classroom.  Once any student has left the room after completing the exam, no student will be allowed to enter late and begin the exam;
- No student will be permitted to take a restroom break within the first 15 minutes of an exam. Only one student can be permitted to leave the exam room for a bathroom break at a time.  Such breaks are limited to five minutes. Once a student has left the testing location for a restroom break, no student will be permitted late entry.Anyone leaving the room during the exam must first tilt his/her computer screen. Any student requesting exception due to a medical condition is required to arrange this exception with the Associate Dean, Student Affairs a minimum of ten days in advance of any test. Emergencies should be addressed with the Associate Dean, Student Affairs or the Office of Assessment and Academic Affairs as soon as safely possible, and prior to the beginning of any test.  Proctors will be provided with a list of students who have been granted exception to this policy;
- All students are expected to maintain standards of behavior as noted in this document, including adherence to student professional conduct and Student Code of Ethics policies and the Code of Ethics of the American Osteopathic Association;
- Where an examination is impacted by an unexpected interruption (e.g., power failure, computer/software malfunction, earthquake, bomb threat, fire alarm, weather warning), the proctor will implement appropriate action; and
- In the event of an evacuation of an examination venue, the Course Director or nominee will determine which of the following outcomes will apply:
  - The examination may be declared void and a new examination scheduled for a date and time within the current examination period, including on a Saturday,
  - Students' examination scripts may be marked and an adjusted examination result determined,
  - An alternative assessment item may be set with a suitable due date for submission,
  - As well as the aforementioned outcomes, an additional assessment item may be set with a suitable due date for submission, and
  - Any student suspected of using a program or any other electronic means to corrupt an assessment tool, i.e., tests or quizzes, will be referred to the WCUCOM Student Affairs Committee and will be subject to immediate dismissal.

**Missed Exam Policy OMS 1 and OMS 2**
Missed exam policies are outlined in individual course syllabi and governed by the following standards set forth for all OMS 1 and OMS 2 students:

- Students are expected to take all exams during assigned times, as listed on the course schedule. Students are responsible for knowing scheduled examination times, which are listed in each syllabus, and for noting any changes in the scheduled examination times by referring to the course syllabi, e-mail notice, and/or official WCUCOM calendar;
- Any student who misses an examination is responsible for contacting the Course Director directly within 24 hours to present a valid reason for the absence (see below);
- When a student knows ahead of time that an exam will be missed, that student must contact the Associate Dean, Student Affairs, who will then notify respective Course Directors before the exam; and
- Valid documentation, i.e., medical excuses, police reports, etc., must be provided to the Associate Dean, Student Affairs immediately upon return to campus.

Valid reasons for missing an examination include, but are not limited to, the following:
- Acute, serious personal illness that does not rise to the significance of violating the minimal technical standards (see Minimal Technical Standards, Participation requirements);
- Emergency travel related to a personal or family emergency;
- Emergency events (e.g., childbirth or complications of pregnancy); and
- Pre-approved attendance at osteopathic national meetings (AOA, ACOFP, AAO, etc.) for second semester OMS 1 student/any OMS 2 student who is a WCUCOM class officer, SGA officer, or SOMA president.

Unacceptable reasons for missing an examination include, but are not limited to, the following:
- Not feeling prepared for the examination;
- Non-emergency travel plans, regardless of when these plans were made;
- Not having read an announcement of a rescheduled examination; or
- Having an appointment scheduled at a time that conflicts with the examination.

Student rights to privacy and safety are tenants of the WCUCOM culture. Any student who has a health issue that they do not wish to discuss with a faculty member may report that issue to the Associate Dean, Student Affairs.

Students missing an examination to attend a national meeting must follow the attendance policy for professional conferences.

If a student misses an examination without a valid reason, as determined by the Course Director, the Course Director may assign a grade of zero (0) for that examination (see Grade Appeal Policy).

If a single make-up examination is offered by the Course Director(s), then the make-up examination date will be announced during a time determined by the Course Director(s). This will be the final offering of the examination, and students who do not take the missed exam at this date will receive a zero (0) for the examination. The student is responsible for all material tested during the examination, which may be cumulative in nature. The Course Director may

require the student to take an examination that is different in format, content, or length from the examination that was originally administered to the class.

If a second examination is missed during the academic year, regardless of the reason or course, then the student will be referred to the P&M Committee for review of circumstances. The Committee, in consultation with the Course Director(s) will recommend to the Associate Dean, Preclinical Sciences for OMS1-OMS2 students or the Office of Clinical Rotations for OMS3-OMS4 students whether or not a make-up examination should be granted.

- If the WCUCOM Dean accepts a recommendation allowing a make-up examination, then the Course Director(s) for the missed examination will follow the above make-up exam policy.  If the WCUCOM Dean rejects the recommendation for completion of a make-up examination, then the Course Director(s) will not give a make-up exam. The student will receive a zero for the exam; and
- If the WCUCOM Dean accepts a recommendation that no make-up exam be given, then the Course Director(s) will not give a makeup exam.  The student will receive a zero for the missed exam. If the Dean rejects the recommendation that no make-up exam be given, then the Course Director(s) will follow the above make-up exam policy.

***Integrated examinations are considered as a single examination.***

**Exam Administration and Proctoring OMS 3 and OMS 4**
Students must complete a COMAT examination at the end of each rotation as identified in the rotation syllabi. This examination will be provided online through the NBOME and will be administered during the rotation.  The time and place may vary due to the requirement that the examination be provided in a proctored environment.  Students will receive notification of the exact date, time and location of their COMAT prior to the 15th of the month via their WCUCOM email.

**Missed Exam Policy OMS 3 and OMS 4**
Students are expected to take all COMAT examinations during assigned times. Students are responsible for knowing the examination schedule and for noting any changes in the examination schedule relayed to them by representatives of the Office of Clinical Rotations.

Any student who misses an examination is responsible for contacting the Director, Clinical Rotations directly to request approval for the absence.

Valid reasons for missing an examination include, but are not limited to, the following:
- Extenuating circumstances pre-approved by Office of Clinical Rotations
- Personal or family emergency including related travel (e.g., childbirth or complications of pregnancy); and
- Pre-approved attendance at osteopathic national meetings (AOA, ACOFP, AAO, etc.).

Unacceptable reasons for missing an examination include, but are not limited to, the following:

144

- Not feeling prepared for the examination;
- Non-emergency travel plans, regardless of when these plans were made;
- Not having read an email announcement of a rescheduled examination; or
- Appointment at a time that conflicts with the examination.

Students missing an examination to attend a national meeting must request approval of the Rotations Office as soon as possible, but no later than four weeks before the start of the clerkship.

If a student misses an examination without a valid reason, as determined by the Office of Clinical Rotations, a grade of zero (0) may be assigned.

A single remediation examination date will be announced during a time mutually agreed upon by the Office of Clinical Rotations and the student.  This will be the final offering of the examination, and students who do not take the missed exam at this date will receive a zero (0) for the examination.

Appeals of missed exams:  See Appeals Procedures.

**COMLEX-USA Exam Policy**
Students must pass COMLEX-USA Level 1, Level 2-CE, and Level 2-PE (if offered by NBOME) examinations to be eligible to graduate.  The United States Medical Licensing Examination (USMLE) is not a substitute for any component of the COMLEX-USA examination.

**National Board of Osteopathic Medical Examiners (NBOME)—COMLEX-USA**
Students meeting WCUCOM academic, legal, and financial qualifications for COMLEX-USA Level 1, COMLEX-USA Level 2 Comprehensive Exam (CE), and COMLEX-USA Level 2 Physical Exam (PE) are expected to schedule COMLEX-USA exams online at the scheduled times delineated by the NBOME after receiving the approval of the WCUCOM Dean.  Students are responsible for any examination fees, travel expenses, or other accommodations required in order completing these examinations.

**COMLEX-USA Eligibility**
Students must successfully complete all OMS 2 course requirements as well as other additional requirements that may be established by the WCUCOM Dean's Office prior to taking COMLEX-USA Level 1. Ability to schedule any COMLEX-USA exam in the NBOME system is dependent upon WCUCOM's designation of a student's eligibility in the NBOME system.  NBOME requires that WCUCOM report each student's individual eligibility for COMLEX-USA Level 1, Level 2-CE, and Level 2-PE before a student may schedule an exam.  WCUCOM recognizes that students must schedule exams in advance, but students are forbidden to take any COMLEX-USA examination if they have been notified of their ineligibility by WCUCOM per WCUCOM standards, regardless of registration with NBOME. Students authorized to take COMLEX-USA Level 1 must sit for the examination within 60 days after the successful completion of OMS 2

course requirements. Failure to successfully complete the COMLEX-USA Level 1 within 60 days of eligibility will be considered a failure to progress academically, and will be referred to the P&M Committee. This policy includes those students who have applied for, but not yet received, accommodations from the NBOME. The Associate Dean, Clinical Sciences may require additional preparation beyond 60 days for students deemed to be at risk of failure. COMLEX-USA Level 1 must be taken prior to the beginning of clinical rotations.

All requests for accommodation must be received by NBOME no later than April 15 of the OMS 2 year. http://www.nbome.org/docs/ADAApp.pdf

Students must successfully 1) pass the COMLEX-USA Level 1 examination; 2) complete the first nine (9) clinical rotations of their OMS 3 year; 3) successfully complete the Patient Care and OMT Competency Course; and 4) meet any other additional requirements that may be established by the WCUCOM Dean prior to being eligible for COMLEX-USA Level 2-CE or Level 2-PE.

All students are encouraged to take COMLEX-USA Level 2 exams as soon as they are notified by the WCUCOM Office of Clinical rotations that they are eligible to do so. For both the COMLEX-USA Level 2-CE and Level 2-PE, the initial attempt at each examination should be completed within 90 days of promotion to OMS 4 status in order for COMLEX-USA Level 2 scores to be included in residency application(s).

**COMLEX-USA Failures**
Students who fail a combined total of any five (5) COMLEX-USA Level 1 and 2 board examinations will be dismissed. Students who fail any single COMLEX-USA (Level 1, Level 2-CE, or Level 2-PE) board examination three (3) times will be dismissed.

**COMLEX-USA Level 1 and Level 2-CE Failures**
Any student who fails either the COMLEX-USA Level 1 or Level 2-CE examinations will be allowed to complete the clinical rotation in which he/she is participating once notified of the failure. Upon notification of failure, the student must immediately contact the Office of Clinical Rotations determine the most appropriate course of action to prepare for another attempt at the failed exam. The student will be referred to the P&M Committee and placed on a mandatory academic program of directed study, approved by the Associate Dean, Clinical Sciences, in consultation with the Committee, for a minimum of 30 days and a maximum of 60 days. The Office of Clinical Rotations reserves the right to, in consultation with the P&M Committee, require additional time and preparation for students deemed to be at risk of repeat failure. This may include additional classroom preparation, or a formal board review course. All expenses required to meet these additional requirements will be the student's responsibility. A COMLEX-USA exam test date must be established at the onset of the directed study program.

With the approval of the Office of Clinical Rotations, a student may elect to participate in a live, intensive board review course that extends the directed study duration greater than four (4) weeks. A final COMLEX-USA Level 1 or Level 2-CE testing date must be re-established at the

onset of the selected study program. The student will not resume clinical rotations until he/she has made another attempt at the COMLEX-USA Level 1 or COMLEX-USA Level 2-CE. The student may resume rotations while awaiting the results from this examination.

Students who fail to follow the remediation plan, including timelines, as directed in the mandatory academic program of direct study approved by the Associate Dean, Clinical Sciences, will be referred to the P&M Committee and the Student Affairs Committee, and may be barred from sitting for repeat examinations. In such a case, all costs, including those of rescheduling will be the responsibility of the student.

The order and location of any clinical rotations that are missed due to directed study will be at the discretion of the Office of Clinical Rotations. All OMS 3 requirements must be completed prior to entering the OMS 4 curriculum. Students will not be promoted to the OMS 4 year until the COMLEX-USA Level 1 examination has been successfully completed (passed). No exceptions will be allowed.

**COMLEX-USA Level 2-PE Failure**

Any student who fails the COMLEX-USA Level 2-PE is required to immediately contact the Office of Clinical Rotations to determine the most appropriate course of action to prepare for the next attempt. This course of action may require a student to be removed from rotations while preparing for the examination. At the discretion of the Office of Clinical Rotations a directed study program that is designed and administrated by the Office of Clinical Rotations could be required, and may require a student to be removed from rotations.  This course of action may require additional training and/or testing, including, but not limited to, successful performance of an OSCE, before the student is allowed additional attempts at COMLEX-USA Level 2-PE. If it has been determined to be necessary for a student to enroll in a directed study course for preparation of COMLEX-USA Level 2-PE and competency has been determined as described above, then the student may return to rotations while awaiting the scheduled exam date and the results of the re-examination.

Students who fail to follow the remediation plan, including timelines, as directed in the mandatory academic program of direct study, will be referred to the P&M Committee and the Student Affairs Committee and may be barred from sitting for repeat examinations. In such a case, all costs, including those of rescheduling, will be the responsibility of the student.

All OMS 4 requirements must be completed prior to graduation, and final passing grades on the COMLEX-USA Level 2-CE and COMLEX-USA Level 2-PE examination must be received prior to graduation.

**COURSE RELATED INFORMATION**

**Course Evaluations**

Student feedback provides important information for the evaluation of teaching and learning at WCUCOM.  Course evaluations help faculty understand the student learning experience, instructional strengths and weaknesses, and gain insight into course improvement. Students

are asked to be honest, fair, constructive, and professional as they complete evaluations. Course evaluations may be administered online or in non-electronic formats.  It is imperative that students complete these evaluations for their benefit.  In OMS 3 and OMS 4, a review of student assessment data will be conducted in order to evaluate the performance and adequacy of particular clinical rotations regarding instructional content, personnel involvement, facility utilization, and similar matters on a regular basis.

Evaluations (course and instructor) must be completed prior to receiving a grade for a course.

**Passing Courses**
The requirements to pass any course in the curriculum are defined in the course syllabus or the clinical education manual. All students must achieve a passing grade in all courses and clinical rotations in order to graduate.

**Course and Test Grading**
WCUCOM uses a multifaceted evaluation approach.  Students may be evaluated on the basis of performance on assignments, and activities including, but not limited to, quizzes, examinations, laboratory exercises, performance in the standardized patient laboratory, practical skills tests (including OSCEs), and participation in lecture and small-group discussions. Evaluation methods vary depending upon course goals, objectives, and course content.  Course syllabi, which are distributed at the beginning of every course, provide detailed student performance criteria and methods used to calculate the course grades.  Courses that incorporate multiple evaluation methods (i.e., exams, practical exams, formative assessments, labs) should describe the contribution of each component toward the final grade.

**Grading Policy**
The WCUCOM adheres to the following grading scale as outlined in the course syllabi and approved by the WCUCOM Curriculum Committee:

<u>OMS 1 and OMS 2</u>
A = 90 - 100%
B = 80 - 89%
C = 70 - 79%
F = <70%
P = Passing
I = Incomplete
WP = Withdrawal, passing
WF = Withdrawal, failing
W   = Withdrawal, no credit (used only if insufficient data is available to determine passing or failing at the time of withdrawal or leave of absence); and

<u>OMS 3 and OMS 4</u>
Honors
High Pass

Pass
Fail
IP = In Progress.

Descriptions of each level are indicated in the *Clinical Education Manual*.

**Rounding of Grades**
When assigning course grade percentages, grades with fractions that are equal to or greater than 0.5 will be rounded up to the nearest whole percentage number; whereas, any course grade less than 0.5 will be rounded down to the nearest whole percentage number.  Final grades will be posted to Canvas.

No grade changes will be accepted after the final course grade has been posted for one calendar year.

**Recorded Grades**
In cases where the notation of an incomplete ("I") has been recorded as the earned grade, a student who has satisfied any outstanding deficiency prior to the end of the next semester will have the "I" removed from his/her official transcript following completion of a written notice sent from the Course Director to the Office of Assessment and Academic Affairs.  If the deficiency has not been remedied in advance of the end of the next semester, the ("I") notation on the transcript will change to a failed grade ("F") except as described below in LEAVE OF ABSENCE (LOA) POLICY. The grade of Fail shall remain permanently on the transcript (See Academic Policies for Remediation of courses/rotations).

**Requests for Transcripts**
Official transcript requests are handled through a third party vendor. Instructions to request an official transcript can be found at https://wmcarey.edu/page/how/services/transcript-request Request for an unofficial transcript may be made to the WCU registrar office. When a transcript bearing the stamp "Issued to Student" is given to the person whose credits are transcribed thereon, the university assumes no responsibility for its accuracy after it leaves the Registrar's Office.  Transcripts of credit will not be issued for students who have any type of administrative holds on their records.  It is the responsibility of the student to make sure that all outstanding fees and other issues are settled with WCU before leaving.

**ACADEMIC POLICIES**
The Academic Policies of the WCUCOM define the standards of academic performance and professionalism for students who are candidates for the degree Doctor of Osteopathic Medicine.  The Curriculum Committee and Promotion and Matriculation (P&M) Committee have developed the academic policies with final approval by the Associate Dean, Preclinical Sciences for OMS1-OMS2 and the Associate Dean, Clinical Sciencesfor OMS3-OMS4.  The respective associate dean has the authority to approve, disapprove, modify or return such recommendations for further consideration or revision.  The decision of the WCUCOM Dean is final in all cases concerning student academic performance.

The P&M Committee defines the procedures by which students are considered for promotion, graduation, remedial instruction, placement in the curriculum after returning from a leave of absence, and academic dismissal. The P&M Committee consists of voting faculty members from both the biomedical and clinical sciences. Non-voting advisory members of the P&M Committee include the Associate Dean, Student Affairs; Associate Dean, Preclinical Sciences; Assistant Dean, Assessment and Curricular Affairs; and Senior Associate Dean. Students are evaluated on the basis of their performance on assignments as well as on their achievements on regularly scheduled written and practical examinations.  Each Course Director keeps these results.  The Course Director will submit the names and numerical grade(s) of OMS 1 and OMS 2 students who are performing below a 70% to the WCUCOM Office of Assessment and Curricular Affairs for reporting to the P&M Committee for review and recommended actions.  The WCUCOM Office of Assessment and Curricular Affairs reviews OMS 1 and OMS 2 grades after each testing period and may require counseling for students performing below a 70%

The Student Affairs Committee is responsible for the deliberation and recommendations to the Associate Dean, Student Affairs in matters involving violations of student conduct, professionalism, classroom etiquette, code of ethics, and WCUCOM rules and policies not directly related to academic performance**.**  The Student Affairs Committee is also charged with determining compliance with conditions for readmission and return from leaves of absence. (See Disciplinary Issues.)

The Office of Clinical Rotations reviews all OMS 3 and OMS 4 student assessment data on a periodic basis to ensure that the student performance are meets or exceeds the educational objectives set for the respective rotations.  Associate Dean, Clinical Sciences serves as Course Director for all Clinical Rotations and assumes responsibility for forwarding failure of any end of rotation exams and failure of any clinical rotation to the P&M Committee for review and recommended actions.

The Associate Dean, Student Affairs; the Associate Dean, Preclinical Sciences; and the Associate Dean, Clinical Sciences communicate with the Assistant Dean, Assessment and Curricular Affairs regarding students in academic difficulty throughout all four years of the curriculum.  The Assistant Dean, Assessment and Curricular Affairs provides written communication to students regarding academic deficiencies within five business days of receipt of the P&M Committee's recommendation in the WCUCOM Dean's Office. Any Associate Dean may convene a meeting of the P&M Committee, if necessary, to counsel students in academic difficulty.

Early identification of, and appropriate intervention for, students with potential academic problems is an important part of WCUCOM's program.  Such students will be classified as being at, on Academic Warning or Academic Probation.

Any student who is identified by the Course Directors or the Office of Assessment and Curricular Affairs as unsatisfactory in academic and/or clinical performance will be referred to the Promotions and Matriculation Committee for a complete review of his/her record.  The

committee shall consider, among other topics, grades, faculty feedback, professional demeanor, professional conduct, concern for the welfare and dignity of patients, concern for the rights of others, responsibility to duty, trustworthiness, ethical conduct, aberrant behavior, and general or specific conduct meriting concern.  At these meetings, the committee will formulate recommendations for individual students based upon data provided by the Offices of the Assistant Dean, Assessment and Curricular Affairs, the Associate Dean, Student Affairs, and others.  These recommendations may include, but will not be limited to, 1) a program of remedial instruction, 2) leave of absence, or 3) dismissal.  The committee may request the appearance of a student at any scheduled meeting to discuss matters pertaining to his/her standing.  A student may also request a personal appearance before the committee during its regularly scheduled meetings.

For the purposes of promotion, at the end of the academic year, the P&M committee reviews all transcripts, records, and reports to determine if a student has fulfilled all academic requirements, and has maintained the standards of ethical, moral, personal, and professional conduct required for the continued study of osteopathic medicine. The P&M Committee will consult with the Student Affairs Committee as needed.  The P&M Committee may recommend promotion to the following year, repetition of the year just completed, remediation of specific courses, or dismissal based upon the summary of information provided by the Associate Dean, Student Affairs, and the Assistant Dean, Assessment and Curricular Affairs.  Students are considered for promotion one academic year at a time.  Eligibility for promotion to the next higher academic year is determined by the student's successful completion of the appropriate academic, professional, and financial requirements of WCUCOM.  Students who have successfully completed all requirements will be recommended to the Faculty Congress for promotion to the next year.

Students with failures or incompletes, for whatever reason, are not eligible for promotion, and will be considered for appropriate remediation or dismissal.  No student may advance a year at WCUCOM with a failing grade or an incomplete in any course.  All clinical rotations must be successfully completed with a passing grade prior to graduation.

In the event that a student is placed in a different peer cohort and the student has met all requirements for progression into the cohort level, the student will be required to comply with all WCUCOM policies as applied to the new cohort.  Examples of such instances could include a student entering a decelerated curriculum, failure to be promoted, withdrawal and returning, returning from a leave of absence, or other conditions.  This applies whether or not such policies and requirements have changed during the period of absence.  In the event of a change of policy that affects a student's ability to return, WCUCOM requires the student to meet the requirement(s) of the new policy.

In all cases, the welfare of students, the institution, and the general public served by our graduates is paramount to the deliberations and recommendations set forth by the advisory committees.  WCUCOM reserves the right to require the withdrawal of any student at any time

it is deemed necessary to safeguard the WCUCOM ideals of scholarship and character or to secure compliance with its regulations.

**Student Review by the P&M Committee**

The P&M Committee 1) reviews the academic records of WCUCOM students to monitor the fulfillment of academic requirements, 2) determines eligibility for ongoing study or appropriate remedial action, 3) tracks progress of students with academic deficiencies, and 4) recommends appropriate action to the appropriate associate dean regarding grades, absences, remediation, promotions, graduation, dismissal, and placement after a leave of absence.  The P&M Committee may occasionally require the appearance of a student before the committee in order to directly obtain additional information not available in submitted documentation. *Legal counsel for the student is not allowed at these internal hearings*.

In addition, at the end of the academic year, the P&M Committee conducts a summative review of all transcripts, records, and reports to confirm whether students have fulfilled their academic requirements.  The P&M Committee may recommend promotion to the following year, repetition of the year just completed, remediation of specific courses, or dismissal.  All final recommendations regarding student academic performance, remediation, warning, or probationary status are submitted in writing by the chair of the P&M Committee to the appropriate associate dean.  The associate dean may accept or reject the committee's recommendations, and may recommend other actions as necessary for the student.
The appropriate associate dean, as well as the WCUCOM Dean, with the advice of the P&M Committee, can require the withdrawal of a student at any time if, in the opinion of the majority of the members of the committee, the student should not continue in the WCUCOM curriculum.

If the student believes the decision of the associate dean regarding remediation or dismissal is in error, then the student may follow the appeal process. If the decision is appealed, then the student will be considered enrolled at WCUCOM until the appeal is acted upon.

**Good Standing**

For the purposes of this handbook, the definition of Good Standing includes all students who are eligible for promotion, do not have any incompletes, and are not currently on Warning or Probation of any type.  For OMS 3 and OMS 4 students on Warning or Probation, letters of eligibility may be written for the purposes of completing the necessary components of OMS 3 and OMS 4 curriculum only.

**Academic Promotion**

Promotion is defined as progression from one academic year to the next.  Students are considered for promotion one academic year at a time. Satisfactory academic progress and eligibility for promotion to the next higher academic year is determined by each student's successful completion of the appropriate academic, professional, and financial requirements of WCUCOM each academic year.  A student who is marginally passing his or her courses in any academic year may be considered to have poor academic performance and, therefore, is

152

subject to review by the P&M Committee for lack of satisfactory progress. Students with failures or incompletes are not eligible for promotion and will be considered for appropriate remediation or dismissal. No student may advance a year at WCUCOM with a failing grade or an incomplete in any course. All clinical rotations must be successfully completed with a passing grade prior to graduation.

At the end of each year, the P&M Committee presents a list of students who have satisfactory academic progress and eligibility for promotion to the next higher academic year/meet all requirements for graduation to the WCUCOM Faculty Congress. The Faculty Congress will make a recommendation to the WCUCOM Dean for approval or denial.

The WCUCOM Dean will recommend to the President and the Board of Trustee of WCU the names of candidates who meet all requirements for graduation and have been recommended by the Faculty Congress.

**Academic Watch**

Academic Watch status is used by the P&M Committee to denote a student whose academic progress is unsatisfactory. This status is official notice to the student that his/her performance requires immediate attention and increased work effort in order to avoid ongoing academic difficulty. Following notification by the P&M Committee that a student is recommended to be placed on Academic Watch, the Office of Assessment and Academic Affairs will communicate in writing to the student of this status change. An example of criteria for Academic Warning includes, but is not limited to, a failing average in one or more course(s) at the time of the P&M Committee meeting.

Students who fail to comply with all requirements of Academic Watch may be referred to the Student Affairs Committee. It is the responsibility of the student to contact the appropriate offices listed in the communication. If a student's academic performance does not improve, the student may be required to meet with the P&M Committee to determine what steps should be taken to facilitate his/her progress.

Academic Watch requires the following:
- Student compliance with all requirements in any official document from the WCUCOM regarding Academic Warning;
- Prohibited from traveling to conventions, conferences, meetings, recruiting trips, or other travel that will require time away from the agreed-upon learning programs;
- Prohibition against student serving on any committees or as a peer tutor; and
- The P&M Committee may make other recommendations to the WCUCOM Dean.

**Academic Warning**

Academic Warning status is used by the P&M Committee to denote a student whose academic progress is unsatisfactory. This status is official notice to the student that his/her performance requires immediate attention and increased work effort in order to avoid ongoing academic difficulty. Following notification by the P&M Committee that a student is recommended to be

placed on Academic Warning, the Office of Assessment and Academic Affairs will communicate in writing to the student of this status change. Examples of criteria for Academic Warning may include, but are not limited to), or failure of one or more course/rotation examination(s), or a single course grade failure.  Students on academic warning are required to meet with their Course Director and a counselor in the Office of Assessment and Academic Affairs and to complete any requirements set forth by these parties. Students on Academic Warning who are participating in research must consult with both the WCUCOM Assistant Dean, Assessment and Curricular Affairs and the appropriate WCUCOM Associate Dean, Research the about continuation of that research.  Written permission to continue must be obtained from the Assistant Dean, Assessment and Curricular Affairs.  The P&M Committee can recommend other prohibitions at its discretion.  Upon passing each course and examination in the academic semester, the student will be automatically removed from Academic Warning. The fact that a student has been assigned an Academic Warning will not become part of the student's permanent record.

Students who fail to comply with all requirements of Academic Warning may be referred to the Student Affairs Committee. It is the responsibility of the student to contact the appropriate offices listed in the communication. If a student's academic performance does not improve, the student may be required to meet with the P&M Committee to determine what steps should be taken to facilitate his/her progress.

Academic Warning requires the following:
- Student compliance with all requirements in any official document from the WCUCOM regarding Academic Warning;
- Prohibition against running for any student government or club office;
- Prohibition against student acting in the capacity of any office in student government, clubs, or organization which the student may hold while on academic warning;
- Prohibited from traveling to conventions, conferences, meetings, recruiting trips, or other travel that will require time away from the agreed-upon learning programs;
- Prohibition against student serving on any committees or as a peer tutor; and
- The P&M Committee may make other recommendations to the WCUCOM Dean.

**Students on Academic Warning who fail to meet all requirements of Academic Warning and those of the Office of Assessment and Academic Affairs, may be recommended for Academic Probation or Dismissal or may be referred to the Student Affairs Committee.**

**Academic Probation**
Academic Probation status is used by the P&M Committee to denote a student whose academic progress is unsatisfactory and may be a progression from Academic Warning.  This internal monitoring may be reported upon request. Students who are unsuccessful at any course remediation attempt or failure to progress (Failure to Progress- Stagnation in the curriculum such as: Multiple COMAT failures in one semester Failure to take Boards in the timeframe as given by the Office of Clinical Rotations) will be placed on Academic Probation.  A student who

fails any COMLEX examination will be placed on Academic Warning for a first-time failure and Academic Probation for any subsequent failures.

Following notification by the P&M Committee that a student was recommended for probation, the appropriate dean or his/her designee will communicate in writing to the student citing the reason(s) for this probationary classification.  A student who fails a rotation will remain on academic probation for the remainder of their enrollment of WCUCOM.

A student shall remain on Academic Probation until the end of the academic year in which the student was placed onto academic probation or until the student passes all failed COMLEX-USA exam(s); or if repeating the year, until successful passage of the entire year.  At that time, the student shall be removed from probation and notified in writing by the appropriate associate dean or his/her designee.

Academic Probation requires the following:
- Student compliance with all requirements in any official document from WCUCOM regarding Academic Probation;
- Students are prohibited from running for or holding any office or serving in any leadership or advisory roles;
- Prohibition against student serving on any committees or as a peer tutor;
- Prohibition against participation in any research activity, ongoing or planned;
- Prohibition against student travel to conventions, conferences, meetings, recruiting trips or other travel that will require time away from the classroom or agreed learning plans;
- Prohibition from participation in international rotations;
- Participation in an individualized remediation program designed with an academic counselor; and / or
- The P&M Committee may make other recommendations to the Associate Dean.

**Students on Academic Probation who fail to meet all requirements of Academic Probation may be dismissed or referred to the Student Affairs Committee.**

**Remediation**
One failure will be for remediation of that course.  Appropriate remedial procedures to resolve a failing grade are dictated by the course director and may require outside programs at an additional cost to the student.  Appropriate use of all these remedial procedures is outlined in the Academic Policies section of this document.  These remedial recommendations are submitted to and approved by the Assistant Dean, Assessment and Curricular Affairs and Curriculum Council to enable the P&M Committee to formulate its recommendations on an individual basis. (See Course/Rotation Remediation.)

**Academic Course/Rotation Remediation**
Students must remediate all course/rotation failures ("F") or incompletes ("I") prior to beginning the next academic year.  Remediation must be approved by the appropriate associate dean, and accomplished in a timely manner and according to the timeline specified in

the remediation plan.  There will be zero tolerance for missing a remediation deadline or exam without approval from the WCUCOM Dean. Remediation plans will be disseminated to students by the course director

Failing/incomplete grades may be removed by successfully completing a planned remediation. This final passing grade will be recorded on the student's transcript as a 70%.  Students who fail remediation of any OMS 1 or OMS 2 course or any clinical rotation or course in the OMS 3 and OMS 4 years, regardless of assigned credit hours, are subject to dismissal.

One clinical rotation may be remediated with the written approval of the Office of Clinical Rotations.  Failure of a second clinical rotation, even if the prior failed clinical rotation was successfully remediated, will be referred to the P&M Committee and may result in a recommendation for dismissal by the P&M Committee to the Office of Clinical Rotations.

**Repeating of an Academic Year**
Students may be eligible to repeat the academic year at the discretion of the P&M Committee and the WCUCOM Dean, depending upon particular circumstances.  The P&M Committee may recommend that a student repeat an entire academic year.  In this instance, the student must retake and pass *all* courses regardless of previous performance.  All grades received at WCUCOM during the repeated academic year will be recorded on the student's transcript. Repeated grades will be recorded as an "R" and will be computed in compliance with the WCU policies.  Students repeating any OMS year and on Academic Probation are considered to be "admitted with conditions."  Those conditions will be so stated in the formal probation letter from the WCUCOM Dean or the Dean's designee.  In the case of students repeating an academic year, the Academic Probation will remain until removed by the P&M Committee at the end of the year when all classes are successfully completed unless so stated in a letter documenting the terms of a conditional repeat.  (See Appeal Procedure of Academic and Disciplinary Issues.)

**Academic Dismissal**
In cases where dismissal is being considered, the dismissal will not become final until the WCUCOM internal appeal process, if instituted, has been completed..  The effective date of dismissal will be the date of final action of the Appeals Committee.  Pending the final decision and in accordance with WCUCOM-specific policies governing student dismissals, if the student is allowed to continue his/her participation in academic activities, he/she will continue to be bound by all school and university regulations and obligations, including those regarding the assessment and collection of tuition and fees.

Reasons for dismissal may include, but are not limited to, the following:
- Failure of two or more courses during the OMS 1 year;
- Failure of two or more courses during the OMS 2 year;
- Failure of any two clinical rotations, including failing the same rotation twice, and/or courses during the OMS 3 and OMS 4 years, regardless of remediation of a single clinical rotation or course;

- Failure of the same course two times (For purposes of clarity, "same course" is defined as any two courses where the Associate Dean, Assessment and Curricular Affairs and the Course Director agree the content is significantly similar as to generally be recognized as "the same course.");
- Failure of any course during a repeated year of study;
- Failure of remediation of any course, regardless of assigned credit hours;
- Failure of a combined total of any five (5) COMLEX-USA Level 1 and 2 board examinations;
- Failure of any single COMLEX-USA (Level 1, Level 2-CE, or Level 2-PE) board examination three (3) times;
- Failure to complete all required coursework within the maximum time frame specified for the degree program (six years from the original date of matriculation); and / or
- Absence of the personal qualifications and attributes, as described throughout this handbook, necessary to perform the duties of an osteopathic medical student and the osteopathic physician.

WCUCOM reserves the right to dismiss any student at any time prior to graduation. Circumstances warranting such action may be of an academic, legal, or social nature among others.  (See Appeal Procedure of Academic and Disciplinary Issues.)

**ACADEMIC REQUIREMENTS**
Students must complete all coursework within the maximum time frame as specified by the WCUCOM Graduation Requirements (six years from the original date of matriculation).

**Academic Policies Specific to OMS 1 and OMS 2:**
- Students must pass all courses in an academic year in order to progress into the next academic year;
- A student has failed a course when he/she receives a grade of "F" at the completion of the course;
- The P&M Committee, in consultation with the Course Director and Associate Dean, Assessment and Curricular Affairs, will review remediation options for the student before final approval;
- The P&M Committee will recommend that any student with a cumulative percentage grade average below 70% for any class (See Category II:  Academic Probation) be placed into one of three categories with possible restrictions and modifications:
  - Remediation,
  - Repeat the academic year in full, and
  - Dismissal from WCUCOM;
- Students who fail remediation of any course are subject to dismissal;
- Students who fail a course that is being repeated (due to a previous failure) will be recommended for dismissal; and
- Students must complete all coursework in the maximum time frame specified for their degree program (six years from the original date of matriculation).

- Students who fail 2 courses will be recommended by the P&M Committee for a repeat academic year to the Associate Dean, Preclinical Sciences. Students may be required to submit a "Fit for Duty" letter prior to rematriculating.
- Students who fail 3+ courses will be recommended by the P&M Committee for dismissal to the Associate Dean, Preclinical Sciences.

**Academic Policies Specific to OMS 3 and OMS 4:**
- Students in the clinical years must pass all rotations;
- Students may not begin their OMS 4 elective rotations until they have successfully completed all of their required OMS 3 rotations;
- Students may not begin their OMS 4 clinical rotations until they have passed the Patient Care and OMT Competency Course and successfully completed COMLEX-USA Level 1;
- Students who take an approved leave of absence, or who are placed on directed study during clinical rotations, are required to make up any rotations or partial rotations that are missed.  Students are not permitted to schedule their own makeup rotations;
- Students are not permitted to make up any rotation at the same time they are scheduled for another rotation. The order, location, and timing of completing missed clinical rotations will be at the discretion of the Office of Clinical RotationsOffice of Clinical Rotations;
- Students who fail a COMAT examination will retest as outlined in the Clinical Education Manual.  Unsuccessful retesting will constitute a rotation failure. (See academic course/rotation failure);
- Students who fail a required rotation will be mandated to repeat the rotation with a new Preceptor.  This remediation will be scheduled by the Office of Clinical Rotations and must be successfully completed prior to advancement to the OMS 4 year;
- Students who fail an elective rotation must complete another elective rotation.  The student is not required to complete the additional elective in the same discipline.  If the student fails the second elective, he/she will be recommended for dismissal;
- Students who fail a clinical rotation will be referred to the P&M Committee for a complete review of their records and will remain on probation unless otherwise recommended by P&M; and
- Students who fail two rotations at any time during their enrollment at WCUCOM will be referred to the P&M Committee and may be recommended for dismissal.

**Student Evaluation (Grading) for OMS 3 and 4 Rotations and Courses**
The basis for the rotation grade is discussed in detail in the *WCUCOM Clinical Education Manual*.  It is important that students note that end of rotation grades cannot be computed until all grade components have been submitted to the WCUCOM Office of Clinical Rotations. Student grades will not be posted until the Student Evaluation of the Preceptor(s) has been received for that rotation.  A student will not be certified as having completed all requirements for graduation until all rotation grades are posted.

**DISCIPLINARY ISSUES**

Since academic grades are only one criterion for probationary status, the P&M Committee may confer with the Student Affairs Committee, and either committee may recommend to the WCUCOM Dean probationary status at any time. Probation, mandatory leave of absence, or dismissal may also be considered by WCUCOM for any student who fails to maintain ethical, moral, personal, or professional conduct standards, who fails to abide by WCUCOM policies, rules, and regulations, who fails to fulfill legal or financial obligations, or who is considered to be mentally or emotionally unfit or impaired.

**Student Affairs Committee**
The Student Affairs Committee is responsible for deliberation and recommendation(s) to the Associate Dean, Student Affairs in matters involving violations of student conduct, professionalism, classroom etiquette, code of ethics, and WCUCOM rules and policies not directly related to academic performance**.** Substantial compliance with any conditions associated with the leave of absence will also be determined by the Student Affairs Committee, and a recommendation to the Associate Dean, Student Affairs will be made prior to granting a return from leave.

**Guidelines Regarding Student Violations of Student Conduct, Professionalism, Classroom Etiquette, Code of Ethics, and WCUCOM Rules and Policies Not Directly Related to Academic Performance**

*Filing of a complaint of violation(s) of student conduct, professionalism, classroom etiquette, code of ethics, and WCU or WCUCOM rules and policies not directly related to academic performance*

If an individual has violated WCUCOM policy as outlined in the *WCUCOM Student Handbook and Catalog* under the sections titled "Code of Ethics" and "Professional Standards" or other sections regarding professional, ethical, personal or other conduct, the student should be reported to the Associate Dean, Student Affairs.  Anyone with knowledge of such offenses should report the same *within* 30 days after discovery of the incident.  The Student Affairs Committee will review the report and will schedule a separate meeting with the student and complainant(s) if the accusations are felt to be warranted unless the safety of any individual student or group of individuals is in jeopardy by doing so. Please see the safety policy under Duty to Warn.

**Complaint Procedures**
- Any charge, accusation, or allegation which is to be presented against a student, and, which if proved, may subject a student to disciplinary action, must be submitted in writing in as complete detail as possible to the Office of the Associate Dean, Student Affairs promptly by an individual, organization, or department making the accusation;

- The Associate Dean, Student Affairs of WCUCOM or his or her designee will conduct a preliminary investigation in order to determine whether disciplinary actions should be instituted.  The Associate Dean, Student Affairs or designee will advise the student of the charge(s) against them (unless the safety of the any individual student or group of individuals is in jeopardy by doing so), consult with other parties who may be involved or who have information regarding the incident, and review other relevant material.  Following this preliminary investigation, which shall be concluded within 30 days of filing the complaint, the Associate Dean, Student Affairs or designee shall take one of the following actions:
  - Recommend to the Student Affairs Committee that the matter be dismissed if there is no basis for the allegation(s) or the allegation(s) fails to warrant disciplinary actions.  If the Student Affairs Committee agrees with the recommendation, then the Chair of the Student Affairs Committee will file a written report with the Office of the WCUCOM Dean.  The individuals involved shall be notified electronically by the WCUCOM Dean that the complaint has been dismissed, or does not warrant action.  The complainant may, if they choose, appeal the decision of the Associate Dean, Student Affairs or directly to the Student Affairs Committee,
  - Refer the matter to conciliation. The accused student shall receive notice in writing electronically if a matter is referred to conciliation, or
  - Refer the matter to the Student Affairs Committee for recommendation to the WCUCOM Dean.

**Conciliation Conference**
If the Associate Dean, Student Affairs has a reasonable expectation that an equitable decision can be determined by a Conciliation Conference, he/she may use this vehicle to resolve the matter.  A Conciliation Conference is not required before the matter is referred to the Student Affairs Committee.  The Conciliation Conference, if conducted, shall be conducted by the Associate Dean, Students Affairs or a qualified designee (Conciliator).

The following procedures shall be in effect at this conference:
- If the complaint is found to lack merit, then the Associate Dean, Student Affairs will report this opinion to the Chairperson of the Student Affairs Committee.  If the Student Affairs Committee agrees with the recommendation, then the Chair of the Student Affairs Committee will file a written report with the Office of the WCUCOM Dean.  The individuals involved shall be notified electronically by the WCUCOM Dean that the complaint has been dismissed, or does not warrant action.  The complainant may, if they choose, appeal the decision of the Associate Dean, Student Affairs directly to the Student Affairs Committee. An effort will be made to resolve the matter by mutual agreement;
- If an agreement is reached, then the Conciliator shall report his/her recommendation to the Student Affairs Committee. If the Student Affairs Committee agrees with the recommendation, then the Chair of the Student Affairs Committee will file a written report with the repective Associate Dean or the  designee.  The individuals involved shall be notified electronically by the WCUCOM Dean that the parties have reached an

agreement;If no agreement is reached, or if the student fails to appear, the Associate Dean, Students Affairs or Conciliator shall refer the matter to the Student Affairs Committee; and

- The Conciliator may speak at a Student Affairs Committee meeting regarding information received during the Conciliation Conference.

**Notice to Appear Before the Student Affairs Committee**

If a student is required to appear before the Student Affairs Committee, then the student will be notified in writing electronically using the student's WCU email, giving him/her at least five business days' notice.  The notice will provide the time, date, and location of the meeting.  This is to ensure that the student has sufficient time to prepare for appearance before the Student Affairs Committee.  *Notice sent to WCU maintained email address will constitute receipt by the student.*  Failure of the student to appear, without prior notice to the Committee Chair, will not preclude the Student Affairs Committee from proceeding with the scheduled hearing or making a recommendation to the WCUCOM Dean.

The electronic notice shall contain the following:

- An itemized statement of the accusations(s) made against the student, including the rule, bylaw, or regulation he/she is charged with violating, and the possible penalties for such violation. Such statement may be amended at any time, including during the proceedings if information regarding additional charges, or the need to drop a charge, is discovered; and
- A statement that the student is entitled to the following considerations during the Student Affairs Committee meeting:
    i.   to present his/her side of the situation
    ii.  to present persons having information about the incident and any documentation pertinent to the accusation on his/her behalf with written pre-approval of the Student Affairs Committee
    iii. to question persons having information pertinent to the accusations
    iv.  to remain silent without admitting culpability
    v.   a warning that any facts or materials presented to the Committee could be used at a non-college hearing such as in a civil and/or criminal proceeding.
- It should be noted, however, that if school officials determine that there exists evidence of a security issue or other conditions that might place WCU students, faculty, staff, or any additional personnel at risk, the prior notice timeline and summary of charges may be shortened or waived.

**Student Affairs Committee Procedures**

The following procedures shall apply at the hearing before the Student Affairs Committee:

- The Chairperson shall preside at the hearing.  The Chairperson shall inform the student of the charges, the hearing procedures, and student's rights;

- The College shall make a record of each fact-finding hearing by minutes.  Tape recording or the equivalent is permitted for transcription purposes only.  A disciplined student is entitled to request a copy of any minutes without cost;
- Student Affairs Committee meetings are closed hearings, open only to the student, committee members, and invitees of the Chairperson who may include witnesses;
- The role of the Student Affairs Committee is to listen to the materials/facts, ask questions of any person presented as having information pertinent to the accusations, review the testimony and relevant materials/facts presented at the hearing, and render a determination as to whether or not a WCU or WCUCOM standard has been violated;
- At the end of the fact-finding phase, the following may take place
  - The student may, with the permission of the chairperson, introduce additional records, such as character references,
  - The college will introduce a copy of the student's previous disciplinary record, provided the student was shown a copy of the record prior to the fact-finding phase,
  - In the event the student has been determined to have violated WCU or WCUCOM standards, the records and documents introduced by the student and the college shall be used by the committee to determine a recommendation to the WCUCOM Dean of appropriate penalty;
- The WCUCOM Dean shall be sent a copy of the Student Affairs Committee's decision
- The WCUCOM Dean will make a final decision, communicating this decision to the student and appropriate WCUCOM officials;
- The committee may have more than one meeting with the student in order to address the concerns of the committee and give the student an opportunity to respond to the questions and charges;
- The following are prohibited in all Student Affairs Committee meetings unless otherwise authorized in writing by the WCUCOM Dean
  - Electronic recording of the meeting, except for official minutes,
  - Legal counsel, and
  - Uninvited individuals; and
- The Office of the WCUCOM Dean will consider the Committee's findings and recommendations and notify the student within five business days, excluding WCUCOM holidays.  The WCUCOM Dean may appoint a designee to communicate the findings to the student.

**Non-academic Warning**

The current Translation Student Handbook states that a letter of warning may be given in lieu of a more stringent penalty.  The WCUCOM Student Affairs Committee may enact this disciplinary device when a finding of violation of the standards stated above are found to exist (a finding of guilty), but in the majority opinion of the committee, probation or dismissal is over prescriptive.  Letters of non-academic warning will be considered as part of the committee's recommendation for future infractions.

**Non-academic Probation**

Probation is defined as a warning in that any future behavior/situations inconsistent with the professional behavior outlined in the *WCUCOM Student Handbook and Catalog* or deemed inappropriate by the Student Affairs Committee may result in his or her immediate dismissal from WCUCOM.  The Student Affairs Committee will make a recommendation to the WCUCOM Dean regarding whether the probationary status is to be recorded in the student's academic file.  Any student put on probation will remain so for the stated time, which may include his or her entire stay at WCUCOM.  Letters of non-academic probation will be considered as part of the committee's recommendation for future infractions.

Non-academic Probation requires the following:
- Student compliance with all stipulated requirements in the letter of Non-academic Probation from the Office of the WCUCOM Dean or the Dean's designee;
- Prohibition against student holding any office in student government, clubs, etc.;
- Prohibition against student serving on any committees or as a peer tutor;
- Prohibition against student travel to conventions, conferences, meetings, recruiting trips or other travel that will require time away from the classroom;
- Participation in an individualized remediation program designed with an advisor or counselor;
- The committee may recommend other requirements to the WCUCOM Dean; and
- The WCUCOM Dean may accept, reject, and/or alter the Committee's recommendations.

**<u>Students on Non-academic Probation who fail to meet all requirements of Non-academic Probation may be recommended for dismissal</u>**.

Probation, mandatory leave of absence, or dismissal may also be considered by WCUCOM for any student who fails to maintain academic, ethical, moral, personal, or professional conduct standards, who fails to abide by WCUCOM policies, rules, and regulations, who fails to fulfill legal or financial obligations.

**Non-Academic Probation with Conditions**

This form of probation includes all of the sanctions of probation.  In addition, the student's continued enrollment at WCUCOM is based on the student fulfilling certain obligations as set forth by the Office of the WCUCOM Dean or the Dean's designee.  Failure to meet the terms and conditions of non-academic probation with conditions will result in either:
- Immediate dismissal by the WCUCOM Dean; or
- Referral back to Student Affairs for a recommendation to the Dean.

**Non-Academic Dismissal**

WCUCOM reserves the right to dismiss any student at any time prior to graduation.  Circumstances warranting such action may be of a, professional, legal, or social nature, among others.

If a student is dismissed, there will be no refund of tuition, fees, or other payments previously made to WCU or WCUCOM.

**Appeals of Non-Academic Dismissal**
Appeals shall follow those outlined in the most recent *WCUCOM Student Handbook and Catalog* that is in effect at the time of the infraction (See APPEALS POLICY).

**Student Grievances**
An academic grievance is a dispute concerning some aspect of academic involvement arising from an administrative or faculty decision that the student claims is unjust, arbitrary, or capricious.  Students are responsible for making every attempt possible to resolve issues informally and immediately.  First the student must discuss the issue with the Instructor/Course Director.  If the grievance is not resolved informally, the student may present a written grievance to the appropriate WCUCOM official.

A student's grievance concerning a WCUCOM faculty or staff member should be made to the WCUCOM Associate Dean, Student Affairs.  A grievance concerning a WCU faculty (non-COM faculty) or staff member should be made to the person's immediate supervisor or to the WCU Vice President of Academic Affairs.  The supervisor shall resolve the grievance expeditiously according to procedures outlined in the student/faculty handbooks.

A grievance concerning another student should be made to the WCUCOM Associate Dean, Student Affairs or the Student Affairs Committee Chair.  After a written grievance is received, a response to the grievance will be issued within 10 business days.  After a response by the appropriate WCUCOM official, any grievance may be appealed to the President of WCU.  Such appeal must be in writing and must be filed within five calendar days of the response.  Complaints regarding the Family Educational Rights and Privacy Act are outlined in the section heading "FERPA."

Complaints or grievances concerning WCUCOM accreditation standards and procedures should be submitted in writing to the Secretary, Commission on Osteopathic College Accreditation, American Osteopathic Association, 142 East Ontario Street, Chicago, IL 60611; Phone: 312.202.8097; Fax: 312.202.8397; predoc@osteopathic.org.  Upon receipt of the complaint, the WCUCOM Dean will assign an ad hoc committee composed of the Associate Dean responsible for the area of accreditation concern, three faculty members, one which would be related to the academic concern, and two students selected by the Student Government Association (SGA).

The committee shall review the complaint(s) and determine whether the appropriate standards were met according to the most recent publication of the Accreditation of Colleges of Osteopathic Medicine: COM Accreditation Standards and Procedures.  If the committee determines, in its opinion, that the academic standards are not in accordance with the American Osteopathic Association Commission on Osteopathic College Accreditation standards, the committee shall provide corrective recommendations that will bring WCUCOM in

accordance with the standards.  The committee report shall be submitted to the WCUCOM Dean for consideration and corrective action.

The WCUCOM Dean will then provide the complainant with a written response within 30 days of receipt of the complaint.  Should the student complaint related to accreditation be upheld and valid, WCUCOM will establish, as a method of performance improvement, a monitoring of the accreditation deficiency for a period of no less than five years to monitor the corrective action with yearly reporting to the WCUCOM Dean to ensure compliance.  At no time will any adverse action be allowed against any faculty, staff, or student(s) reporting the adverse accreditation standard.  Any reportable adverse activity against any faculty, staff, or student(s) will result in disciplinary action as delineated above.

All complaints or grievances and the WCUCOM Dean's written response, adjudication, and resolution of such complaints will be filed and maintained in the Office of the WCUCOM Dean.

**Check-out Procedures for Student Dismissal or Withdrawal**
It is imperative that a student who leaves WCUCOM for any reason goes through the check-out procedure before his/her dismissal or withdrawal.  Failure to complete this exit procedure will give WCUCOM the right to withhold all records pertaining to the student's attendance.  The check-out procedure is as follows:

- If the student is withdrawing, then he/she must supply the Associate Dean, Student Affairs with a letter of resignation;
- For withdrawal requests, the Associate Dean, Student Affairs will make a recommendation to the WCUCOM Dean to accept or deny;
- All withdrawals must be approved by the Dean;
- If the request is accepted, then the WCUCOM Dean will notify the student, the Associate Registrar for WCUCOM, and the WCUCOM Associate Dean, Student Affairs;
- If the student is being dismissed, then the Promotions and Matriculation Committee Chair or the Student Affairs Committee Chair will make a recommendation to the WCUCOM Dean;
- If the recommendation to dismiss is accepted, then the WCUCOM Dean will notify the student, the initiating Chairperson, the Associate Registrar for WCUCOM, and the WCUCOM Associate Dean, Student Affairs;
- If the student disagrees with the decision, then he/she should refer to Appeals of Remediation, Warning, Probation, Denied LOA Request/Re-entry, and Dismissal; and
- As soon as the Associate Dean, Student Affairs is formally notified by the Dean of the final decision of a student's withdrawal or dismissal, a memorandum stating the change in the student's status will be produced, and all appropriate WCUCOM offices and professors will be notified.

Before leaving campus, the student must undergo an exit interview with the following:
- WCUCOM Student Affairs Office;
- WCU Student Services Office;
- Financial Aid Office;

- Business Office;
- Library; and
- The student must report to the Associate Registrar for WCUCOM to complete the withdrawal process.

**LEAVE OF ABSENCE (LOA) POLICY**

Leaves of absences are intended to accommodate a student who experiences life situations, medically documented medical conditions, or medically documented psychological conditions that significantly impair his or her ability to function successfully or safely as a student. In these instances, time away from the university for treatment and recovery will allow the student to recover to a level that will enable him or her to participate fully in academic coursework and the university community.

As part of the medical community, students function not just as individuals, but also as connected parts of the university, the community, and the healthcare environment. When a student becomes impaired to the extent of requiring a leave of absence, this impairment often impacts that larger community. WCUCOM has a vested interest and a responsibility, both to the student and the larger community, to establish criteria regarding eligibility for re-enrollment following a leave of absence. The criteria include, but are not limited to, compelling evidence that the condition that precipitated the leave of absence has been sufficiently addressed to the point where it will no longer adversely affect the student's safety and functioning; *therefore, WCUCOM reserves the right to deny readmission to any student who has requested to return from a leave of absence.* Substantial compliance with any conditions associated with the leave of absence will be determined by the Student Affairs Committee, and a recommendation to the WCUCOM Dean will be made prior to granting a return from leave. Recommendations for exact placement in the program of study will be made by the P&M Committee and will be determined by several factors that include, but are not limited to, the student's pre-leave status and length of leave of absence. Leaves of absence may be either administrative or voluntary for any of the reasons listed below. Leaves of absence will not be granted for segments of time greater than 180 consecutive days.

All leaves of absence must be requested in writing to the Associate Dean, Student Affairs, who will review the request and make a recommendation to the WCUCOM Dean. All leave of absences are granted for specific periods of time. The time spent on leave of absence may count against the maximum allotted time for degree completion (six years from the original date of matriculation). Any amount of time over a total of twelve months during a student's academic career at WCUCOM will be counted as part of the maximum allotted time for degree completion.

Due to the academic rigor of the OMS 1 and OMS 2 years, leave of absences exceeding two weeks in duration may necessitate the student to enter a decelerated curriculum. Exact placement within the curriculum will be recommended to the WCUCOM Dean by the Promotions and Matriculation Committee.

A leave of absence will generally not be granted in the last month of any semester in the OMS 1 and OMS 2 years for any condition that was present before the leave was requested. The WCUCOM Dean may grant an exception to this policy in circumstances such as, but not limited to, a sudden and unavoidable physical impairment. Students granted a leave of absence in the last two weeks of any semester will receive a grade of "I" (incomplete) for all course work in which they are currently enrolled. All incompletes must be completed before beginning the next academic year.

Students granted a leave of absence for more than two weeks' duration during any semester will receive a grade of "W" withdrawal, "WP" withdrawing passing, or "WF" withdrawing failing based on the cumulative average in each course at the time the leave of absence is granted. These grades will be part of the permanent record. All "W," "WP," and "WF" grades must be remediated within one year of return from a leave of absence.

No "credit" will be given for completion of a partial term's work.

Satisfactory academic progress and eligibility for promotion to the next higher academic year is determined by each student's successful completion of the appropriate academic, professional, and financial requirements of WCUCOM each academic year regardless of leave of absence status.

All leaves of absence must be approved by the WCUCOM Dean.

**Academic Standing for Leave of Absence**
Leaves of absence are categorized as the student leaving in good academic standing or not leaving in good academic standing.

A **"**leave of absence in good academic standing" is one in which a student is granted a leave of absence having no incompletes or failures at the time the leave of absence is granted. The student will receive a letter from WCUCOM outlining any requirements before the student is allowed to return to campus. Students returning to WCUCOM from a leave of absence in good academic standing will be eligible for reinstatement as full-time WCUCOM students once they have notified the Associate Dean, Student Affairs, met all requirements to return as verified by the Student Affairs Committee, and return from leave has been approved by the WCUCOM Dean. Recommendations for exact placement in the program of study will be made by the P&M Committee and will be determined by several factors that include, but are not limited to, the student's pre-leave status and length of the leave of absence.

A "leave of absence not in good academic standing" is one in which the leave of absence is granted to a student who has one or more failures, withdrew failing (WF), or has incompletes on his or her transcript in any one term, including the term in which the request for a leave of absence is made. The student will receive a letter from WCUCOM outlining any requirements before the student is allowed to return to campus. Students returning to WCUCOM from a leave of absence not in good academic standing may be eligible for reinstatement as full-time

WCUCOM students once they have notified the Associate Dean, Student Affairs, met all requirements to return as verified by the Student Affairs Committee, and return from leave has been approved by the WCUCOM Dean. Recommendations for exact placement in the program of study will be made by the P&M Committee and will be determined by several factors that include, but are not limited to, the student's pre-leave status and length of leave of absence. These recommendations may include, but will not be limited to, 1) a program of remedial instruction, 2) continued leave of absence, 3) dismissal, or 4) repeat of the academic year. Such students will be classified as on Academic Warning or Academic Probation.

**Categories of Leave of Absence**
A leave of absence may be granted from WCUCOM for one of the following four reasons:

- *Medical Leave:* Enrolled students who become seriously ill can request a leave of absence for medical reasons. The request must be in writing and sent to the Associate Dean, Student Affairs; however, prior to officially requesting a medical leave, the student must contact the Office of the Associate Dean, Student Affairs to discuss how a leave will affect his/her progress in the academic program and to review options available to them. The amount of leave time depends on the severity of the illness. All medical leaves require documentation from a WCUCOM-approved physician or appropriate healthcare provider. WCUCOM reserves the right to require such providers have expertise related to the condition that warrants a leave of absence. Verification of expertise is solely at the discretion of WCUCOM. Documentation must include a diagnosis and a statement as to why the student cannot continue with his/her coursework.

  Additional documentation from a WCUCOM-approved physician or appropriate healthcare provider verifying that the student is medically capable of returning to classes must be submitted to the Associate Dean, Student Affairs at least one month prior to the end of the leave-of-absence period. WCUCOM reserves the right to require such providers have expertise related to the condition that warrants a leave of absence. Verification of expertise is solely at the discretion of WCUCOM

  o Special Circumstances for Medical Leave
  - *Maternity leave:* Enrolled students who become pregnant can request a medical leave of absence for maternity reasons. The request must follow the rules for any other medical leave. The amount of leave time granted depends largely on the personal needs of the student and the timing of the birth within the academic program,
  - *A financial emergency*: A financial leave of absence may be granted when a student is temporarily unable to meet his/her financial obligations. Before returning to WCUCOM, the student must prove to the financial departments at WCUCOM that he/she has the financial capability to advance in his/her education. Recommendations for exact placement in the program of study will be made by the P&M Committee and will be determined by several factors that include, but are not limited to, the student's pre-leave status and length of leave of absence,

168

- · *Military reserve obligation*:  WCUCOM is committed to assisting students called to active military duty.  Students called to such duty will be considered on military leave. A military leave of absence is granted to students whose military reserve obligations may necessitate a period of absence from the academic program when they are called to extended active duty.  Students returning to WCUCOM from active duty will be eligible for reinstatement as full-time WCUCOM students once they have notified the Associate Dean, Student Affairs and have supplied any pertinent military papers requested by the WCUCOM Dean.  See Readmission below.  Recommendations for exact placement in the program of study will be made by the P&M Committee and will be determined by several factors that include, but are not limited to, the student's pre-leave status and length of leave of absence;

- *Pursuit of an academic endeavor other than the regular classroom work either on campus or at another recognized teaching facility*: Such leaves of absence will be considered on an individual basis.  With the exception of the joint degree programs, leaves of absence of this type will not normally extend beyond one academic year.  Prior to officially requesting such a leave, the students must contact the Office of the Associate Dean, Student Affairs to discuss how a leave will affect their progress in the academic program and to review options available to them.  Leave in this category will not be granted solely for the purpose of extending the time available to meet requirements for graduation.  The amount of leave time granted depends largely on the program of study to be pursued.  A final decision will be reached after careful consideration is given to personal and professional circumstances;

- *Family emergency*: Such leaves are granted solely at the discretion of the WCUCOM Dean; and

- *Administrative Leave*: During the course of a student's medical education it may become necessary for the student to be placed on administrative leave. A student may be placed on administrative leave due to, personal, and/or professional reasons. The Associate Dean, Student Affairs, the Associate Dean, Clinical Sciences, the Assistant Dean, Assessment and Curricular Affairs, the Promotion and Matriculation Committee, or the Student Affairs Committee may recommend to the appropriate associate dean and/or WCUCOM Dean that a student may be placed on administrative leave. Examples for reasons for Administrative Leave include, but are not limited to:
  - o Violations of professional standards not severe enough to require dismissal and related to issues that could reasonably be expected to be resolved in 180 days or less,
  - o Noncompliance with the standards set in the **Financial Aid, Tuition, and Fees,** section of this document,
  - o Noncompliance with standards set in the **Student Health Issues,** section of this document; and

All policies and procedures related to a leave of absence, including, but not limited to, readmission policies, will be in effect for any administrative leave.

**Leave of Absence on Clinical Rotations Not Otherwise Defined**

"Leave of absence on clinical rotations" is defined as an extended period away from service rotation activities that may become necessary due to matters of significant gravity not otherwise defined in the Leave of Absence Policy.  The Supervising Physician and the Office of Clinical Rotations must be informed immediately of the absence.  The student should submit a written request documenting why the leave of absence is necessary.  The Office of Clinical Rotations will then assist the student in designing a plan to make up time missed from a rotation. Students taking an LOA for greater than 2 months must LOA for an academic year in order to appropriately complete rotations.

**Procedure to Request a Leave of Absence**

To request a Leave of Absence from WCUCOM a student must do the following:

- Obtain a Leave of Absence form from the Office of Associate Dean, Student Affairs;
- Request a leave in writing as specified on the Leave of Absence form.  The request must include the length of time desired for the leave, reasons for the request that are consistent with the *Student Handbook*, and a description of the activities that will make the leave necessary, meaningful and/or useful (outline a plan);
- This written request must be brought/sent to the Associate Dean, Student Affairs, and the student must meet with the Associate Dean, Student Affairs, if possible.  In the event of an emergency situation, communication by telephone will suffice;
- The student must continue in course work, barring an emergency situation, until the leave of absence is approved;
- The leave of absence may be recommended by the Associate Dean, Student Affairs for reasons outlined above;
- All leaves of absence must be approved by the WCUCOM Dean;
- The WCUCOM Dean, or the Dean's designee, will notify the student and the Assistant to the Registrar for WCUCOM in writing of the approval or disapproval of the request; and
- The student must report to the Assistant to the Registrar for WCUCOM to complete the process.

When the student completes all of these obligations, WCUCOM will then release the student's records upon the proper request.  Dismissal and check-out forms are available in the WCUCOM Student Affairs Office.

*If a student who is requesting a leave of absence fails to complete the check-out procedure within two weeks of the date of commencing the leave for WCUCOM, the student will be administratively withdrawn from the college.  Such student will no longer be considered to be on leave but will be considered to be withdrawn.*

*Students who fail to update their status or request an extension of their leave of absence before the leave of absence expires will be administratively withdrawn.*

When a student starts a leave of absence that is expected to last more than 180 days, the federal loan guaranteeing agencies will be notified that the student is no longer enrolled at

WCUCOM.  Students who take a LOA in excess of 180 days within a 12-month period are no longer eligible for financial aid.  Students are encouraged to contact the WCU Financial Aid Office prior to requesting the leave of absence to explore ramifications associated with the anticipated leave.

**Procedure to Request Readmission After a Leave of Absence**
Following a leave of absence, a student must submit a written request for readmission to the WCUCOM Associate Dean, Student Affairs.  Students requesting to return from a leave of absence must be able to comply with the Minimal Technical Standards as defined by the most recent WCUCOM Student Handbook and Catalog in effect at the time of the request to return. At the sole discretion of WCUCOM, a returning student may be required to submit and pass a Criminal Background Check (CBCk) and/or drug screen before being re-admitted.

Students requesting to return from a leave of absence are subject to review by the Student Affairs Committee and the Promotions and Matriculation Committee as stated above.

Once a recommendation is received from both committees, the WCUCOM Dean will approve or deny the return request.  The WCUCOM Dean, or the Dean's designee, will notify the student and WCUCOM Associate Registrar of the decision.
If a student fails to follow the conditions set forth by an approved leave of absence, for any reason, the withdrawal date will be the last date of attendance.

**Denial of Leave Request/Re-entry:**  See Appeals Policy.

**APPEALS POLICIES**

**OMS3 and OMS4 Grades**
Appeals of any OMS3 or OMS4 gradeswill be made to the Office of Clinical Rotations. Individual grades that result in remediation, academic probation, and dismissal may be appealed to the WCUCOM Dean.

**Appeals of Grade(s)**
Appeals of exam grades or course grades (including those grades which resulted from a missed exam) will follow the steps outlined below. Students will not be allowed to bypass any step in this appeal process. Examination grades that result in a failed course grade will be considered as a single appeal.
- Meeting with the Course Director:  A student who seeks appeal of a particular grade must first speak with the specific Course Director.  The involved faculty member(s) will then discuss the situation with the student and decide;
- Meeting with the Assistant Dean, Assessment and Curricular Affairs:  If the student disagrees with the faculty member(s), then he/she may appeal and discuss the situation with the Assistant Dean, Assessment and Curricular Affairs within two business days of the course director decision. After hearing from the student and the faculty member(s), the Associate Dean will decide;

- Meeting with the Promotion and Matriculation (P&M) Committee:  If the student still seeks appeal, he/she may request a hearing before the P&M Committee.  A faculty member who disagrees with the decision of the Assistant Dean, Assessment and Curricular Affairs also may request a hearing before the P&M Committee. The P&M committee will schedule a hearing as soon as a majority of the committee can accommodate the request. After hearing and evaluating all of the information, the committee will deliberate and recommend an action to the WCUCOM Dean who will then make the final decision regarding the matter.
- Individual grades that do not result in remediation, academic probation, and dismissal will not be considered by the WCUCOM Dean;
- The intent of this appeal process is to provide for a means to consider students' grade appeals in a timely manner;
- Individual test grades must be appealed to the course director within 24 hours of posting of the examination grade; and
- A Course grade appeal must be initiated within two WCUCOM business days from when the grade was received.

**Appeals of Remediation, Warning, Probation, Denied LOA Request/Re-entry, and Dismissal**
Decisions of remediation, academic warning and probation, denied LOA request/re-entry, and dismissal may be appealed by the student.  Non-academic warning may not be appealed by the student.  Such appeals will follow the steps outlined below.  Students will not be allowed to bypass any step in this appeal process.

The student must write a letter of appeal and submit the appeal to the Office of the WCUCOM Dean
within one week (defined as seven days, including weekends and holidays) after receiving notice of remediation, academic probation, and dismissal sanctions.

The appealed action is in effect during the appeals process unless otherwise indicated in writing by the WCUCOM Dean.  In cases where dismissal is being considered, the dismissal will not become final until the WCUCOM internal appeals process, if instituted, has been completed, and a final determination of academic status has been made by the Appeals Committee. *
The written appeal must be complete and detailed, providing a specific rationale for the student's request for reconsideration.

The Appeals Committee will review all appeals and direct the scheduling of a hearing.  .
Reasonable accommodations will be made to ensure all necessary parties, including the student, are available at the time of the hearing.  No legal counsel outside of WCUCOM will be allowed in the meeting.

The student will be provided an official written notification of the date and time of an appeal hearing. Failure of the student to respond to written communications for two days (48 hours) during the appeal scheduling window will result in a forfeit of the appeal request, and the action stated in the original communication with the student will be upheld.

172

The student will be provided official written notification of the decision after the Appeals Committee has considered the appeal.  The act of appealing any action automatically lends the student to any of the following results, no matter the action being appealed:

- Overturning of the status assigned that is being appealed;
- Placement onto academic and/or non-academic warning;
- Placement onto academic and/or non-academic probation;
- Placement onto Leave of Absence, administrative and/or otherwise;
- Repeat of an academic year, with or without special stipulations; and/or
- Dismissal from WCUCOM.

Any stipulations provided in official communications from theAssociate Dean or the  designee, will supersede the WCUCOM Student Handbook and Catalog for the individual addressed in the communication.

The appropriate WCUCOM office will report the results of all appeal hearings to the WCUCOM Associate Dean, Student Affairs, WCUCOM Associate Registrar, and any initiating Chairperson. In the case of a dismissal decision, the student should refer to the section Check-Out Procedures for Student Dismissal or Withdrawal.

*William Carey University reserves the right to require the immediate withdrawal of any student whose conduct poses a direct threat to the health and safety of the student or others, as determined by WCU.   In cases where safety or orderly function of the COM is potentially jeopardized, the WCUCOM Dean or the Office of the WCU President may require the student be physically removed from the WCU campus until the appeal is resolved.  Should an incidence necessitate, such removal will be immediate.  Check-Out Procedures for Student Dismissal or Withdrawal will be modified to accommodate orderly function and safety for all parties and may be waived.*

In accordance with the current Translation Student Handbook. "The President of the university reserves the right to review all disciplinary action by any person or council and take whatever action he deems to be in the best interest of the university."

**GRADUATION REQUIREMENTS**
*Per the accreditation standards of the Commission on Osteopathic College Accreditation, all graduation requirements must be completed in no more than six academic years. Time missed for approved leaves of absence will be counted in this six-year time frame. The Office of, Assessment and Curricular Affairs will monitor student progress in meeting the requirements for the degree of Doctor of Osteopathic Medicine. Students are required to begin the Graduation Application process with the WCU Assistant Registrar no less than six (6) months prior to their anticipated graduation date.*

At minimum, a graduate must be able to do the following:

173

- Demonstrate basic knowledge of osteopathic philosophy and practice and osteopathic manipulative treatment;
- Medical knowledge demonstrated through a combination of the following:
  - Passing of course tests,
  - Standardized tests of the NBOME,
  - Post-core rotation tests,
  - Research activities, presentations, and
  - Participation in directed reading programs/journal clubs/other evidence-based medical activities;
- Demonstrate interpersonal and communication skills with patients and other healthcare professionals;
- Demonstrate knowledge of professional, ethical, legal, practice management, and public health issues applicable to medical practice; and
- Demonstrate basic skills, as assessed by nationally standardized evaluations.

Candidates for the degree of Doctor of Osteopathic Medicine must exhibit the requisite knowledge and skills to complete the prescribed course of study and must also possess personal qualifications and attributes deemed necessary to perform the duties of the osteopathic medical profession.  A student who has fulfilled all the academic requirements will be granted the Doctor of Osteopathic Medicine degree, provided the student has met the following stipulations:

- Compliance with all WCUCOM curricular, legal, and financial requirements, including the accurate and timely submission of the application for graduation;
- Attend and participate in commencement exercises at which time the degree is conferred;
- Achievement of a successful passing score on the COMLEX-USA Level 1, COMLEX-USA Level 2-CE, and COMLEX-USA Level 2-PE;
- Is at least 21 years of age;
- A minimum of 36 months has elapsed between the date of matriculation and graduation, at least 24 months of which must have been completed at WCUCOM;
- Demonstration of the ethical, personal, and professional qualities deemed necessary for the successful and continued study and practice of osteopathic medicine; and
- Demonstration of characteristics suitable for the practice of medicine, including the assumption of responsibility for patient care and integrity in the conduct of clinical activities.

**Graduation on Alternate Dates**

The Doctor of Osteopathic Medicine (DO) degree is usually awarded in May, after successful completion of the OMS 4 curriculum.  A student who will complete all of his/her degree requirements after the month of May can be awarded the DO degree at a later time subsequent to completion of all degree requirements.  Upon notification from the WCUCOM Office of Assessment and Curricular Affairs that a student will complete all of his/her degree requirements, the name of the students(s) will be presented at the next regularly scheduled meeting of the P&M Committee for recommendation to receive the DO degree.

To be awarded the DO degree, students must complete all degree requirements and have the approval of the WCUCOM faculty, WCUCOM Dean, WCU President, and WCU Board of Trustees.  Students will be permitted to participate in the WCUCOM spring graduation ceremonies if it is anticipated that they will complete their degree requirements by the end of the calendar year in which the graduation ceremony occurs (December 31); however, under no circumstances will a student receive his or her diploma until all degree requirements have been met.  Students who complete their degree requirements after December 31 will be permitted to participate in the graduation ceremony the following WCUCOM spring graduation ceremonies and will be considered members of that graduating class for alumni purposes.

**CONTACT INFORMATION**

William Carey University Board of Trustees listing can be found at
http://www.wmcarey.edu/board-trustees.

**Contact Information for WCUCOM Administration**
WCUCOM Website:  http://www.wmcarey.edu/com
Dean, College of Osteopathic Medicine.............................................................601.318.6610
Associate Dean, Clinical Sciences....................................................................601.318.6090
Senior Associate Dean, Preclinical Sciences...................................................601.318.6595
Assistant Dean, Assessment and Curricular Affairs.........................................601.318.6731
Associate Dean, Student Affairs.......................................................................601.318.6235
Faculty listing and contact information can be found at http://www.wmcarey.edu/faculty-and-staff-0.

**Contact Information for Key Staff of WCUCOM**
Administrative Assistant to the Dean.................................................................601.318.6610
Administrative Assistant to the Office of the Dean............................................601.318.6572
Administrative Assistant to the Associate Dean, Student Affairs.......................601.318.6235
Assistant Director, Student Affairs....................................................................601.318.6316
Assistant Director, Student Services.................................................................601.318.6771
Administrative Assistant, Faculty .....................................................................601.318.6097
Office of Clinical Rotations...............................................................................601.318.6094
WCUCOM Financial Aid....................................................................................601.318.6009

**WCU General Contacts**
William Carey Website: http://www.wmcarey.edu/
Main Switchboard ............................................................................................601.318.6051
Office of the President.......................................................................................601.318.6495
Housing.............................................................................................................601.318.6102
Disability—Student Services.............................................................................601.318.6209
Financial Aid.....................................................................................................601.318.6153
WCUCOM Financial Aid....................................................................................601.318.6009
Veterans' Program............................................................................................601.318.6195
Medical Librarian..............................................................................................601.318.6236

**Other**
American Association of Colleges of Osteopathic Medicine Application Services
(AACOMAS)......................................................................................................301.968.4100
City of Hattiesburg, MS.................................................................http://www.hattiesburgms.com
Hattiesburg, MS Chamber of Commerce.........................http://www.theadp.com or 601.296.7500

## GLOSSARY OF TERMS

AACOM – American Association of Colleges of Osteopathic Medicine

ACGME – Accreditation Council for Graduate Medical Education

AOA – American Osteopathic Association

COPT – Council on Postdoctoral Training (AOA)

COPTI – Council on Osteopathic Postdoctoral Training Institutions (AOA)

DO – Doctor of Osteopathic Medicine

Failure to Progress- Stagnation in the curriculum such as:
1.  Multiple COMAT failures in one semester
2.  Failure to take Boards in the timeframe as given by the Office of Clinical Rotations

GME – Graduate Medical Education

IMG – International Medical Graduate

MD – Medical Doctor

NMS – National Matching Services, Inc., the company that administers the osteopathic
        graduate medical education match through an outsourcing agreement with the AOA

NRMP – National Resident Matching Program

OGME – Osteopathic Graduate Medical Education

OMM – Osteopathic Manual Medicine

OMS 2 Student: A student that has successfully completed all WCUCOM OMS1 curricular requirements, either at WCUCOM or another COCA accredited institution

OMS3 Student: A student that has successfully completed all WCUCOM OMS1 and OMS2 curricular requirements, including score a 450+ on the school-administered COMSAE and sat for an initial attempt at COMLEX-USA Level 1.

OPTI – Osteopathic Postdoctoral Training Institution

OPP – Osteopathic Principles and Practice

Preliminary Year of Training - A first-year postgraduate training program that can be either medical or surgical in nature, which is meant to be a precursor to further training that is not connected to the initial year of training

PTRC – Program Trainee Review Council (AOA)

Transitional Year Program – A one-year education experience in GME, which is structured to provide a program of multiple clinical disciplines.  It is designed to facilitate the choice of/preparation for a specialty.  The transitional year is not a complete graduate education program in preparation for the practice of medicine (from the ACGME *Glossary of Terms*, June 29, 2011).

# QR CODE QUICK REFERENCE

 *Student Catalog and Handbook (current version)*

 E-mail a Librarian

 Library Website

 William Carey University Student Technology Guide

 SaderWatch

 William Carey University Homepage

 Emergency Notification Registration

 eLearning Portal

 AACOM Website

 E-mail TOEFL Services

 TOEFL Homepage

 AACRAO Homepage

 Educational Credential Evaluators Homepage

 International Education Research Foundation, Inc. Homepage

 Josef Silny & Associates Homepage

 World Education Services Homepage

 Indigo Student Portal Login

 FAFSA Homepage

 E-mail Nichols LEAD Scholarship

180

 American College of Osteopathic Surgeons Homepage

 AOA Homepage

 SOMA Foundation Homepage

 National Health Service Corps Scholarship Homepage

 Indian Health Service Homepage

 HRSA Loans and Scholarships Homepage

 College Scholarships Homepage

 MoneyMatters101 Homepage

 Fastweb Homepage

 Chinese American Medical Society Homepage

 Vietnamese American Medical Association Homepage

 The Family Practice/After Hours Clinic Homepage

 Wesley Medical Center Homepage

 CDC Travelers' Health Website

 Traveldocs Homepage

 State Department Homepage

 WCUCOM ExamSoft Homepage

 E-mail ExamSoft Support

 William Carey University Student Helpdesk

 William Carey University Student Technology Guide

 William Carey University Board of Trustees

 WCUCOM Homepage

 WCUCOM Faculty and Staff

 City of Hattiesburg Homepage

 The Area Development Partnership Homepage

**Statistical information, including GME placement and first time pass rates of graduates on the COMLEX-USA Level 3 exam may be found at:**

http://www.wmcarey.edu/com/statistical-information

**NOTICE OF RECEIPT**

As an entering WCUCOM student, I acknowledge that I received a printed copy of the *William Carey University College of Osteopathic Medicine (WCUCOM) Student Handbook and Catalog*. I acknowledge also that I have been advised that the *WCUCOM Student Handbook and Catalog* is available online at www.wmcarey.edu/wcucom and in hard-copy format from the Office of the Associate Dean, Student Affairs.

I further understand that I will be assigned a campus email address, which will be the mechanism by which I will receive all official notices, unless otherwise specified by the *WCUCOM Student Handbook and Catalog*, from the William Carey University College of Osteopathic Medicine (WCUCOM), that it is my responsibility to check that email address, and that I am deemed to have notice of all information sent to my address. I have been advised that some non-campus email services are not compatible with the campus email service, so attempts to forward email to a non-campus address may be unsuccessful.

By signing this form, I understand that it is my responsibility to read the *WCUCOM Student Handbook and Catalog*, keep up with my campus email address, and abide by the policies established by the William Carey University College of Osteopathic Medicine and published in this handbook.


_____    _____
Signature                                                                                            Date


_____
Print Full Legal Name


_____
Student Number

184