**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**BRANDON MENG**                                                                    **PLAINTIFF**

**VS.**                                                  **Civil Action No. 2:24-cv-199-KS-MTP**

**WILLIAM CAREY UNIVERSITY,
Acting through its Division of the College of
Osteopathic Medicine,
ITALO R. SUBBARAO, D.O., and
EDWARD FRIEDLANDER, M.D.**                                        **DEFENDANTS**

---

**ENTRY OF APPEARANCE**

---

COMES NOW Jack F. Hall of the law firm of Wise Carter Child & Caraway, P.A.

and enters this his Entry of Appearance as attorney of record for Defendants William Carey

University and Italo R. Subbarao, D.O., in the above-styled cause of action.

RESPECTFULLY SUBMITTED, this, the 13th day of March 2025.

> **WILLIAM CAREY UNIVERSITY,
> Acting through its Division of the College of
> Osteopathic Medicine, and
> ITALO R. SUBBARAO, D.O., DEFENDANTS**
> By:     _/s/ Jack F. Hall_
> JACK F. HALL (MSB #106482)

**OF COUNSEL**:

1

Charles E. Cowan (MSB #104478)
Jennifer H. Scott (MSB #101553)
Jack F. Hall (MSB #106482)
WISE CARTER CHILD & CARAWAY, PA
401 E. Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5509
Facsimile: (601) 968-5519
cec@wisecarter.com
jhs@wisecarter.com
jfh@wisecarter.com

### <u>CERTIFICATE OF SERVICE</u>

I, Jack F. Hall, hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system, which automatically sent email notification to all counsel of record.

This the 13th day of March, 2025.

*s/ Jack F. Hall*
JACK F. HALL