IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRANDON MENG**                                                      **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 2:24-CV-199-KS-MTP**

**WILLIAM CAREY UNIVERSITY, ET AL.**                          **DEFENDANTS**

## ORDER

On March 12, 2025, Defendant Edward Friedlander filed a Motion to Dismiss [10] pursuant to Federal Rule of Civil Procedure 12(b). On that same date, Defendants Italo R. Subbarao and William Carey University also filed a Motion to Dismiss [13] pursuant to Federal Rule of Civil Procedure 12(b). According to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff may amend as a matter of course no later than 21 days after service of a motion filed pursuant to Rule 12(b), (e), or (f). With that in mind, the Court hereby adjusts the briefing schedule to account for Plaintiff's option to amend. Should Plaintiff choose to amend, the motions will be deemed moot, and Defendants shall proceed under Rule 15(a)(3). Should Plaintiff choose not to amend, Plaintiff shall file responses to the Motions to Dismiss on or before April 2, 2025. Defendants may then file their respective replies on or before April 9, 2025.

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise the Court whether the request is opposed.

SO ORDERED AND ADJUDGED, this 13th day of March, 2025.

                                                                   /s/ Keith Starrett
                                                                     KEITH STARRETT
                                                                     UNITED STATES DISTRICT JUDGE